```
                                                    FILED
                                                 06 SEP 21 AM 8:46
                                              CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA

                                            BY:    W            DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, <br><br> Plaintiff, <br> vs. <br> CITY OF SAN DIEGO, <br><br> Defendant. | CASE NO. 04cv2314-BEN (WMc) <br><br> ORDER |

A further telephonic status was held in the above captioned on September 19, 2006. Attorneys Scott Dreher, Esq. and Mark Stiffler, Esq. participated. After hearing from counsel of record the Court issues the following Order:

1. Written discovery shall go forward.

2. Depositions shall not commence prior to October 10, 2006.

3. A further telephonic status will be held on <u>October 25, 2006, at 4:30 p.m.</u> **Counsel for defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

IT IS SO ORDERED.

Dated: 9/20/06



WILLIAM McCURINE, JR.
United States Magistrate Judge