**SAN DIEGO VOLUNTEER LAWYER PROGRAM**
625 Broadway, Ste. 925
San Diego, CA 92101
619-235-5656 / fax 619-235-5668

**COHELAN & KHOURY**
Timothy D. Cohelan (CSB No. 60827)
605 C Street, Ste. 200
San Diego, CA 92101
619-595-3001 / fax 619-595-3000

**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER; RANDALL FRENCH; MARGARET ARMSTRONG; JIMMY WARD; JEFFREY MILES; SYLVIA LIEVANOS; JUAN ALEJO; STEVEN GREER; and ROBERT YBARRA, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO POLICE DEPARTMENT; and SAN DIEGO POLICE CHIEF WILLIAM LANSDOWNE, in his official capacity only,<br><br>Defendants. | Civil Case No.: 04 CV-2314 BEN (WMC)<br><br>**NOTICE OF MOTION and MOTION BY PLAINTIFFS FOR A PRELIMINARY INJUNCTION PROHIBITING DEFENDANTS FROM ISSUING CITATIONS FOR VIOLATION OF PENAL CODE §647(j) AT NIGHT** (*F.R.Civ.P. 65*).<br><br>Judge: Hon. Roger T. Benitez<br>Date: January 29, 2007<br>Time: 10:30 a.m.<br>Ctrm: Courtroom 3, Fourth Floor |

**PLEASE TAKE NOTICE THAT**, on January 29, 2007, at 10:30 a.m. in Courtroom 3, (Fourth Floor) of this Court, Plaintiffs will ask the Court to issue a Preliminary Injunction barring the Defendants from issuing citations for violation of California Penal Code §647(j) at night (between the hours of 9:00 p.m. and 7:00 a.m.).

This motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure, on the basis that the issuance of citations by Defendants under Penal Code §647(j) to homeless people at night in San Diego violates the Eighth Amendment to the United States Constitution, and the law as expressed in <u>Edware Jones v. City of Los Angeles</u>, 444 F.3d 1118 (9th Cir. 2006).

This motion is made on the grounds that an injunction is proper because:

1. Plaintiffs are likely to succeed on the merits of their claims;

2. Unless the Defendants are enjoined as requested, the Plaintiffs are likely to suffer future injury;

3. The enforcement of Penal Code §647(j) at night is causing irreparable injuries to the Plaintiffs;

4. The application of Penal Code §647(j) at night to homeless people in San Diego violates the 8th Amendment to the United States Constitution; and

4. The burden on the Plaintiffs absent an injunction outweighs the burden of an injunction upon the Defendants.

This motion is based on this Motion; the Memorandum of Points & Authorities; the Request for Judicial Notice; the Notice of Lodgment of Exhibits and Exhibits attached thereto; the Declaration of John Thelen; the Declaration of Sara Matta; the Declaration of Sean Drummond; and the Declaration of Robert Scott Dreher filed herewith; the files,

records and pleadings in this action; the fact that good cause exists for such relief, and such other and further argument and evidence as shall be presented prior to or at the hearing of this motion.

Respectfully submitted,

                              **SAN DIEGO VOLUNTEER LAWYER PROGRAM**

                              **COHELAN & KHOURY**
                              Timothy D. Cohelan

                              -and-

                              **DREHER LAW FIRM**
                              Robert Scott Dreher

Dated: November 16, 2006        By: _____
                                                        Robert Scott Dreher
                                                        Attorney for Plaintiffs

N:\JD\CASES\200\pleadings\APPinjunction.doc