

# City of Oceanside



| | Railroads |
| | Freeway |
| | Major/Minor Roads |
| | City of Oceanside |
| | Surrounding Jurisdictions |

0    1    2    3 Miles



REGIONAL TASK FORCE
ON THE HOMELESS
S A N   D I E G O



San Diego Region

Oceanside

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004



SANDAG



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# *Poway*

## INTRODUCTION

Poway is located 20 miles northeast of downtown San Diego. It covers approximately 39.2 square miles with a population of 50,100. The city is bordered on the north, west, and south by the City of San Diego, and to the east by foothills and the unincorporated areas of San Diego County. Poway has large areas of Parks and land not in use. However, the city has only a few small agricultural areas left within the city limits. There are numerous agricultural plots just outside the city limits.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 0 urban and 45 rural farm workers and day laborers. The Task Force also estimates an additional 8 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 53 homeless persons. The majority of these homeless, being farm workers and day laborers are mostly employed through agricultural, gardening, and construction projects frequently available from local residents and land owners. The city's code compliance services reports that only one encampment remains in Poway.

## LOCATIONS WHERE HOMELESS PERSONS ARE REGULARLY OBSERVED
- Arbolitos Soccer Park – hangout
- Carriage Center thrift shops on Poway Road – hangout
- Community Park, Bowron & Civic Center Drive
- Espola & Ezra Lane - hangout
- Garden Road /Poway Road – hangout
- Hilleary Park, at Community Rd. and Hilleary Place
- Lake Poway Park (east end of Lake Poway Road, east of Espola)
- Meadowbrook Lane (hills at west end of road)
- Old Poway Park, Midland Road and Aubrey St.
- Van Dam Peak – encampment

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data is from the City of Poway website ( www.ci.poway.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

1-72



# City of Poway



| | Railroads |
| --- | --- |
| | Freeways |
| | Major/Minor Roads |
| | City of Poway |
| | Surrounding Jurisdictions |



REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Poway



0   1   2   3  Miles

SANDAG

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004


# *San Diego*

## INTRODUCTION

With a population of 1,281,400, San Diego is the seventh largest city in the nation. The city limits stretch from the Border in the south to the San Paqual Valley in the north and from the Pacific Ocean in the west to the cites of Poway, Santee, El Cajon, La Mesa, and Lemon Grove in the east. The total area of the city limits is 342.5 square miles. The majority of the city land use is for residential, commercial, industrial and parks. There is very little land not in use. The city also has a few small areas of agricultural land remaining within its limits. The majority of this agricultural land is in the northern sections of the city, including Carmel Valley, Rancho Penasquitos, San Dieguito and San Pasqual Valley. There is also a small agricultural area in San Ysidro in the south bay.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 1,427 urban and 200 rural farm workers and day laborers. The Task Force also estimates an additional 2,831 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 4,458 homeless persons in the City of San Diego. The City of San Diego operates and supports 2,019 year-round homeless beds and numerous other homeless services.

### *San Diego Communities (from the City of San Diego Website)*

**Central** - Balboa Park, Barrio Logan, Core-Columbia, Cortez, Gaslamp, Golden Hill, Grant Hill, Harborview, Horton Plaza, Little Italy, Logan Heights, Marina, Memorial, Park West, Sherman Heights, South Park and Stockton

**Eastern** - Allied Gardens, Birdland, Del Cerro, Grantville, Kearny Mesa, Lake Murray, Mission Valley East, San Carlos, Serra Mesa and Tierrasanta

**Mid-City** - City Heights East, City Heights West, College Area, Darnall, El Cerrito, Gateway, Kensington, Normal Heights, Oak Park, Rolando, Talmadge and Webster

**Northern** - Bay Ho, Bay Park, Carmel Valley, Clairemont Mesa East, Clairemont Mesa West, Del Mar Heights, La Jolla, La Jolla Village, Mission Beach, North City, North Clairemont, Pacific Beach, Torrey Pines and University City

**Northeastern** - Carmel Mountain, Miramar, Mira Mesa, Rancho Bernardo, Rancho Peñasquitos, Sabre Springs, Scripps Ranch, Sorrento Valley

**Southeastern** - Alta Vista, Bay Terrace, Chollas View, Emerald City, Encanto, Jamacha-Lomita, Lincoln Park, Mountain View, Mt. Hope, Paradise Hills, Shelltown, Skyline, Southcrest and Valencia

**Southern** - Egger Highlands, Nestor, Ocean Crest, Otay Mesa, Otay Mesa West, Palm City, San Ysidro and Tijuana River Valley

**Western** – Hillcrest, La Playa, Linda Vista, Loma Portal, Midtown, Midway District, Mission Hills, Mission Valley West, Morena, North Park, Ocean Beach, Old Town, Point Loma Heights, Roseville-Fleetridge, Sunset Cliffs, University Heights, Wooded Area

1-74



**Regional Task Force on the Homeless**
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

A March 2004, Police Department and Homeless Outreach Team "rolling" count of homeless persons in the City of San Diego in plain view revealed; approximately 48% in the Downtown area; almost 14% in the Midway (including Sports Arena & Moreno Blvd.) area; just over 11% in Balboa Park; just over 10% in the San Diego River area; almost 5% in Hillcrest and the Mid-City areas each; just over 4% in PacificBeach/Mission Beach area; less than 3% in Ocean Beach; and less than 1% in Chicano park and Presidio Park areas each. These were only visible homeless persons in plain view. Fortunately many of the homeless persons in San Diego are able to sleep in homeless shelters each evening. However, there are still a considerable number of homeless persons who sleep outdoors or in spaces not intended as human shelter. There are few homeless persons in the Southeastern and Southern communities of San Diego. Homeless persons are generally seen in downtown, the beach areas, parks, the San Diego river area and in some of the local canyons. Outside of Downtown, high concentrations of homeless persons are found in the Midway area, San Diego River area and Balboa Park. The Northeastern Community is currently the only area where the estimated 200 homeless farm workers and day laborers live. Most farm workers and day laborers are in the San Pasqual area of San Diego with a few in the Rancho Penasquitos area.

During the day some homeless persons find refuge in one of the three-day centers located in downtown San Diego. During the winter months the City of San Diego provides shelter for over 400 homeless persons. These programs offer shelter to single adults, seniors, veterans and families with children.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
*See following sections for locations by Council District*
These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. City of San Diego neighborhood information is from the City website (www.sannet.gov ). Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

1-45


# *San Diego - District 1*

## INTRODUCTION

District 1 includes Carmel Valley (North City West), Del Mar Heights, La Jolla, Rancho Penasquitos, Rose Canyon, San Dieguito River Valley (lower), Sorrento Valley, Torrey Pines, University City, and UCSD.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- La Jolla Colony & I-5 (along bike trail)
- La Jolla Cove
- La Jolla Shores
- Nobel & Villa La Jolla & I-5
- Prospect (around La Jolla Recreation Center)
- Rancho Penasquitos
- Rose Canyon
- University Towne Centre & Eastgate Mall (east bound)
- Via De La Valle (Power Station)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-76



ENCINITAS

UNINCORPORATED

SOLONA BEACH

SAN DIEGUITO

DEL MAR

BLACK MTN.

POWAY

56

SAN DIEGO

NORTH TORREY PINES

LA JOLLA VILLAGE

PACIFIC OCEAN

52

805

5

N

# City of San Diego - Council District 1



Railroads
Freeways
Major/Minor Roads
City of San Diego Council District 1
Surrounding Jurisdictions

0        2        4 Miles



REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Council
District 1

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004



SANDAG



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# *San Diego - District 2*

## INTRODUCTION

District 2 includes downtown San Diego, Harborview/Columbia, La Playa, Loma Portal, Middletc Midway, Mission Beach, Mission Hills, Nestor, Ocean Beach, Old Town, southern portion of Pacific Be Point Loma, Roseville, Sports Arena, Sunset Cliffs, University Heights, and Uptown.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 2nd & A (near Community Concourse)
- 2nd & J (loading dock)
- 3rd & A (1400 block, First Lutheran Church)
- 3rd & Date (First Presbyterian Church property)
- 4th & Elm (Old Central Manor porch)
- 5th Ave. (canyon around Mercy and UCSD hospitals)
- 7th Ave. & Washington
- 8th Ave. & L St.
- 11th Street between Broadway and the beginning of Hwy 163
- 12th and C - Trolley Stop and park area on City College campus
- 13th & Market St.
- 13th and Imperial Ave. (trolley stop)
- 16th & Broadway
- Law Street (on Beach)
- 700 Reed Street
- 800 Thomas Ave. (in Alley)
- 3100 Mission Blvd. (East lot and Park)
- 35th & National
- 163 & Washington St.
- Broadway & Harbor (Broadway Pier)
- Broadway (Park & 6500 Broadway)
- De Anza Cove
- Famosa Slough
- Fanuel Street Park (Pacific Beach)
- Felspar St. (700-800 blocks)
- G St. (entrance to Hwy 94)
- Garnet & Jewel

- Garnet & Ingraham (between Garnet & Grand, alley)
- Garnet & Mission (to Grand & Mission)
- Goldfinch & Washington
- Grand (800 block, north & south alleys)
- Harbor Dr. between 5th Ave. & 8th Ave.
- Harbor Dr. (railroad yard near Switzer Greek Bridge)
- I-5 adjacent to Washington Street
- Kettner (1300 block)
- Midway Drive (3300 block behind Pacers)
- Morley Field (wooded area)
- Newport (5000 block beach area, north to Dog Beach and south of parking lot)
- Ocean Beach (on sand)
- Old Town (canyons throughout area)
- Pacific Beach boardwalk
- Pacific Highway & Rosecrans
- Pacific Highway (4200 block, railroad tracks)
- Pacific Highway (on grounds of county bldg)
- Point Loma West (south side bordering I-8)
- Railroad tracks adjacent to Pacific Hwy
- Robb Field
- Rosecrans & Emerson
- Seaport Village
- Shelter Island
- Sports Arena Blvd. (under bridges)
- State & B St.
- State & F St. (Pantoja Park)
- Sunset Cliffs

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-78



# City of San Diego - Council District 2

Railroads
Freeways
Major/Minor Roads
City of San Diego Council District 2
Surrounding Jurisdictions

REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO

San Diego Region

Council
District 2

0        2        4  Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

SANDAG

1-79


# San Diego - District 3

## INTRODUCTION

District 3 includes Balboa Park, Burlingame, City Heights, a portion of Downtown, Golden Hill, Hillcrest, Kensington, Normal Heights, North Park, Talmadge, University Heights, and Uptown.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 163 and Ash (under bridge exiting 163)
- 163 and Robinson
- 1st Ave. and Juniper St.
- 1st Ave. (bridge, canyon)
- 3rd Ave. & Robinson (east alley)
- 30th and Dwight,
- 30th St. and University
- 33rd St. (3500 block, next to I-805)
- 38th St. (3700 block, in 3 abandoned houses, west side of canyon)
- 5th Ave. (3800 -3900 blocks)
- 9th and University
- Adams Ave. (3400 block, south alley )
- Adams Ave. (under the I-805 bridge)
- Azalea Park and 40th (in sewer pipe that runs between)
- Balboa Park on 6th Ave. near exit ramp of I 5
- Balboa Park, Organ Pavilion
- Balboa Park, wooded areas
- City College (front lawn and grounds)
- College Park Condo area
- El Cajon Blvd and I 805 ( off ramps )
- Euclid Ave (4400 block)
- Florida Canyon below Navy Hospital
- Home Ave. and I-805 North
- Old Naval Hospital parking lot near San Diego High School
- Presidents Way (Balboa Park, Aerospace Museum grass area)
- Robinson (700 block)
- San Diego High School (behind, under bridge)
- Spruce St. (canyon under bridge)
- Under Pershing bridge
- Upas St. (across Bridle path bridge over 163 at end of park)
- Utah and Lincoln (North Park Community Park)
- Utah and Howard

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-80



# City of San Diego - Council District 3



∧∨ Railroads
∧∨ Freeways
∧∨ Major/Minor Roads
▢ City of San Diego Council District 3
▢ Surrounding Jurisdictions

0     1     2 Miles

REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Council
District 3

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004





# *San Diego - District 4*

## INTRODUCTION

District 4 includes Alta Vista, Broadway Heights, Chollas Creek, Chollas View, Emerald Hills, Enca͏
Jamacha, Lincoln Park, Lomita, Mount Hope, Mountain View, North Bay Terraces, Oak Park, Parad
Hills, Skyline, South Bay Terraces, Southcrest, Valencia Park, and Webster.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 41st St. and Oceanview (park)
- 47th and Market
- 47th St. (area under I-805)
- 60th and Radio Drive (canyon)
- 69th St. and Imperial
- Imperial and Euclid

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-82



# City of San Diego - Council District 4

**Legend:**
- ⋀⋁ Railroads
- ⋀ Freeways
- ⋀ Major/Minor Roads
- ▢ City of San Diego Council District 4
- ▨ Surrounding Jurisdictions

0    1    2 Miles

REGIONAL TASK FORCE
ON THE HOMELESS
**SAN DIEGO**



San Diego Region

Council District 4



Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

1-83


# *San Diego - District 5*

## INTRODUCTION
District 5 includes Carmel Mountain Ranch, a portion of Kearny Mesa and Linda Vista, Lake Hodges, Miramar, Miramar Ranch North, Mira Mesa, Rancho Bernardo, Sabre Springs, San Pasqual Valley, and Scripps Ranch.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- Camino Ruiz (11900 block, canyon area)
- San Pasqual Valley

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-94



# City of San Diego - Council District 5

Railroads
Freeway
Major/Minor Roads
City of San Diego Council District
Surrounding Jurisdictions

0                    5 Miles



REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Council
District 5

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

SANDAG

1-86



# *San Diego - District 6*

## INTRODUCTION
District 6 includes Clairemont, Mission Valley, the eastern portion of Pacific Beach, Serra Mesa, and a portion of Kearny Mesa and Linda Vista.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- Camino Del Rio North (next to river)
- Clairemont Town Square (Clairemont Drive and Clairemont Mesa Blvd)
- Clairemont Mesa Blvd. and Diane Ave.
- Eckstrom and Ashford (in park)
- Frankfort Street and Morena Blvd.
- Garnet Ave and East Mission Bay Drive
- Gershwin Park (canyon adjacent to park)
- Linda Vista Road (6900-7100 block, behind Thrift Village)
- Marian Bear Park and Genesee east to I-805 (Marian Bear Park is Hwy 52 between I-5 and I-805)
- Mission Valley riverbed
- Morena Blvd. (along railroad tracks, in storm drains from Mission Valley to Hwy 52, and under bridges)
- Morena Blvd. and Friars Rd (San Diego riverbed, south of Friars)
- North Clairemont Recreation Center (surrounding area)
- Rose Canyon (Rose Creek Channel)
- Ruffin and Grammercy canyons
- South Clairemont Recreation Center (surrounding area)
- Tecolote Canyon (canyon spans large area)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-86



# City of San Diego - Council District 6

Railroads
Freeways
Major/Minor Roads
City of San Diego Council District 6
Surrounding Jurisdictions



REGIONAL TASK FORCE
ON THE HOMELESS
S A N   D I E G O



San Diego Region

Council
District 6

0    1    2    3 Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004



1-87


# *San Diego - District 7*

## INTRODUCTION
District 7 includes Allied Gardens, Darnall, Del Cerro, Grantville, Lake Murray, Mission Gorge, M
Canyon Heights, Navajo, Rolando, San Carlos, SDSU College Area, and Tierrasanta.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- 54th and University
- El Cajon Blvd. (6300 block)
- Mission Trails Regional Park
- San Diego River (adjacent to Mission Gorge area, south of the Mission Trails Regional Park)
- University and College
- 49th St. (3200-4300 blocks)
- 50th St. (4400 block)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-88



# City of San Diego - Council District 7

**Legend:**

- Railroads
- Freeways
- Major/Minor Roads
- City of San Diego Council District 7
- Surrounding Jurisdictions



REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Council
District 7



0      2      4 Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004



SANDAG

1-89


# *San Diego - District 8*

## INTRODUCTION

District 8 includes Barrio Logan, Centre City East, Golden Hill, Logan Heights, Nestor, Otay Mesa, Palm City, San Ysidro, Shell Town, Sherman Heights, South San Diego, and Tijuana River Valley.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 12th St. (400 block)
- 14th St. (400 block)
- 15th St. & Imperial
- 17th Between Imperial and K St.
- 19th and Market
- 25th St. & Broadway
- 25th St. & Commercial
- 25th St. & Imperial (alley)
- 25th St. & Market
- 28th St. (between National & I-94)
- 30th St. & Oceanview Blvd. (park)
- 31st and National
- 32nd Street between National Avenue and Main Street
- 33rd South (canyons)
- Charles (river bottom)
- Chicano Park
- I-5 North (under freeway ramp near "B" St.)
- I-15 & Main St.
- Island (1600 block)
- J St. between 16th and 19th
- Main Street between 32nd Street and Division
- National (3500 block)
- San Ysidro Blvd. E. (100 block)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

1-90



# City of San Diego - Council District 8 (North)

**Legend**

/\/ Railroads
/\/ Freeways
/\/ Major/Minor Roads
▢ City of San Diego Council District 8
▧ Surrounding Jurisdictions

0    0.5    1 Miles

REGIONAL TASK FORCE
ON THE HOMELESS
**SAN DIEGO**



San Diego Region

Council
District 8
(North)

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

**SANDAG**

1-91



# City of San Diego - Council District 8 (South)



Railroads
Freeways
Major/Minor Roads
City of San Diego Council District 8
Surrounding Jurisdictions

REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Council
District 8
(South)

0        2        4  Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

SANDAG

1-92

# *San Diego County Unincorporated*

## INTRODUCTION

Unincorporated communities in San Diego County are referred to as "County Unincorporated." These communities include: Alpine; Bonsall; Borrego Springs; Boulevard; Crest-Dehesa-Granite Hills-Harbison Canyon; Cuyamaca; Descanso; Fallbrook; Hidden Meadows; Jacumba; Jamul/Dulzura; Julian; Lake Morena-Campo; Lakeside; Pala-Pauma; Pendleton-De Luz; Pine Valley; Potrero; Rainbow; Ramona; San Dieguito; Spring Valley; Sweetwater; Tecate; Twin Oaks Valley; Valle de Oro; and Valley Center. The total estimated population in the unincorporated area is 460,600 and the land area is 3,572 square miles.

In addition to the local communities, there are numerous agricultural areas spread throughout the unincorporated region. However, most of the land is set aside as a National Forest and State parks. There are also substantial areas not currently in use.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 0 urban and 1037 rural farm workers and day laborers. Although the Task Force estimates no additional sheltered[2] and hidden[3] urban homeless, the size of the unincorporated area suggests that there may be some hidden homeless. However, because the population centers are spread throughout the unincorporated area this number is thought to be very low. Unincorporated communities with the greatest concentrations of homeless farm workers and day laborers are those with or located near agricultural land. In addition, unincorporated communities like Lakeside, appear at times to have a noticeable urban homeless population. However, at the time data for this report was collected, sheriffs officials noted that some of the possible homeless persons noticed in the unincorporated communities may actually have a residence and may just be hanging out. Although they may be homeless, these persons appear sporadically and their number is generally too low to be included in a point-in-time count.

The County of San Diego offers numerous homeless services countywide. They also operate Firebird Manor, a 37 unit affordable housing program for farm worker families. Firebird Manor is located in the City of San Marcos. In addition they offer a farm worker fee waiver program, which provides developer incentives when building affordable farm worker housing.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Scattered sites throughout the unincorporated region, mostly near agricultural areas and at times just beyond the city limits of local jurisdictions

Locations are provided to give a brief picture of the areas homeless persons may be seen. They are not necessarily permanent locations nor meant to be all-inclusive.

Population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

*1-93*



## Unincorporated Area

Railroads
Freeways
Major/Minor Roads
Unincorporated Area
Incorporated Cities

REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO

San Diego Region

Unincorporated
Area

0    10    20 Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

SANDAG

1-94

# *San Marcos*

## INTRODUCTION

Located 30 miles north of downtown San Diego, San Marcos has a population of 63,900. San Marcos is square miles of rolling hills and deep canyons situated approximately 10 miles inland. The city has a la residential area and quite a significant industrial section. There remains a sizable amount of space not curre in use and a few active agricultural areas. However, the largest concentration of agriculture businesses is in county unincorporated areas that border the northern portions of San Marcos.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 20 urban and 175 rural farm workers and laborers. The Task Force also estimates an additional 10 sheltered[2] and hidden[3] urban homeless. This is a t of approximately 205 homeless persons. There are no permanent urban homeless facilities within the ci boundaries, however there are many social service agencies that provide care to the homeless (both urban farmworker). The City does provide financial assistance to at least two emergency winter shelters each y and there is also a local interfaith rotational shelter network provided by religious organizations in San Marc

The Task Force estimate of homeless farm workers and day laborers are for those in the proximity of the ( There are additional homeless farm workers living outside the city limits that venture into San Marcos for w These farm workers and day laborers work mainly at the agriculture businesses located along Buena Creek R in the unincorporated portions of the county, west of Twin Oaks Valley Road. Day laborers often congrega the intersection of Buena Creek Road and Twin Oaks Valley Road in the morning looking for work. Altho there are no traditional homeless shelters in San Marcos, there are currently two complexes with 49 unit permanent farmworker housing located in the city limits. In order to live at either of the two complexes, 40% a family's income must be derived from agriculture. The two complexes, (Firebird Manor with 37 units, Chinaberry Apartments with 12 units) have both small and large family units and all 49 units are affordable.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Bradley Park (Rancho Santa Fe Rd @ Linda Vista)
- Mission Road (at Mulberry near the dairy)
- Mission Rd @ Nordahl Rd (boarder of San Marcos and Escondido)
- North Twin Oaks Valley Rd. (between Olive Dr. and Buena Creek) – 20-30 Day laborers
- San Marcos Blvd (between State Hwy 78 and Pico)
- Town Center (San Marcos Blvd @ Rancheros Dr.)
- Vineyard and Mission Road (near creek)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permane locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, und freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

I-96



# City of San Marcos

**Legend:**
- Railroads
- Freeways
- Major/Minor Roads
- City of San Marcos
- Surrounding Jurisdictions

REGIONAL TASK FORCE
ON THE HOMELESS
S A N   D I E G O

San Diego Region

San Marcos

0    1    2 Miles

SANDAG

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

1-96


# *Santee*

## INTRODUCTION

Santee is a suburban community located approximately 15 miles northeast of downtown San Diego. Santee has approximately 16.5 square miles of area and a population of 53,800. The city is mostly residential with a few commercial and industrial areas. A large portion of Santee is not currently in use, however, most of that area is planned for development. There is no agricultural land remaining within the city limits and only a few small areas of agriculture just outside the city.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of less than 25 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 8 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 33 homeless persons. All are unsheltered. Chronically homeless persons most often find refuge in and near parks and along the riverbed.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Santee riverbed

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

1-97



# City of Santee



/\/ Railroads
/\/ Freeways
/\/ Major/Minor Roads
▢ City of Santee
▦ Surrounding Jurisdictions

0        1        2 Miles



REGIONAL TASK FORCE
ON THE HOMELESS
SAN DIEGO



San Diego Region

Santee



SANDAG

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

1-98


# *Solana Beach*

## INTRODUCTION
Located about 20 miles north of downtown San Diego, Solana Beach has a population of 13,400 people in a square mile area.  The city is mostly residential with some sizable parks and commercial areas.  There is agricultural land remaining in the city limits.  There are some areas of agriculture just outside the c boundaries.

## EXTENT OF HOMELESSNESS
The Task Force estimates a visible[1] homeless population of 17 urban and 0 rural farm workers and day labore The Task Force estimates no additional sheltered[2] and hidden[3] urban homeless.  While a few encampments homeless farm workers and day laborers reside in the neighboring jurisdictions, there are no homeless fa workers and day laborers in Solana Beach.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
• North Cedros (100 block-Transit Station)
• Fletcher Cove Beach Park
These locations are provided to give a brief picture of the areas homeless persons may be seen.  These are not necessarily permanen locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates.  Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

*1-99*



# City of Solana Beach

ENCINITAS

San Elijo Lagoon

UNINCOR-
PORATED

LOMAS SANTA FE

STEVENS

HIGHWAY 101

SIERRA

CEDROS

VALLEY N.

PACIFIC OCEAN

SAN DIEGO

DEL MAR

N

Railroads
Freeways
Major/Minor Roads
City of Solana Beach
Surrounding Jurisdictions

REGIONAL TASK FORCE
ON THE HOMELESS
S A N   D I E G O

San Diego Region

Solana Beach

0        0.5        1  Miles

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004

SANDAG


# *Vista*

## INTRODUCTION

Vista is an inland city about 35 miles north of downtown San Diego. There are 18.6 square miles of land are Vista with a population of 93,200. The city grew by 101% from 1980 –1990 and has tapered off since then. city is now mostly residential with a large industrial area in its southern section and commercial areas spr throughout. There are a few small agricultural areas remaining within the city limits with larger agricult spaces just outside the city.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 20 urban and 0 rural farm workers and day labor The Task Force also estimates an additional 314 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 334 homeless persons. The city does not identify the farm workers and day laborers seen on t streets as homeless. Some are known to live in local apartment complexes and many of the others do not res in Vista, but come in daily in search of work. A 1992 Vista Homeless Census Report by the Vista Homeless Census Board identified 550 – 1000 homeless persons in Vista. Since then Vista has provided additional homeless shelter beds and other services including a recent winter shelter program for its homeless populatio

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Broadway (between Melrose Dr. and Santa Fe Ave.)
- East Vista Way at Foothill Field
- Escondido Ave. and Franklin Lane (Wildwood Park)
- Mercantile (700 block)
- South Santa Fe (700-900 blocks)
- Vale Terrace (900 Block-in field on south side)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permane locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, unde freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

1-101



# City of Vista



| | |
|---|---|
| /\/ | Railroads |
| /\/ | Freeways |
| /\/ | Major/Minor Roads |
| ☐ | City of Vista |
| ▨ | Surrounding Jurisdictions |

0    1    2 Miles



REGIONAL TASK FORCE
ON THE HOMELESS
S A N   D I E G O



San Diego Region

Vista

SANDAG

Portions of this product may contain geographic information copyrighted by SanGIS. All Rights Reserved.
June 2004



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# APPENDIX

## VI. APPENDIX

   A. HOMELESS SURVEY.................................................…..................................A

   B. SOURCES OF INFORMATION........................................................B



**Regional Task Force on the Homeless**
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • fax 858.514.6596
Website: www.sdcounty.ca.gov/rtfh

Appendix A

# Homeless Survey – For those SERVED on: Tuesday – January 27, 2004

The Regional Task Force on the Homeless is updating the estimates and distribution of homeless persons throughout San Diego County. Please update this survey to the best of your ability and **Return By Friday – January 30, 2004.**

**Please Enter The Number Of Homeless People Served By Your Program On The Corresponding Lines (for 1-27-04):**

**URBAN HOMELESS**

**FAMILIES WITH CHILDREN:**
Two Parents #_____ and their Children # _____
Single Adult Women #_____ and their Children #_____
Single Adult Men      #_____ and their Children #_____

**RURAL HOMELESS** (Farmworkers/Day laborers)
Families: Adults # _____ Children # _____
Single Adult Men      # _____
Single Adult Women # _____

**INDIVIDUALS NOT IN FAMILIES:**
Single Adult Women #_____ (of these, # between age 18-25) #_____
Single Adult Men      #_____ (of these, # between age 18-25) #_____
Single Youth (who are alone between ages 12-18) #_____

---

**SENIORS (AGE 60 AND UP): (Of those counted above the line)**
Women #_____      Men #_____

**CHRONIC HOMELESS: (Of those counted above the line)**
Chronic Homeless      #_____ (An unaccompanied homeless individual with a disability and continuously homeless for a year or more, OR has had at least four (4) episodes of homelessness in the past three (3) years.)

**Special Needs Groups-Persons Primary Need Only (Of those counted above the line, "How many are identified within the following categories?" Their primary need is to be counted only once in this section – ONE primary need per person).**

| | | | |
|---|---|---|---|
| Dual Diagnosis | #_____ | Physical Disability | #_____ |
| General Homeless | #_____ | Severely Mentally Ill | #_____ |
| Persons with AIDS/HIV | #_____ | Veterans | #_____ |
| Persons with Alcohol/Drug Abuse | #_____ | Victims of Domestic Violence | #_____ |

**Special Needs Groups-Persons Additional Needs (Of those counted above the line, "How many have any of the following additional special needs?" Persons may be counted multiple times in this section).**

| | | | |
|---|---|---|---|
| Dual Diagnosis | #_____ | Physical Disability | #_____ |
| General Homeless | #_____ | Severely Mentally Ill | #_____ |
| Persons with AIDS/HIV | #_____ | Veterans | #_____ |
| Persons with Alcohol/Drug Abuse | #_____ | Victims of Domestic Violence | #_____ |

Agency _____ Program _____ Contact Name & # _____
*Please return this page to: FAX 858.514.6596 or call us at:858.694.8793 or email: hcdgen1@sdcounty.ca.gov*
Please call us at 858.694.8793 if you have any questions. We thank you for your participation.

1-104

**The RTFH thanks the following organizations for providing valuable information for this report:**

- Catholic Charities
- Center for Social Support and Education
- City of Carlsbad, Housing and Redevelopment & Police Department
- City of Chula Vista, Community Development & Police Department
- City of Coronado, Community Development Department
- City of Del Mar, Planning / Community Development Department
- City of El Cajon, Community Development & Police Department
- City of Encinitas, Planning and Building Department
- City of Escondido, Community Development & Police Department
- City of Imperial Beach, Community Development & Sheriff's Department
- City of La Mesa, Community Development & Police Department
- City of Lemon Grove, City Managers Office
- City of Oceanside, Housing and Neighborhood Services & Police Department
- City of Poway, Redevelopment Department
- City of San Diego, Community Services-Community and Economic Development & Police Department
- City of San Marcos, Development Services & Sheriff's Department
- City of Santee, Economic Development & Housing & Sheriff's Department
- City of Solana Beach, Community Services & Fire Department
- City of Vista, Housing and Redevelopment, City Manager & Police Department
- Community Resource Center
- Corporation for Supportive Housing
- County of San Diego, Agriculture, Weights and Measures Department
- County of San Diego, Health and Human Services Agency
- County of San Diego, Health and Human Services Agency, TB Control
- Crime Free Multi Housing, City of Chula Vista Police Department
- Crisis House
- El Cajon Collaborative, Homeless Work Group
- Family Health Centers of San Diego
- Interfaith Shelter Network, El Nido
- Kurdish Human Rights
- Mental Health Services, Inc., Club Vet
- Salvation Army, TLC
- San Diego County Sheriff's Office
- San Diego Housing Commission
- San Diego Homeless Outreach Team
- San Diego Youth and Community Services, Storefront
- South Bay Community Services
- Southwestern College
- St. Vincent de Paul Villages
- St. Vincent de Paul Villages, Toussaint Teen Center
- V.A. Homeless Outreach
- Women's Resource Center
- YMCA, Kinship Support Services
- YMCA, Turning Point
- YWCA, Casa de Paz

1-105


**The RTFH also thanks the following persons for providing extra additional information for this report:**

- Lt. Bobby Barrett, LMPD
- Lt. J. Cunningham, ECPD
- Tony de los Santos, Family Health Centers of San Diego
- Shari Dogbo, Senior Community Centers of San Diego
- Officer Dave Felt, CBPD
- Anthony Griffin, St. Vincent de Paul Villages
- Olivia Lacson, South Bay Community Services
- Officer Boris Martinez, SDPD
- Sgt. Rick Schnell, SDPD
- David Siegler, Vietnam Veterans of San Diego (VVSD)

Our thanks and appreciation goes out to Kim Mathis and Rebecca Davis of San Diego Association of Governments (SANDAG). Their help in coordinating the detailing of the maps for each community was essential to completing this report.

The Regional Task Force on the Homeless (RTFH) is grateful to RTFH Board members, Susan Baer and Sharon Johnson for additional editing information used for the charts in this report.

1-106



## Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • fax 858.514.6596
www.sdcounty.ca.gov/rtfh

The Regional Task Force on the Homeless is a partnership of public agencies, private groups and homeless advocates who have the vision of an end to homelessness in San Diego County.

Headed by an executive committee of public and private officials, the Task Force board includes representation from throughout the county, with a broad perspective of concerns expertise and interests. Task Force staffing is supported through public and private contributions.

The mission of the Task force is to: collect, analyze and disseminate information on homelessness, and facilitate regional solutions through planning, coordination and advocacy.

Since 1985 the Task Force has, among other accomplishments:

- Developed a countywide Interfaith Shelter Network of more than 140 congregations which take in homeless persons for a limited time, directing them into jobs and transitional housing;

- Created the Neil Good Homeless Day Center in the downtown San Diego area, where showers, laundry, restrooms, safe storage, counseling and referral services are available;

- Initiated a nationally recognized program to preserve residential (SRO) hotels and to encourage new ones for persons with limited incomes;

- Created a countywide cold weather shelter program;

- Issued reports on homeless farmworkers and day laborers which address their special needs and accompanying community concerns;

- Distributed annual reports on homeless estimates, homeless facilities and services, and funding of homeless program; these documents are widely used by public and private sector;

- Compiled special profiles on various homeless sub populations, describing their special circumstances and conditions;

- Maintained ongoing technical assistance to local jurisdictions and community groups resolving homeless issues;

- Provided the community with information and referral services;

- Created the Homeless Information System, a web based client management system allowing agencies to share client data and access real time information.






**Supported through the City and County of San Diego, the San Diego Housing Commission, the United Way of San Diego County and the Cities of Carlsbad, Chula Vista, Escondido and Oceanside.**

**Exhibit 2**



Regional Task Force on the Homeless
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

# *Regional Homeless Profile*

## An update on homelessness throughout the San Diego Region and its 18 cities

## *September 2006*

**www.rtfhsd.org**

Contents may be reproduced without prior consent if attribution is given

2-1



# Regional Task Force on the Homeless, Inc.
*"Our Community, Our Homeless, Our Issues"*
4699 Murphy Canyon Road • San Diego CA 92123 • (858) 636.4111

## BOARD OF DIRECTORS

Rosemary Johnston, President
Ecumenical Council of San Diego

Mary Herron, Vice President
San Diego Grantmakers

Marilyn Cornell, Secretary/Treasurer
Homeless Advocates of San Diego

Susan Baer, Ph.D.
San Diego State University

Jack Blevins
Community Christian Service Agency

Mary Case, MSW
St. Vincent de Paul Village, Inc.

Sue Christopher
Crisis House

Hannah Cohen
Consultant

Tony de los Santos
Family Health Centers of San Diego

Scott Dreher
Dreher Law Firm

Sister RayMonda DuVall
Catholic Charities

Kathi Houck
San Diego Housing Commission

Shari Houser, LMFT
San Diego Rescue Mission

James Justus
James Automotive Service

Victor Kops, Ph.D.
Psychologist

Kenneth W. Miller
Retired Businessman

Simonne Ruff
Corporation for Supportive Housing

David Siegler
Veterans Village of San Diego

Jan Stankus
SDYCS-The Storefront

Bruce Willbrant
Community Interface Services

### Staff

John Thelen
Executive Director

Deborah Lester
Associate Director of Programs

Natasha Crawford
Homeless Enumeration Project

Kiefer Rich
Homeless Enumeration Project

Bobby Jagiello
Homeless Enumeration Project

2-2

**Regional Task Force on the Homeless**
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

The Regional Homeless Profile was funded in part by:

# The Alliance Healthcare Foundation

We greatly appreciate their assistance

and thank them for the additional benefit they provide to our community



We would also like to thank our partners in this endeavor, Point Loma Nazarene University-Center for Justice and Reconciliation and San Diego State University-Institute for Public Health

2-3



Regional Task Force on the Hom
4699 Murphy Canyon Rd • SD CA  9
858.636.4111 • Fax 858.492.

The RTFH would like to thank the following major partners for their assistance:

**Edward M. Castillo, Ph.D., MPH - Research Scientist, Institute for Public Health, San Diego State University**

**Patricia Leslie, MSW - Director of Social Work, Point Loma Nazarene University**

**Suzanne P. Lindsay Ph.D., MSW, MPH - Executive Director, Institute for Public Health, Research Associate Professor of Public Health, Division of Epidemiology and Biostatistics, Graduate School of Public Health, San Diego State University**

**Ruth Lyn Riedel, Ph.D. - President and CEO, Alliance Healthcare Foundation**

The RTFH would like to thank the following agencies for their additional staff assistance

**Alpha Project**
**AmeriCorps**
**Center for Social Support and Education**
**El Cajon Collaboratives-Homeless Workgroup**
**Interfaith Community Services**
**Operation Hope**
**Pathfinders**
**Point Loma Nazarene University Students**
**Retired Senior Volunteer Patrol-County Sheriff**
**San Diego Youth & Community Services**
**South Bay Community Services**
**St. Vincent de Paul Village**
**The Association for Community Housing Solutions**
**The Salvation Army of San Diego County-Homeless Outreach**
**United Way of San Diego**
**Volunteers of America**
**Veterans Village of San Diego**
**Welcome Door Foundation**



Regional Task Force on the Homeless
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

# TABLE OF CONTENTS

**EXECUTIVE SUMMARY** ........................................................................................... i

**I. INTRODUCTION** .................................................................................................. 1

**II. HOMELESS COUNT**
   A. METHODOLOGY ............................................................................................ 5
   B. JANUARY 2006 ENUMERATION ...................................................................... 7
       - Congregate Site Quality Control Survey
   C. APRIL 2006 ENUMERATION .......................................................................... 13
   D. COMPARISON OF JANUARY 2006 AND JUNE 2006 ENUMERATIONS ............. 18
   E. STREET HOMELESS CHARACTERISTICS SURVEY RESULTS ............................ 21

**III. CONCLUSIONS, LIMITATIONS AND FUTURE PLANNING** ................................ 32

**IV. HOMELESS SUBPOPULATION PROFILES**
   A. CHRONIC HOMELESSNESS ........................................................................... 34
   B. DOMESTIC VIOLENCE AND HOMELESSNESS .................................................. 37
   C. FAMILIES WITH CHILDREN ........................................................................... 40
   D. FARMWORKERS AND DAY LABORERS ........................................................... 42
   E. HIV / AIDS AND HOMELESSNESS ................................................................. 45
   F. MENTAL ILLNESS AND HOMELESSNESS ........................................................ 47
   G. SENIOR HOMELESS PERSONS ...................................................................... 49
   H. SUBSTANCE ABUSE AND HOMELESSNESS .................................................... 51
   I. VETERANS AND HOMELESSNESS ................................................................... 53
   J. YOUTH AND HOMELESSNESS ....................................................................... 55

**V. COMMUNITY HOMELESS PROFILES**
   CARLSBAD ....................................................................................................... 57
   CHULA VISTA ................................................................................................... 58
   CORONADO ...................................................................................................... 59
   DEL MAR .......................................................................................................... 60
   EL CAJON ......................................................................................................... 61
   ENCINITAS ....................................................................................................... 62
   ESCONDIDO ..................................................................................................... 63
   IMPERIAL BEACH ............................................................................................. 64
   LA MESA .......................................................................................................... 65
   LEMON GROVE ................................................................................................. 66
   NATIONAL CITY ................................................................................................ 67
   OCEANSIDE ...................................................................................................... 68
   POWAY ............................................................................................................ 69
   SAN DIEGO: DISTRICT 1 - DISTRICT 8 ............................................................ 70
   SAN DIEGO COUNTY UNINCORPORATED ........................................................ 80
   SAN MARCOS .................................................................................................. 81
   SANTEE ........................................................................................................... 82
   SOLANA BEACH ............................................................................................... 83
   VISTA .............................................................................................................. 84

# VI. APPENDICES

SAMPLE MAPS ...................................................................................................................... A - C
CONGREGATE SITE QUALITY CONTROL SURVEY................................................................. D
STREET HOMELESS CHARACTERISTICS SURVEY ......................................................... E - F
LOCATIONS OF STREET HOMELESS CHARACTERISTICS SURVEY ......................................... G
TRAINING MATERIAL.............................................................................................................. H


# Executive Summary

Estimating the homeless population is a difficult but necessary step in addressing homeless issues. To assist local agencies in planning their programs and services, the Regional Task Force on the Homeless (RTFH) estimates the homeless population in the San Diego region using a broad base of statistical and observational evidence.

Estimates are based on surveys, street counts, shelter counts and expert opinion provided by government agencies, law enforcement agencies, businesses and community organizations. The San Diego homeless population is divided into two general groups: urban homeless persons and homeless farm workers and day laborers (sometimes referred to as rural homeless). Please see page 5 for an explanation of the methodology used for local estimates.

Current Point-In-Time estimates of the homeless population in these two groups total at least 9,667. It is important to note that these are Point-In-Time only. Many different persons move into and out of homelessness throughout the year. For example, in one year San Diego Healthcare for the Homeless made approximately 24,500 case management / outreach contacts. In addition, last year ServicePoint the RTFH Homeless Management Information System (HMIS) and the St. Vincent de Paul, Inc. HMIS, CSTAR had over 15,500 homeless persons entered into their systems combined. These do not include the numbers of homeless not seeking assistance.

## URBAN HOMELESS

The urban homeless population is estimated at 7,323. The following are estimates of the urban homeless subpopulations.

### Single Adults
Single adults comprise 66 percent (4,840) of the urban homeless population. This group includes over 1,400 single adult women.

### Families
Family members make up 32 percent (2,373) of the urban homeless population. Single women head the majority of homeless families. However, in recent years, increasing numbers of single male parents with children have become homeless.

### Youth on Their Own
About 110 homeless street youth reside in the region at any given time. On any given night, there may be numerous additional teenage runaways in the San Diego region. Many of whom may return home after a few days and are not considered homeless.

### Other Subpopulation Profiles:

*Chronic Homeless:* are considered by HUD to be an unaccompanied homeless individual with a disabling condition who has either been continuously homeless for a year or more OR has had at least four episodes of homelessness in the past three years. The chronic homeless population is estimated at almost 1,400 persons.

*Domestic Violence:* More than 530 homeless family members are in need of domestic violence services at any given point-in-time. These numbers reflect only reported instances of domestic violence. It is believed that there are additional family members in need of DV services but do not report it.

*Persons with HIV / AIDS:* There are just over 400 persons with AIDS who are unsheltered in San Diego County. This population is extremely difficult to estimate as not all homeless persons bother to get tested and therefore may go uncounted.

*Mentally Ill Persons:* There are over 1,400 severely mentally ill homeless persons in San Diego County. Homeless persons suffer from a variety of mental illnesses, which differ in their cause, course, and treatment.


*Senior Homeless Persons*: There are 360 homeless seniors at any given point-in-time in our region. Homelessness among seniors continues to increase due to the amount of Social Security or other fixed income sources. Many seniors do not have any other sources of income to draw from and face the inability to pay their bills.

*Substance (Alcohol &/or Drug) Users:* About 2,200 urban homeless adults may abuse alcohol or drugs. This number may be larger as some individuals may not provide accurate information about themselves when accessing shelter services.

*Veterans:* Estimated at over 900, homeless veterans represent at least sixteen percent of the homeless adults in our region.

**Panhandlers**
Panhandlers are a permanent part of any metropolitan landscape. These individuals are persistent symbols of homelessness, but actually may **not** be homeless.

## FARM WORKERS AND DAY LABORERS

More than 2,340 adult farm workers and day laborers live in encampments throughout the region. The workers' tenuous living conditions and their geographical, linguistic and cultural isolation make it very difficult to closely estimate their numbers.

## COMMUNITY HOMELESS PROFILES

These profiles provide a picture of our region and the 18 cities it contains. It also looks at the unincorporated portion of the County. The following information is a list of the cities in our region, their general location and their size. For homeless estimates please see each community profile beginning on page 35.

*Carlsbad*, is located 35 miles north of downtown San Diego. It has a population of 90,800.

*Chula Vista*, located seven miles southwest of downtown San Diego, has a population of 200,700.

*Coronado*, is a narrow peninsula at the southwest edge of San Diego Bay. Its population is 26,450.

*Del Mar*, is located 18 miles north of downtown San Diego. It has a population of 4,530.

*El Cajon*, located 14 miles east of downtown San Diego, has a population of 97,100.

*Encinitas*, is located on the coast 25 miles north of downtown San Diego, with a population of 61,400.

*Escondido*, is located 26 miles northeast of downtown San Diego. Escondido has a population of 138,800.

*Imperial Beach*, located 10 miles south of downtown San Diego, has a population of 27,750.

*La Mesa*, is located 10 miles east of downtown San Diego. Its population totals 56,000.

*Lemon Grove*, is located 8 miles east of downtown San Diego. Its population is 25,500.

*National City*, is located 5 miles southeast of downtown San Diego. It has a population of 60,000.

*Oceanside*, is located 33 miles north of downtown San Diego. It has a population of 170,700.

*Poway*, is 20 miles northeast of downtown San Diego with a population of 50,100.

*San Diego*, the largest jurisdiction in the county, has a population of 1,281,400. The majority of the urban homeless are located in the City of San Diego.

2-8



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

*San Diego County Unincorporated Area* is a term used for the communities in San Diego County that are not incorporated. It includes Alpine, Bonsall, Borrego Springs, Boulevard, Crest, Cuyamaca, Dehesa, Descanso, Fallbrook, Granite Hills, Harbison Canyon, Hidden Meadows, Jacumba, Jamul/Dulzura, Julian, Lake Morena-Campo, Lakeside, Pala-Pauma, Pendleton-De Luz, Pine Valley, Potrero, Rainbow, Ramona, San Dieguito, Spring Valley, Sweetwater, Tecate, Twin Oaks Valley, Valle de Oro, and Valley Center.

The total population of the San Diego County Unincorporated Area is 460,600.

*San Marcos*, is 30 miles north of downtown San Diego, with a population of 63,900.

*Santee*, located 18 miles east of downtown San Diego, has a population of 53,800.

*Solana Beach*, is 20 miles north of downtown San Diego. Its population totals 13,400.

*Vista* is an inland city located 35 miles north of downtown San Diego with a population of 93,200.

Community population numbers are from the California Department of Finance, January 1, 2003 estimates.



**Regional Task Force on the Homeless**
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# Introduction

*What is Homelessness?*

According to the Stewart B. McKinney (Mckinney-Vento) Act (Title 42, Chapter 119, Subchapter I, Sec. 11302), a person is considered homeless who "lacks a fixed, regular, and adequate night-time residence and; has a primary night time residency that is: (A) a supervised or publicly or privately operated shelter designed to provide temporary living accommodations (including welfare hotels, congregate shelters, and transitional housing for the mentally ill); (B) an institution that provides a temporary residence for individuals intended to be institutionalized, or (C) a public or private place not designed for, or ordinarily used as, a regular sleeping accommodation for human beings." The term "homeless individual" does not include any individual imprisoned or otherwise detained pursuant to an Act of Congress or state law. This information can be found on the LII (legal information institute) U.S. Code Collection website: (www4.law.cornell.edu/uscode/42/11302), or it can be found on the United States Department of Housing and Urban Development (HUD) website:(www.hud.gov/offices/cpd/homeless/rulesandregs/laws/title1/sec11302).

*Why should the homeless population be estimated?*

In order to address homelessness, it is important to know the extent of the problem. Estimating the homeless population in the San Diego region allows local service providers, policy makers, planners, and grant writers to more effectively address homeless issues. These statistics assist in making informed estimates about the needs for specific programs and services. This information also aids agencies in complying with reporting requirements.

In the San Diego region, these estimates have been used to:
- Demonstrate local housing and shelter need in federal, state, and local funding applications;
- Assist local jurisdictions in preparing housing element need statements as required by law;
- Provide locations where homeless persons are regularly observed to the Federal Bureau of the Census for both the 1990 and 2000 Census Counts;
- Aid local service providers in tailoring their programs to the needs of their clients;
- Facilitate planning for homelessness in various public and private agencies; and
- Educate the general public about homelessness.

With that said, it is also important to evaluate the pros and cons about the amount of resources that go into a homeless count and related report. Initially it was suggested that the Regional Task Force on the Homeless (RTFH) use an independent consultant to facilitate a homeless count. This would certainly make life easier for all the usual sources that help provide information for the report and for the RTFH staff who prepare it. However, consultant services to assist with this range from $77,000 – to an estimated $150,000. At some point the cost could outweigh the benefit, and who would be willing and able to take on the extra cost would also be an issue. In addition, the count although challenging, is only one part of the entire report. The other pieces of the report allow us to look at different homeless subpopulations and information about local jurisdictions and the issues they face. The Regional Task Force on the Homeless decided that the most cost efficient procedure was to move forward as it has done in the past using its own, and other local sources of information for the count and report. In the end the RTFH strongly suggests that this report and its methodology, completed by local sources is more substantial and relevant than an independent consultant could provide. It also means that taxpayer's funds saved by the RTFH doing this directly can now be spent on the homeless.

*How are homeless persons counted?*

It seems that everyone agrees that it is difficult to count homeless persons, as they are an "invisible population."

2-10



In fact, even an agency as big as the U.S. Census has problems counting the homeless. For Census 2000 they used the August 1999, RTFH Regional Homeless Profile as a guide in finding homeless persons for their enumeration. As of the date of this report the homeless count released by them provides numbers from only five of the over 200 census tracts for our region. Most of these numbers came from emergency and transitional shelters, which are the easiest to come by.

One of the main problems homeless researchers encounter is locating homeless persons. Homeless persons are not generally easy to find. Furthermore, according to the National Coalition for the Homeless, "Studies of homelessness are complicated by problems of definitions and methodology" *(NCH Fact Sheet #2, September 2002)*. Various methods can have different outcomes in their portrayal of the homeless population.

Two of the main methods used to count homeless persons are Point Prevalence (Point-In-Time-Counts) and Period Prevalence (Annual Count). Point-In-Time-Counts provide a snapshot view of the homeless population at a single point in time. Annual Counts are used to examine the number of persons who are homeless at some time during a year (Burt, 1996). These methods often use similar sources of information, surveys, street counts, shelter counts and expert opinion.

### *How does the Regional Task Force on the Homeless estimate the homeless population?*

The Regional Task Force on the Homeless relies on an array of public and private agencies throughout the San Diego region to provide a point-in-time picture of our homeless population. The results in this report are from surveys, street counts, shelter counts and expert opinion from a broad sample of information.

The Regional Task Force on the Homeless believes that its estimates of the homeless population in the San Diego region are based on the most comprehensive set of data available. The RTFH has invited numerous experts on the local homeless population and its subgroups to share its information. Dozens of local public and private agencies have provided information to the RTFH on locations where homeless persons are regularly observed. Local public and private agencies throughout San Diego have provided the majority of the information presented in this report. These agencies have a broad range of expertise and interests. For a complete description of the methodology employed to obtain this information, please see Page 5. Also, a list of sources of information is provided in Appendix B.

### *Who is homeless in the San Diego Region?*

San Diego County's homeless population can be divided into two general groups: (1) urban homeless persons-including street homeless, sheltered homeless and those temporarily housed; (2) and homeless farm workers and day laborers (rural homeless), who primarily occupy the hillsides, canyons and fields of the northern regions of the county, and consider San Diego County their home. In previous publications of the *Regional Homeless Profile*, the farm worker and day laborer group has been referred to as the "rural homeless." In recent years, this group has shifted from working just in agriculture to a broader base of employment. Totals in this report do not necessarily include additional undocumented workers who migrate into the county to work for a short period of time or continue northward through the state.

The following is information on the **Urban Homeless Subpopulations** in the San Diego region. Section IV of this report provides detailed profiles of several of these subpopulations.

**Single Adults** comprise most of the urban homeless population. These individuals are both men and women between 18 and 60 years old. Many can be found living on the streets. Women often cite abandonment by spouses, male friends or families, or flight from abusive situations as reasons for their homelessness. Many single adults face issues of mental illness and substance abuse.


**Families** make up most of the remainder of the urban homeless population in the region. Single women head the majority of homeless families, followed by two parent families and then single men as head of households. Homeless children are often unable to sustain attendance at one school, making it difficult to develop and maintain friendships. They also must deal with the embarrassing issue of being homeless, not to mention living in poverty. The McKinney-Vento Act has mandated that all school districts must identify a homeless liaison who is responsible to make it easier for homeless children to continue their education at the school they are enrolled in when their family becomes homeless. The San Diego region is also fortunate to have a fully accredited school (Monarch) for homeless youth that are unable to maintain at a mainstream school. In addition, there are schools that operate out of local homeless service agencies.

**Homeless Youth on their Own** are often difficult to identify, as they tend to concentrate in urban areas where they easily blend with other youth. A high proportion use drugs and/or alcohol, and many turn to "survival sex" to meet their basic needs. In addition to the street youth there are numerous youth who are runaways and "couch surfers", those who stay at friends places as long as possible. Many of these youth are from local homes and can often return home with the assistance of case management and counseling. There are also homeless youth from Mexico and Central and South America. Some are here by there own will and others are brought here through illegal trafficking for slave trade including prostitution. Local homeless service agencies are working with foreign consulates to return these youth to their families if the environment is safe.

**Chronic Homeless** are considered by HUD to be an unaccompanied homeless individual with a disabling condition who has either been continuously homeless for a year or more OR has had at least four episodes of homelessness in the past three years. These are often street homeless with substance abuse and mental health issues.

**Victims of Domestic Violence** are considered homeless by the U.S. Department of Housing and Urban Development (HUD) when they are fleeing a violent, unsafe environment that they are unable to return to. Women fleeing abuse and other threats to life at home have difficulty finding refuge in public shelters that serve the general homeless population. Domestic violence shelters must function as a "safe house" with a confidential location.

**Persons with HIV / AIDS** is a serious cause of homelessness. Often persons with HIV / AIDS cannot afford their basic needs because of the extensive health costs related to the disease. They also often need special assistance to maintain their daily activities. Many require permanent supportive housing in order to take themselves out of homelessness. Federal law prohibits discrimination against people with AIDS, yet some individuals are evicted when their HIV status becomes known. Others lose their homes when the illness prevents them from working to pay rent or make mortgage payments.

**Persons with Physical Disability** are being observed as an increasing population amongst the homeless. This includes a homeless population seen in wheel chairs. Often persons with a physical disability are unable to work and cannot afford to pay for basic needs from their regular monthly social security disability payment.

**Mentally Ill Persons** often accompanies homelessness. Not only can mental illness cause homelessness, but a homeless lifestyle may trigger and exacerbate emotional instability. Homeless persons with a mental illness are most likely unable to acquire or maintain on medication that could otherwise help them in their daily routine. Many are often unable to recognize that they have a mental illness making treatment even more difficult. This population is also a group that exhibits chemical dependency issues.

2-12


**Homeless Seniors** have become one more subgroup of the homeless population. They have become a noticeable group among the urban homeless population. Due to Social Security and other fixed income sources they often lack the resources to cover just their basic needs, not to mention the extremely high costs of healthcare and medication. This group is extremely vulnerable to crime, illness, exploitation, and abuse.

**Substance (Alcohol &/or Drug) Users** are generally identified as "chronically homeless." More often than not they do not comprehend the extent of their problem and when to do, they do not have the resources to address it. Homelessness can be caused by substance abuse and in turn substance abuse can be caused by homelessness. Homeless alcoholics or drug addicts considering recovery have a formidable goal.

**Veterans** are also a part of the urban homeless population. The community often thinks of homeless veterans being from the Vietnam era. However, local providers are working with veterans from many eras, including homeless veterans from WWII, Korea, Vietnam, and more recently the Gulf War. Homeless vets often suffer from post-traumatic stress disorder, which causes disturbing memories, flashbacks, or nightmares. In addition to mental health issues they also deal with substance abuse problems.

**Farm Workers And Day Laborers (Rural Homeless):**

**Farm Workers And Day Laborers** are not unique to San Diego but their situation is unique within the overall homeless population. Farm workers and day laborers live year-round under difficult conditions in encampments on public and private property throughout the region. Most of these camps are located in the canyons and hillsides of North County adjacent to farming operations. The workers' tenuous living conditions and their geographical, linguistic and cultural isolation make it difficult to closely estimate their numbers. Many are from central or southern Mexico who left conditions of extreme poverty to seek employment here. Most homeless workers are single adult men. Paid minimum wage and often supporting families, many choose not to obtain conventional housing in order to save money.

**Panhandlers** can be a part of organized efforts to solicit money. These individuals usually stake out territory in high-traffic areas such as local stores and freeway ramps, with cardboard signs announcing that they "need help" or will "work for food." They often reside in temporary quarters that offer room and board in exchange for daily solicitation. Many panhandlers are **not** homeless. In fact, most street homeless make attempts at remaining unseen.

*Where are homeless persons located in San Diego County?*

Homeless persons are distributed throughout the county. The majority of the homeless population is located in the city of San Diego, especially in the central urban section of the city. Section V of this report provides information on where homeless persons have been observed in each of the 18 jurisdictions, as well as in the unincorporated portions of the county. These locations are intended to show the geographic distribution of homelessness, not the number of homeless persons.

**References**

Burt, Martha R., "Practical Methods For Counting the Homeless," *A Manual For State and Local Jurisdictions, 2nd ed.*, The Urban Institute, June 1996: 3-70

National Coalition For The Homeless, "How Many People Experience Homelessness?" *Fact Sheet #2,* September 2002

2-13


# METHODOLOGY (Section II. A.)

The Regional Task Force on the Homeless (RTFH) acknowledges that counting the homeless is not without its problems. It is extremely difficult because of the nature of the persons that are being counted and by the multiple methods one can choose to use. No method is foolproof. It is inevitable that some persons, for various reasons will be missed in any count. However, the information in this report is based on logical and sound methods. Some of these methods were derived from, *Homelessness: Programs and the People They Serve (Burt et al., 1999)* and *Practical Methods For Counting the Homeless (Burt, 1996)*. The U.S. Department of Housing and Urban Development (HUD) is currently requiring local Continuums of Care (CoC) to use point-in-time estimates for their Supportive Housing Program (SHP) applications. The Regional Task Force on the Homeless formed a Population Estimate Committee out of local CoC members. That group developed a homeless survey (see Appendix A) to be completed by homeless service providers throughout the entire San Diego Region. The survey was administered on January 27, 2004.

In order to further discuss the methodology used by the RTFH we must first discuss the different types of homeless groups that need to be enumerated. These groups include; **"Visible"** homeless persons (those visible-on-the-street or in open spaces); **"Sheltered"** homeless persons (those in homeless shelters); and **"Hidden"** homeless persons (those not-visible-on-the-street - in alley ways, under freeway ramps, behind trash bins, in vehicles, etc., and those temporarily housed - doubled up in apartments or homes, in motels, etc). Within these groups are the urban and farm worker/day laborer homeless persons and the subpopulations discussed in the introduction. A reasonable, total homeless number, can only be derived by including all off these groups.

The **Visible** homeless persons were counted or estimated by local jurisdictions (Cities) who used their Police Departments and in some cases also their Parks and Recreation Departments. The RTFH had contact with all Cities except National City, whose numbers were estimated by the RTFH using information from local homeless service providers. In cases where Police Departments did not do a count their estimates came from contacts they generally have with homeless persons.

The **Sheltered** homeless number was based on the number of homeless designated shelter beds available each night. There may be limited numbers of homeless persons in non-homeless designated beds. These are usually beds in mental health facilities or substance abuse programs. These programs generally serve persons in the low-income categories and may, at times, serve homeless persons but the beds are not specifically reserved for them. They are not considered homeless shelters.

The **Hidden** homeless persons were estimated in two different groups. The first were the not-visible-on-the-street group. This number in this group was developed by using an estimated 40% of the visible-on-the-street homeless population. In other words, of those homeless persons counted on the street there are an additional 40% on the street who are hidden and uncounted. This estimate came from two places; one from an on the street Police Officer who deals specifically with homeless persons; and two, from different local street counts whose difference from the low to high estimates was in the 30%-50% range. A City of Houston survey that found approximately 60% hidden homeless (Burt, 1996). We could not replicate the 60 percentile by any local estimates and therefore used the lower percentage as an estimate. Of the smaller cities in the San Diego region, only cities with a population of more than 72,594 (the average estimated population of all cities except San Diego) were included in this not-visible-on-the-street count. The second hidden homeless group was those temporarily housed (doubled up in apartments / homes or in motels etc.). This estimate came from a national survey that found 6% of those surveyed stayed only in temporary housing (Burt et al., 1999). Thus we added and additional 6% to our homeless estimate. It could be argued that this percentage is quite low, however, we were unable to reasonably justify any higher percentage. One of the only other related methodologies that was

2-14



found was used in the City of Houston who attempted to capture the temporarily housed, or as they referred to it the "marginally housed" number (Burt, 1996). They decided to survey only a very small sampling of residences in low-income census tracts. This method seemed to have too many variables. We therefore chose not use it. Of the smaller cities in the San Diego region, only cities with a population of more than 30,437 were included in this temporarily housed count. The 30,437 population threshold is equal to 41.93% of the average estimated population of all cities except San Diego. The 41.93% is the percentage of the total temporarily housed homeless shared by each city outside of the City of San Diego, which has 58.07% of the temporarily housed in the region.

All of these numbers in combination produced our total estimate for homeless persons. While collecting these numbers we were tabulating the results of the surveys from local homeless service providers. The results of the surveys were used to determine percentages of subpopulations. These percentages provided us with a picture of our overall urban homeless population. The percentages were multiplied by the urban estimates to specifically determine the characteristics and size of each subpopulation. Estimated numbers of farm workers and day laborers were not multiplied by percentages of some of the subpopulations because the farm workers and day laborers do not specifically mirror all aspects of the urban homeless population.

It is **extremely important** to remember that the numbers in this report are **Point-In-Time Estimates**. These are not estimates of the numbers of persons who become homeless over a year. As an example, the current San Diego region Point-In-Time estimates of the homeless population total at least 9,667. Yet, in one year, San Diego Healthcare for the Homeless made approximately 24,500 case management / outreach contacts; and ServicePoint, the RTFH Homeless Management Information System (HMIS) and the St. Vincent de Paul, Inc. HMIS, CSTAR had over 15,500 homeless persons entered into their systems combined. So it can be seen that many people move in and out of homelessness over a given period of time and that number may not equal the point-in-time estimate.

It is also important to note that community-based estimates are susceptible to two sources of bias. First, there are vested interests in overestimating or underestimating the size of the population, especially if funding or accountability is involved. Service providers may be influenced by seeing demand regularly exceed supply. Local jurisdictions may not want to portray a high homeless population in their communities.

**References**

Burt, Martha R., et al. "Homelessness: Programs and the People They Serve," *Findings of the National Survey of Homeless Assistance Providers and Clients,* December 1999: 2-28

Burt, Martha R., "Practical Methods For Counting the Homeless," *A Manual For State and Local Jurisdictions,* *2nd ed.,* The Urban Institute, June 1996: 3-70

2-15

**Regional Task Force on the Homeless**
3989 Ruffin Rd. San Diego CA, 92123 P 858.694.8722 F 858.514.6596

# Homeless Populations and Shelter Beds[1] in the entire San Diego County Region

| POPULATION | EST. POP. | TOTAL BEDS[1] | UNMET NEED[2] | % UNMET NEED[3] |
|---|---|---|---|---|
| **URBAN HOMELESS PERSONS** | | | | |
| Single Adult Men Only | 3383 | 905 | 2478 | 73% |
| Single Adult Women Only | 1457 | 449 | 1008 | 69% |
| **Total Single Adult Men & Single Adult Women** | **4840** | **1354** | **3486** | **72%** |
| **Total Youth Who are Alone** | **110** | **62** | **48** | **44%** |
| **Total Persons Not in Families** | **4950** | **1416** | **3534** | **71%** |
| **Total Persons in Families with Children (all members)** | **2373** | **1542** | **831** | **35%** |
| *Number of Families with Children[4]* | *759* | | | |
| *Additional General Homeless Beds (Undesignated)[5]* | | **464** | **(-464)** | |
| **TOTAL URBAN HOMELESS PERSONS** | **7323** | **3422** | **3901** | **53%** |
| **TOTAL HOMELESS FARM WORKERS AND DAY LABORERS[6]** | **2344** | **35** | **2309** | **99%** |
| **TOTAL FOR ALL HOMELESS PERSONS** | **9667** | **3457** | **6210** | **64%** |

The following are estimates of Urban Homeless Subpopulations. These are not additional persons or beds. They are included in the Total Urban Homeless Population estimates. These numbers do not reflect the entire homeless population, as not all homeless persons fit into these specific categories.

| Urban Homeless Subpopulations: | Est. Pop. | Total Beds | Unmet Need | % Unmet Need |
|---|---|---|---|---|
| Chronic Homeless[7] | *1383* | - | - | - |
| Persons with Alcohol/Drug Abuse Issues | 2159 | 509 | 1650 | 76% |
| Persons with HIV / AIDS | 424 | 77 | 347 | 82% |
| Severely Mentally Ill Persons | 1417 | 203 | 1214 | 86% |
| Veterans | 902 | 124 | 778 | 86% |
| Victims of Domestic Violence | 531 | 344 | 187 | 35% |
| *Additional Urban Homeless Subpopulation Beds (Categories: General Disability, General Homeless, HIV/AIDS & Substance Abuse, Seniors, Severely Mentally Ill & Substance Abuse)[8]* | - | 2165 | - | |

[1]Includes only permanent year-round shelter beds designated for homeless persons.

[2]Calculated by subtracting the number of Total Beds from Est. Pop.

[3]Calculated by dividing the Unmet Need by Est. Pop.

[4]Total # of families; These are not additional persons, they are included in the "all members" number. Analysis of different family units can be found on page 18.

[5]Undesignated beds can be used by either families or single adults-subtracted from Unmet Need column as they meet the needs of 464 people.

[6]These are mostly single adult men, there are very few, if any, fw/dl women or families found on the streets or in encampments.

[7]Unaccompanied homeless individual with a disability who has either been continuously homeless for a year or more OR has had at least four episodes of homelessness in the past three years. There are no beds currently listed as "Chronic Homeless".

[8]Beds specifically designated for these homeless groups may be able to serve certain individuals from other subpopulations listed above.

**Regional Task Force on the Homeless**
3989 Ruffin Rd. San Diego CA, 92123 P 858.694.8722 F 858.514.6596

# Homeless Populations and Shelter Beds[1] Within the City of San Diego Only

| POPULATION | EST. POP. | TOTAL BEDS[1] | UNMET NEED[2] | % UNMET NEED[3] |
|---|---|---|---|---|
| **URBAN HOMELESS PERSONS** | | | | |
| Single Adult Men Only | 1968 | 743 | 1225 | 62% |
| Single Adult Women Only | 847 | 409 | 438 | 52% |
| **Total Single Adult Men & Single Adult Women** | **2815** | **1152** | **1663** | **59%** |
| **Total Youth Who are Alone** | **64** | **50** | **14** | **22%** |
| **Total Persons Not in Families** | **2879** | **1202** | **1677** | **58%** |
| **Total Persons in Families with Children (all members)** | **1379** | **640** | **739** | **54%** |
| *Number of Families with Children[4]* 441 | | | | |
| **Additional General Homeless Beds (Undesignated)[5]** | | **177** | **(-177)** | |
| **TOTAL URBAN HOMELESS PERSONS** | **4258** | **2019** | **2239** | **53%** |
| **TOTAL HOMELESS FARM WORKERS AND DAY LABORERS[6]** | **200** | **0** | **200** | **100%** |
| **TOTAL FOR ALL HOMELESS PERSONS** | **4458** | **2019** | **2439** | **55%** |

The following are estimates of Urban Homeless Subpopulations. These are not additional persons or beds. They are included in the Total Urban Homeless Population estimates. These numbers do not reflect the entire homeless population, as not all homeless persons fit into these specific categories.

| Urban Homeless Subpopulations: | Est. Pop. | Total Beds | Unmet Need | % Unmet Need |
|---|---|---|---|---|
| Chronic Homeless[7] | 805 | - | - | - |
| Persons with Alcohol/Drug Abuse Issues | 1255 | 20 | 1235 | 98% |
| Persons with HIV / AIDS | 247 | 56 | 191 | 77% |
| Severely Mentally Ill Persons | 824 | 178 | 646 | 78% |
| Veterans | 525 | 87 | 438 | 83% |
| Victims of Domestic Violence | 309 | 149 | 160 | 52% |
| *Additional Urban Homeless Subpopulation Beds (Categories: General Disability, General Homeless, HIV /AIDS & Substance Abuse, Seniors, Severely Mentally Ill & Substance Abuse)8* | - | 1529 | - | - |

[1]Includes only permanent year-round shelter beds designated for homeless persons.

[2]Calculated by subtracting the number of Total Beds from Est. Pop.

[3]Calculated by dividing the Unmet Need by Est. Pop.

[4]Total # of families; These are not additional persons, they are included in the "all members" number. Analysis of different family units can be found on page 18.

[5]Undesignated beds can be used by either families or single adults-subtracted from Unmet Need column as they meet the needs of 177 people.

[6]These are mostly single adult men, there are very few, if any, fw/dl women or families found on the streets or in encampments.

[7]Unaccompanied homeless individual with a disability who has either been continuously homeless for a year or more OR has had at least four episodes of homelessness in the past three years. There are no beds currently listed as "Chronic Homeless".

[8]Beds specifically designated for these homeless groups may be able to serve certain individuals from other subpopulations listed above.

# Homeless Populations and Shelter Beds[1] Outside the City of San Diego
## (South Bay, East County, North County, and all Unincorporated Areas)

| POPULATION | EST. POP. | TOTAL BEDS[1] | UNMET NEED[2] | % UNMET NEED[3] |
|---|---|---|---|---|
| **URBAN HOMELESS PERSONS** | | | | |
| Single Adult Men Only | 1415 | 162 | 1253 | 89% |
| Single Adult Women Only | 610 | 40 | 570 | 93% |
| **Total Single Adult Men & Single Adult Women** | 2025 | 202 | 1823 | 90% |
| **Total Youth Who are Alone** | 46 | 12 | 34 | 74% |
| **Total Persons Not in Families** | 2071 | 214 | 1857 | 90% |
| **Total Persons in Families with Children (all members)** | 994 | 902 | 92 | 9% |
| *Number of Families with Children[4]* 318 | | | | |
| Additional General Homeless Beds (Undesignated)[5] | | 287 | (-287) | |
| **TOTAL URBAN HOMELESS PERSONS** | 3065 | 1403 | 1662 | 54% |
| **TOTAL HOMELESS FARM WORKERS AND DAY LABORERS[6]** | 2144 | 35 | 2109 | 98% |
| **TOTAL FOR ALL HOMELESS PERSONS** | 5209 | 1438 | 3771 | 72% |

The following are estimates of Urban Homeless Subpopulations. These are not additional persons or beds. They are included in the Total Urban Homeless Population estimates. These numbers do not reflect the entire homeless population, as not all homeless persons fit into these specific categories.

| Urban Homeless Subpopulations: | Est. Pop. | Total Beds | Unmet Need | % Unmet Need |
|---|---|---|---|---|
| Chronic Homeless[7] | 578 | - | - | - |
| Persons with Alcohol/Drug Abuse Issues | 904 | 489 | 415 | 46% |
| Persons with HIV / AIDS | 177 | 21 | 156 | 88% |
| Severely Mentally Ill Persons | 593 | 25 | 568 | 96% |
| Veterans | 377 | 37 | 340 | 90% |
| Victims of Domestic Violence | 222 | 195 | 27 | 12% |
| *Additional Urban Homeless Subpopulation Beds (Categories: General Disability, General Homeless, HIV/AIDS & Substance Abuse, Seniors, Severely Mentally Ill & Substance Abuse)8* | - | 636 | - | |

[1]Includes only permanent year-round shelter beds designated for homeless persons.

[2]Calculated by subtracting the number of Total Beds from Est. Pop.

[3]Calculated by dividing the Unmet Need by Est. Pop.

[4]Total # of families; These are not additional persons, they are included in the "all members" number. Analysis of different family units can be found on page 18.

[5]Undesignated beds can be used by either families or single adults-subtracted from Unmet Need column as they meet the needs of 287 people.

[6]These are mostly single adult men, there are very few, if any, fw/dl women or families found on the streets or in encampments.

[7]Unaccompanied homeless individual with a disability who has either been continuously homeless for a year or more OR has had at least four episodes of homelessness in the past three years. There are no beds currently listed as "Chronic Homeless".

[8]Beds specifically designated for these homeless groups may be able to serve certain individuals from other subpopulations listed above.

2-18


# METHODOLOGY (Section III. A.)

For Section III B. "Farm worker/Day laborer & Urban, Visible, Sheltered & Hidden Homeless Populations" - please see Section II A. Methodology. The methodology was the same for these two areas.

The following methodology for Section III C. "Region wide Homeless Subpopulation Estimates (Expanded)" was used in conjunction with the Section II A. Methodology.

This discussion is about subpopulations and how each category was estimated. It is also an explanation about how the "Ranges" of specific subpopulations were estimated. The subpopulations designated by the Regional Task Force on the Homeless (RTFH) were derived from the U.S. Department of Housing and Urban Development (HUD) and from local homeless service providers. Some shelters serve only a specific subpopulation or "Target Population" which are often defined by funding sources.

The subpopulations included this discussion are; Dual Diagnosis (Alcohol / Drug issues & Severely Mentally Ill), Persons with HIV / AIDS, Persons with Physical Disability, Severely Mentally Ill (SMI), Substance (Alcohol &/or Drug) Abuse Issues, General Homeless, Veterans and Victims of Domestic Violence. In order to provide an accurate picture of homeless subpopulations and their primary needs, one section of the homeless survey (please see Appendix A) employed by the RTFH asked the individual completing the form to place each homeless person they were serving into only one of the aforementioned categories. Choosing a persons primary characteristic or need often meant placing a person into only one subpopulation category even if they could fit into multiple subpopulation categories. For example, if a homeless person is a veteran and also has substance abuse issues their primary need is veteran and therefore would be placed in the veteran subpopulation in the primary need section.

Another section of the RTFH homeless survey (Appendix A) asked the individual completing the form to include numbers of each homeless person's additional needs. This section provided and area where they could tally all of the multiple needs for each homeless person that could fit into multiple categories. This would allow us to track primary needs in one section of the survey and additional multiple needs in another section of the survey. For the chart in Section III C. "Region wide Homeless Subpopulation Estimates (Expanded)", the low end of a range for each related subpopulation was determined by using the primary needs for each homeless person. The high end of a range for each related subpopulation was determined by adding all of the additional needs for each homeless person. For example; a homeless person whose primary need is severely mentally ill but also has problems with substance abuse and is HIV positive, would count once in the low end of the range (primary need) for severely mentally ill and would count once in the high end of the range (additional needs) for each category-substance abuse and HIV positive.

Other subpopulations included this report; Single Adults, Families, Youth who are alone, Homeless Individuals Aged 18-25, Seniors, Chronic Homeless and Farm workers/Day laborers, did not force a difficult decision about where a homeless person would fit and therefore did not have a range of numbers associated with them. They were their own category and used only one estimated number.

It is **extremely important** to remember that the numbers in this report are **Point-In-Time Estimates**. These are not estimates of the numbers of persons who become homeless over a year.

# Estimated Farm worker/Day laborer[1] and Urban, Visible[2], Sheltered[3], and Hidden[4] Homeless Populations

These numbers are "POINT-IN-TIME" estimates. They are not all inclusive of the number of persons who are, or become homeless throughout the year.

| Jurisdiction | Visible[2] | | Sheltered[3] | | Subtotal | Hidden[4] | TOTAL | % Unsheltered |
|---|---|---|---|---|---|---|---|---|
| | FW/DL[1] | Urban | FW/DL[1] | Urban | | | | |
| Carlsbad | 137 | 25 | 35 | 21 | 218 | 27 | 245 | 77% |
| Chula Vista | 0 | 150 | 0 | 216 | 366 | 108 | 474 | 54% |
| Coronado | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0% |
| Del Mar | 30 | 0 | 0 | 0 | 30 | 0 | 30 | 100% |
| El Cajon | 0 | 142 | 0 | 47 | 189 | 88 | 277 | 83% |
| Encinitas | 125 | 15 | 0 | 35 | 175 | 9 | 184 | 81% |
| Escondido | 250 | 137 | 0 | 534 | 921 | 91 | 1,012 | 47% |
| Imperial Beach | 0 | 12 | 0 | 0 | 12 | 0 | 12 | 100% |
| La Mesa | 0 | 68 | 0 | 0 | 68 | 9 | 77 | 100% |
| Lemon Grove | 0 | 50 | 0 | 0 | 50 | 0 | 50 | 100% |
| National City | 0 | 25 | 0 | 38 | 63 | 9 | 72 | 47% |
| Oceanside | 310 | 357 | 0 | 222 | 889 | 209 | 1,098 | 80% |
| Poway | 45 | 0 | 0 | 0 | 45 | 8 | 53 | 100% |
| San Diego | 200 | 1,427 | 0 | 2,019 | 3,646 | 812 | 4,458 | 55% |
| San Marcos | 175 | 20 | 0 | 0 | 195 | 10 | 205 | 100% |
| Santee | 0 | 25 | 0 | 0 | 25 | 8 | 33 | 100% |
| Solana Beach | 0 | 17 | 0 | 0 | 17 | 0 | 17 | 100% |
| Vista | 0 | 20 | 0 | 290 | 310 | 24 | 334 | 13% |
| San Diego County Unincorporated | 1,037 | 0 | 0 | 0 | 1,037 | 0 | 1,037 | 100% |
| Total | 2,309 | 2,490 | 35 | 3,422 | 8,256 | 1,411 | 9,667 | 64% |

[1] FW/DL = Homeless Farm workers and Day laborers (sometimes referred to as Rural Homeless).

[2] Visible = Based on the number of homeless visible-on-the-street or in open spaces.

[3] Sheltered = Based on the number of homeless designated shelter beds available each night.

[4] Hidden = Based on an estimate of URBAN homeless not-visible-on-the-street (those in alley ways, under freeway ramps, behind trash bins, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, in motels, etc.).

# REGIONWIDE HOMELESS SUBPOPULATION ESTIMATES (Expanded)

| Group | Estimated Number or Range |
|---|---|
| **Special Disability** | |
| Chronic Homeless | 1383 |
| Dual Diagnosis (Alcohol / Drug issues & Severely Mentally Ill) | 681 - 1306 |
| Persons with HIV / AIDS | 424 - 693 |
| Persons with Physical Disability | 243 - 655 |
| Severely Mentally Ill (SMI) | 736 - 1200 |
| Substance (Alcohol &/or Drug) Abuse Issues | 1478 - 3089 |
| **Other** | |
| Farm workers and Day laborers - Single Men | 2344 |
| Farm workers and Day laborers - Women or Families | - |
| General Homeless | 1786 - 2862 |
| Homeless Individuals Aged 18-25 | 500 |
| Seniors | 363 |
| Veterans | 902 - 1219 |
| Victims of Domestic Violence | 531 - 728 |
| Youth on their Own | 110 |

| Group | Children / | Total Members |
|---|---|---|
| **Families** | | |
| Number In Families: | | 2373 |
| Two Parents with Children (Total Children / Total Members) | 243 / 441 | |
| Single Mother with Children (Total Children / Total Members) | 1233 / 1860 | |
| Single Father with Children (Total Children / Total Members) | 39 / 72 | |
| Children | 1515 | |
| Number of Families: | | 759 |
| Two Parents | | 99 |
| Single Mother | | 627 |
| Single Father | | 33 |


# Chronic Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

According to the U. S. Department of Housing and Urban Development (HUD), a person who is "chronically homeless" is an unaccompanied homeless individual with a disabling condition who has either been continuously homeless for a year or more, OR has had at least four episodes of homelessness in the past three (3) years. In order to be considered chronically homeless, a person must have been sleeping in a place not meant for human habitation (e.g., living on the streets) and/or in an emergency homeless shelter.

More specifically, an unaccompanied homeless individual is one who is single and alone, and without a homeless family or children. A disabling condition is defined as a "diagnosable substance use disorder, serious mental illness, developmental disability, or chronic physical illness or disability, including the co-occurrence of two or more of these conditions. A disabling condition limits an individual's ability to work or perform one or more activities of daily living," *(U.S. Department of Housing and Urban Development, 2004)*.

Each episode of homelessness is a separate, distinct, and sustained stay on the streets and/or in an emergency homeless shelter. A chronically homeless person must be unaccompanied and disabled during each episode of homelessness.

While chronic homelessness may be identifiable by a pattern of homeless duration, other facts associated with this subgroup add to its understanding:
- Disability
- Heavy Use of Services
- Engagement with Treatments
- Multiple Problems
- Fragmented Systems

According to HUD there are three important homeless subgroups: Temporarily Homeless, Episodically Homeless and Chronically Homeless. These subgroups emerge from actual utilization patterns in numerous cities and show relatively similar distributions: Approximately 80 percent of users are temporarily homeless, 10 percent are episodic, and 10 percent are chronic *(Thompson, 2003)*.

## Prevalence

Of the approximate 7,300 urban homeless persons in the San Diego region, 1,383 are identified as chronically homeless. This accounts for nearly 19% of the total homeless population in San Diego's urban areas.

2-22


The "Chronic Homelessness" initiative is a campaign to target federal, state and local homeless assistance and other resources to people who meet the definition of "chronic homelessness". It excluded the following groups of people: children (with disabilities and without disabilities) who are homeless with their parents; parents (with disabilities and without disabilities) who are homeless and who have children with them; youth on their own with disabilities who have not been homeless long enough to fit the federal definition; youth on their own without disabilities; unaccompanied individuals without disabilities; and unaccompanied individuals who are unwilling to be declared disabled. Locally it is understood that any group of homeless people could fit most of the definition of chronic homeless. However, just like any other target population a homeless person must fit the definition to receive assistance from a specific program with targeted resources.

## Special Issues

San Diego's high priced rental market contributes to homelessness. For individuals struggling to pay the rent, the addition a serious illness or disability can start a downward spiral into homelessness, beginning with a lost job, depletion of savings to pay for care, and eventually eviction. Many cannot afford healthcare on top of their other expenses. In the year 2000, approximately 38.7 million Americans had no health care insurance *(National Coalition for the Homeless, 2002)*. The downward spiral can continue for years until a person eventually becomes one of the chronic homeless.

There lies a complex set of multi-problem challenges to service providers when dealing with the chronically homeless. Like frail elders with complex medical conditions, HIV patients with psychiatric and substance abuse issues, or a client with domestic violence or counseling needs, unfortunately the service needs of chronically homeless people outstrip the in-house services of most providers.

## Top Unmet Needs

San Diego boasts a Serial Inebriate Program, collaboration between the City and County of San Diego in conjunction with local service providers. This program addresses the needs of chronically homeless persons. This program costing only a few hundred thousands of dollars saves taxpayers millions in emergency room, police dept. and jail costs. Unfortunately because of dwindling finances the program can only address the needs of a portion of the chronic homeless in San Diego. Additional shelter beds, support services, and funding for the Serial Inebriate Program are serious needs for this population.

## References

*Chronic Homeless Fact Sheet.* U.S. Department of Housing and Urban Development. Washington D.C.: 2004.

Tommy G. Thompson. *Ending Chronic Homelessness, Strategies for Action.* 2 July 2004. U.S. Department of Health and Human Services. March 2003. (http://aspe.hhs.gov/hsp/homelessness/strategies03/ch.htm).

*Why are People Homeless?: NCH Fact Sheet #1.* 30 June 2004. National Coalition for the Homeless. Sept. 2002 ( www.nationalhomeless.org/causes ).

# Domestic Violence and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

Domestic violence, or battering, is the establishment of control and fear in a relationship through violence and other forms of abuse. The batterer uses acts of violence and a series of behaviors, including intimidation, threats, psychological abuse, and isolation, to coerce and control the other person. *(Uniform Crime Reports, Federal Bureau of Investigation, 1990)*

Most research on domestic violence has primarily focused on women and their children. For women in the United States between the ages of 15 and 44, domestic violence is the single largest cause of injury *(American College of Emergency Physicians, 2003).* There is no typical victim of domestic violence. Women of all ages, races, socioeconomic classes, and educational backgrounds experience domestic violence from husbands, boyfriends, lovers, or partners.

## Prevalence

Throughout the United States, 57% of homeless families identified domestic violence as a primary cause of homelessness *(The United States Conference of Mayors, 1999).* In the San Diego region, there are estimated 531 homeless victims of domestic any given point in time. However, the numbers of homeless domestic violence victims may be underestimated because some victims are reluctant to self-report. Homeless women seldom view abuse as their primary problem and may not reveal that they are victims. Feelings of shame may also inhibit self-reporting. There is also a portion of the general population who live with domestic violence in order avoid being homeless. Victims of domestic violence may generally find more support from family and friends than an average homeless person. This of course is good news, however, these persons still fit the definition of homeless and may remain uncounted and unserved.

## Special Issues

Domestic violence victims are particularly susceptible to homelessness for the following reasons:

- Although battered women are in every income level, they can often be from households with financial problems. Poor women fleeing domestic violence have a greater risk of homelessness.
- In the absence of cash assistance, women who experience domestic violence may be at increased risk of homelessness or compelled to live with a former or current abuser in order to prevent homelessness *(National Coalition for the Homeless, 1999).*
- The primary goal of the batterer, conscious or not, is often to isolate the victim and make him or her dependent on the abuser for support.

2-24


- Battered women from upper economic classes may find themselves with little or no financial resources or housing when they flee their abusers.
- Abusers often sabotage their victim's employment efforts, by causing them to be late or absent, or by harassing them so that they quit or are terminated. This leaves victims without financial independence and inadequate job preparation.
- Abusers often insist that their victims end relationships with friends and family. If the abuser has threatened family or friends, there may be no option for the battered women to live with them even temporarily. Consequently, a woman who leaves an abusive situation may have no option other than public facilities.

## Top Unmet Needs

Of the estimated 531 homeless individuals who are also victims of domestic violence in the San Diego region, 35% remain unsheltered. Furthermore, aside from shelter and beds, the following are just some of the top unmet needs of domestic violence victims.

- Child Care
- Employment Assistance
- Legal Aid/Advocacy
- Permanent Supportive Housing
- Transitional Housing

Battered women in homeless shelters represent only a fraction of the number of battered women in the general population. Women fleeing abuse and other threats at home have had difficulty finding refuge in public shelters that serve the general homeless population. General homeless shelters do not function as a "safe house" whose location is kept confidential. For security reasons, a woman's (and her children's) whereabouts may need to be kept secret from her abuser. Potential danger is not taken lightly; studies indicate that the largest number of domestic violence related murders occur after a woman has left her partner.

In addition, those who assist domestic violence victims are resistant to the idea that general shelter programs can meet the needs of domestic violence victims, who otherwise would have a home. Many of the women fleeing domestic violence do not identify with the common characteristics and conditions of other persons who are homeless. Generally the San Diego Domestic Violence Council promotes shelters specifically for domestic violence victims. Such shelters have designed programs that are especially directed to meeting the following needs:

- Childcare
- Counseling and emotional support
- Counseling for the children
- Immediate advocacy with public social service agencies
- Long term, transitional shelter
- Medical treatment
- Peer group support
- Security

2-25



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

- Self-empowerment
- Short-term legal assistance, including temporary restraining orders
- Vocational training and job search assistance

## References

*American College of Emergency Physicians Facts Sheet.* 24 June 2004. American College of Emergency Physicians. June 2003. (www.acep.org/1,391,0).

*Domestic Violence and Homelessness: NCH Fact Sheet #8.* 2 July 2004. National Coalition for the Homeless. April 1999. (www.nationalhomeless.org/domestic.html).

Somers, Amy. "Domestic Violence Survivors," *Homelessness: A National Perspective*, 265-272: 1992.

*Uniform Crime Reports.* 2 July 2004. Federal Bureau of Investigation. Washington, D.C.: 1990. (http://www.fbi.gov/ucr/ucr.htm?topic_id=0&sect_id=1&indv_proj_id=&CFID=56680&CFTOKEN=61273708).

United States Conference of Mayors. *A Status Report on Hunger and Homelessness in America's Cities: 1999*, December 1999, p39.

2-26



**Regional Task Force on the Homeless**
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# Families with Children and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

A single mother with multiple issues heads most homeless families. Homeless mothers tend to be in their late twenties, single or divorced, and have completed at least a few years of high school. Recently, however, more single male parents with children have been sheltered. Family groups are made up of all ethnicities and backgrounds. Most have poverty in common with each other.

## Prevalence

While families with children have represented the fastest growing segment of the homeless population in the past 10 to 15 years, they represent about a third of the urban homeless population. A survey of 25 U.S. cities, conducted by the U.S. Conference of Mayors, found that families with children accounted for 36% of the homeless population in 2000.

The population of homeless families with children in the San Diego region roughly reflects this assessment. Among the estimated 7,323 total urban homeless persons, there is an estimated 2,373 homeless family members in our region on any given night. Of these family members, within the entire San Diego Region, there are 99 two-parent families with 243 children, 627 families with single women as head of household and 1,233 children with them, and 33 families with single men as head of household and 39 children with them. Of these family units, within the City of San Diego there are 57 two-parent families with 142 children, 365 families with single women as head of household and 717 children with them, and 19 families with single men as head of household and 22 children with them. Within the entire area outside the City of San Diego there are 42 two-parent families with 101 children, 262 families with single women as head of household and 516 children with them, and 14 families with single men as head of household and 17 children with them. Approximately two-thirds (1,515) of the family subpopulation are children. There are an estimated 858 homeless parents in the entire region. Approximately 1,542 family members are enrolled in shelters as a family unit. In other cases, parents and children are temporarily separated to qualify for shelter and related services. Those not in shelters find temporary refuge in cars, campgrounds, motels, and the overnight accommodations of others. Unlike single male adult homeless persons on the streets, many homeless families are typically unnoticed.

In addition to these homeless families, the RTFH notes that a significant number of families are at-risk of becoming homeless. For every homeless family living in a shelter, experts estimate that there are two to three families who are on the verge of homelessness due to unstable living conditions and who need similar support services as homeless families in order to sustain permanent housing. They are often living in the temporary accommodations of family or friends who may also be living under tenuous circumstances.

## Special Issues

Homeless parents are in a constant state of crisis. Many families have histories of residential instability and


have moved several times prior to their current shelter stay. Most have moved around within the community where they live. Families who become homeless frequently have had extended periods of unstable housing. Many have always relied on others for housing. Overall, a substantial portion of homeless families can be characterized as multi-problem families. These families have chronic economic, educational, vocational, and social problems, fragmented support networks, and have difficulty accessing the traditional service delivery system. The multi-problem family typically may seek assistance when a crisis occurs, but then break contact with the agencies when the crisis abates. Though individual behaviors may play some role in causing homelessness, the primary causes of family homelessness are poverty and the lack of affordable housing (*National Coalition for the Homeless, 2001*).

As for homeless children in these families, many of them have a number of developmental, behavioral, and emotional problems due to instability in their lives. Stability is central to growth and development. Homeless children are more likely than other children to be at risk for emotional problems. They may be anxious, depressed, aggressive, dependent, and demanding. Homeless children also suffer from physical disorders, and developmental delays, including motor and language skills (*U.S. Department of Health Services, 1994*). For school-age homeless children, school attendance and performance is often sporadic, caused by frequent moves and changing schools.

## Top Unmet Needs

- Child Care
- Employment Assistance
- Health Care
- Permanent Affordable Housing

Urgent needs typically include emergency food assistance and clothing, more so than for non-homeless poor families. There are many case management agencies in the county, which specifically serve homeless families in need of general assistance. Immediate assistance includes food, clothing, and shelter.

Stabilization and longer term services vary, but together include access to the following: case management, life skills training, alcohol and drug abuse recovery and mental health services, health care, education, employment assistance, child care, housing placement, and assistance with entitlement benefits.

## References

*Homelessness Families with Children: NCH Fact Sheet #7.* 28 June 2004. National Coalition for the Homeless. June 2001. ( www.nationalhomeless.org/families.html )

United States Department of Health and Human Services. *Strengthening Homeless Families: An Annotated Resource Guide.* Washington, D.C.: 1994

U.S. Conference of Mayors. *A Status Report on Hunger and Homelessness in America's Cities: 1998.* Washington D.C.: 1998.

2-28



# Families with Children and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

A single mother with multiple issues heads most homeless families. Homeless mothers tend to be in their late twenties, single or divorced, and have completed at least a few years of high school. Recently, however, more single male parents with children have been sheltered. Family groups are made up of all ethnicities and backgrounds. Most have poverty in common with each other.

## Prevalence

While families with children have represented the fastest growing segment of the homeless population in the past 10 to 15 years, they represent about a third of the urban homeless population. A survey of 25 U.S. cities, conducted by the U.S. Conference of Mayors, found that families with children accounted for 36% of the homeless population in 2000.

The population of homeless families with children in the San Diego region roughly reflects this assessment. Among the estimated 7,323 total urban homeless persons, there is an estimated 2,373 homeless family members in our region on any given night. Of these family members, within the entire San Diego Region, there are 99 two-parent families with 243 children, 627 families with single women as head of household and 1,233 children with them, and 33 families with single men as head of household and 39 children with them. Of these family units, within the City of San Diego there are 57 two-parent families with 142 children, 365 families with single women as head of household and 717 children with them, and 19 families with single men as head of household and 22 children with them. Within the entire area outside the City of San Diego there are 42 two-parent families with 101 children, 262 families with single women as head of household and 516 children with them, and 14 families with single men as head of household and 17 children with them. Approximately two-thirds (1,515) of the family subpopulation are children. There are an estimated 858 homeless parents in the entire region. Approximately 1,542 family members are enrolled in shelters as a family unit. In other cases, parents and children are temporarily separated to qualify for shelter and related services. Those not in shelters find temporary refuge in cars, campgrounds, motels, and the overnight accommodations of others. Unlike single male adult homeless persons on the streets, many homeless families are typically unnoticed.

In addition to these homeless families, the RTFH notes that a significant number of families are at-risk of becoming homeless. For every homeless family living in a shelter, experts estimate that there are two to three families who are on the verge of homelessness due to unstable living conditions and who need similar support services as homeless families in order to sustain permanent housing. They are often living in the temporary accommodations of family or friends who may also be living under tenuous circumstances.

## Special Issues

Homeless parents are in a constant state of crisis. Many families have histories of residential instability and


have moved several times prior to their current shelter stay. Most have moved around within the community where they live. Families who become homeless frequently have had extended periods of unstable housing. Many have always relied on others for housing. Overall, a substantial portion of homeless families can be characterized as multi-problem families. These families have chronic economic, educational, vocational, and social problems, fragmented support networks, and have difficulty accessing the traditional service delivery system. The multi-problem family typically may seek assistance when a crisis occurs, but then break contact with the agencies when the crisis abates. Though individual behaviors may play some role in causing homelessness, the primary causes of family homelessness are poverty and the lack of affordable housing *(National Coalition for the Homeless, 2001)*.

As for homeless children in these families, many of them have a number of developmental, behavioral, and emotional problems due to instability in their lives. Stability is central to growth and development. Homeless children are more likely than other children to be at risk for emotional problems. They may be anxious, depressed, aggressive, dependent, and demanding. Homeless children also suffer from physical disorders, and developmental delays, including motor and language skills *(U.S. Department of Health Services, 1994)*. For school-age homeless children, school attendance and performance is often sporadic, caused by frequent moves and changing schools.

## Top Unmet Needs
- Child Care
- Employment Assistance
- Health Care
- Permanent Affordable Housing

Urgent needs typically include emergency food assistance and clothing, more so than for non-homeless poor families. There are many case management agencies in the county, which specifically serve homeless families in need of general assistance. Immediate assistance includes food, clothing, and shelter.

Stabilization and longer term services vary, but together include access to the following: case management, life skills training, alcohol and drug abuse recovery and mental health services, health care, education, employment assistance, child care, housing placement, and assistance with entitlement benefits.

## References

*Homelessness Families with Children: NCH Fact Sheet #7.* 28 June 2004. National Coalition for the Homeless. June 2001. ( www.nationalhomeless.org/families.html )

United States Department of Health and Human Services. *Strengthening Homeless Families: An Annotated Resource Guide.* Washington, D.C.: 1994

U.S. Conference of Mayors. *A Status Report on Hunger and Homelessness in America's Cities: 1998.* Washington D.C.: 1998.

2-30


# Farm Workers and Day Laborers

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

According to the San Diego County Farm Bureau, San Diego County agriculture rankings are; #1 county in the nation for value of floricultural, nursery, greenhouse and sod products; #1 county in the nation in small (under 10 acres) farms (5,899 California farms have 49 or fewer acres, 65 percent of which are nine or fewer acres); #1 in the nation in production of avocados; #2 in the nation with the highest number of farms (6,565); #7 in the nation for poultry (hens & pullets); #6 in the nation for horses; #9 in the nation for grapefruit; #8 in the nation for strawberries; #19 in the nation for oranges; #16 in the nation for fruits, nuts and berries; #9 in agricultural production in California and #20 in the nation; and #10 in the value of agricultural products sold.

In 2002, the value of agriculture in San Diego County was $1,297,248,470. The County of San Diego, Department of Agricultural Weights and Measures reports that this equates to an estimated economic impact of $4,540,474,645 (San Diego County Crop Statistics & Annual Report, 2002) Because of rapid development many people assume a decline in the total agricultural acres that remain in the County. However, from 1992 to 2002 the total agricultural acreage in the County increased by 53,875 acres (SD County Farm Bureau, 2004). This increase was seen in the unincorporated areas of the County as most local jurisdictions have actually lost agricultural land.

Obviously there is significant need for a workforce. A workforce that is willing to accept low wages, strenuous work and difficult living conditions. Without this workforce the local economy would be crippled.

Farm workers and day laborers are the work force described above. Many are homeless individuals who live near their work in the San Diego region. Most of these homeless workers are documented immigrants from Mexico. Many seek shelter in rural areas, particularly the unincorporated areas of the county. Their makeshift camps are often constructed on hillsides or in secluded canyons. Almost all of the farm worker and day laborer population is comprised of single men. However, many have families that remain in Mexico. The average age of the farm worker and day laborer population is estimated between 20 and 40 years old. Some of the workers are teenagers. Many men that come to the United States do so to earn money to support their families, but do not bring their families here because of precarious living conditions. While these laborers are separated from their immediate family, many have some extended family connection in the San Diego area. There are very few homeless farm worker and day laborer families in our region. All of the homeless farm worker and day laborer liaisons that the RTFH spoke with very rarely see homeless families and women. Many of the homeless farm workers move from farm employment to day labor as soon as they make some money. Day labor although not as steady as farm work can often pay more. Once they move into day labor and establish themselves they often begin sharing apartments or homes with other farm workers and day laborers. Soon after that they begin to seek out permanent employment and have other family members join them in the United States. They and their family become an integral part of the community.

2-31

## Prevalence

There are at least 2,344 resident homeless farm workers and day laborers throughout San Diego County who work regularly in casual labor situations and consider San Diego their home. Estimates vary depending upon the different growing seasons. The numbers can change quickly as more work becomes available. This population remains highly migratory, following the work as it becomes available and even returning home for short periods during the off season. Due to their tenuous living conditions and their geographical, linguistic, and cultural isolation, this population's prevalence can only be roughly estimated. The number of encampments located throughout the County has become very difficult to estimate because encampments move frequently and are now much smaller than in the past. Presently there are only a few workers per camp whereas in the past camps could be quite large. The camps are located in North County and north San Diego, frequently in fields, hillsides, canyons, ravines, and riverbeds, often on the edge of an employer's property. Because camps tend to be in remote locations, this population is often under-counted. Most farm workers and day laborers have moved from living inside the local jurisdictions boundary lines to just outside them in the unincorporated areas. This like many other homeless groups try to remain hidden to avoid conflict with others.

Some homeless farm workers and day laborers are crammed into rooms, hallways, and garages of rented houses, in packing buildings, or in storage sheds.

Estimates of this homeless population are lower than in previous years. This is suggested by the following factors:

- The development of two farm worker family housing complexes. The County of San Diego operates Firebird Manor, a 37-unit program and the City of San Marcos offers Chinaberry Apartments with 12 units. All 49 units are affordable housing for farm worker families. Both programs provide small and large family units and are located in the City of San Marcos;
- Some growers now provide housing for their workers, stimulated by changes in State laws and the County's Farm worker Housing Development Fee Waiver Program;
- Opportunities for alternative employment are more plentiful in the San Diego region;
- Homeless outreach programs have assisted many workers and their families to obtain transitional housing and supportive services;
- Camp abatement by local jurisdictions.

## Special Issues

There is only one traditional homeless shelter that specifically addresses the needs of farm workers and day laborers. La Posada de Guadalupe operated by Catholic Charities of San Diego is located in the City of Carlsbad. Many farm workers and day laborers are reluctant to utilize some housing programs. The primary reason for this is believed to be financial; many want to send money back to their families. Most are willing to spend only a few dollars per day on housing. It is much more expensive to live in an apartment or dormitory than in a camp. For this reason, some are reluctant to leave their temporary camp accommodations. There are others though, that rent apartments and share the space with others, sometimes up to 8-9 men per apartment.

The farm worker and day laborer homeless population generally has fewer social problems than some members of the urban homeless population. Those who immigrate to the United States tend to be the healthier (both physically and mentally) and are eager to work hard in order to earn money to improve their situations. They are engaged in employment that requires responsibility, dependability, vigor, and stamina. Yet, they still have


health issues that they must deal with. Local service providers offer testing and treatment for tuberculosis, HIV and sexually transmitted infections. Unchecked these ailments can cause serious health risks for themselves and everyone they come into contact with.

Farm workers and day laborers can also become victims of crime. Once they get paid they can become easy targets for criminals. These crimes often go unreported. This population is also the target of hate crimes and negative stereotypes. This seems to be quite hypocritical as our community needs this work force. They provide a service that no one else is willing to do.

Cultural differences among immigrant groups affect the extent to which they are willing to use social services. Public social service agencies inform us that like the urban homeless population outreach and forming a trusting bond can often be the key to a homeless person accessing services.

## Top Unmet Needs

- Permanent Affordable Housing
- Health Care
- Emergency Food & Clothing
- Transitional Housing
- Employment Assistance

## References

*San Diego County Agricultural Profile.* San Diego County Farm Bureau: May, 2004.
( www.sdfarmbureau.org/Pages/sd_agr )

*San Diego County Crop Report 2002 Highlights.* San Diego County Farm Bureau: May, 2004.
( www.sdfarmbureau.org/Pages/CropReport )

*2002 Crop Statistics & Annual Report.* County of San Diego, Department of Agricultural, Weights & Measures: May, 2004. ( www.co.san-diego.ca.us/awm/docs/crop_reports/cropreport2002 )

2-33


# HIV/AIDS and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

The U.S. Department of Health and Human Services conducted a HIV/AIDS Surveillance Report that reported by age group, diagnosis of HIV/AIDS decreased among children and in the age group 25-34 years but increased in all other age groups. In 2002, the age group 25-34 years represented 28% of all new diagnoses of HIV/AIDS.

Based on reports by the National Commission on AIDS, approximately 3-20 percent of homeless persons in urban areas may be HIV infected. According to the HIV/AIDS Surveillance Report "Cases of HIV infection and AIDS in the United States", at the end of 2002, approximately 384,906 persons in the United States were living with AIDS. In addition, high incidences of behaviors that place individuals at increased risk for HIV have been well documented among homeless populations. They include injection drug use (IDU), needle sharing, high-risk sexual behavior, and exchanging sex for money or drugs. *(Song, 1999)*

## Prevalence

In San Diego County alone, it is estimated that 424 persons in the homeless population are suffering from HIV/AIDS at any given point in time. This is almost nine percent of the homeless single adults. However, since homeless people in general are less likely to be tested for HIV than housed individuals, these figures probably underestimate the scope of the problem. With only 77 shelter beds available countywide for this population, there are at least 347 persons with HIV/AIDS who are in need of shelter assistance. In addition, there are persons who are HIV-infected and AIDS-symptomatic (e.g. pneumonia, Kaposi Sarcoma) who are not likely to be admitted to general shelters. This population is a unique group that may continue to need permanent supportive housing in order to avoid ending up on the streets.

According to the National Coalition for the Homeless, there are up to 50% of persons suffering from HIV/AIDS who are expected to need housing assistance of some kind during their lifetimes. U.S. Department of Health and Human Services researched cases in the United States, and concluded more than 460,000 people have died as a result of AIDS since the epidemic began to be researched in 1981. The lack of affordable housing is a critical problem facing a growing number of people living with AIDS and other illnesses caused by HIV. People with HIV/AIDS may lose their jobs because of discrimination or because of the fatigue and periodic hospitalization caused by HIV-related illnesses. They may also find their incomes drained by the cost of health care.

## Special Issues

HIV has many dimensions, some of which may increase the risk of homelessness for people with HIV. This includes financial hardship due to HIV related disabilities, and the impaired ability to cope with the challenges

2-34


of daily living due to HIV related dementia/peripheral neuropathy/CMV retinitis/wasting syndrome/fatigue/or other physiological consequences of HIV. According to the National Coalition for the Homeless, Homeless people with HIV may face many barriers to optimal care. Injection drug use and lack of insurance, common among homeless people, have been shown to negatively affect health care utilization, level of medical care and health status. For people who are HIV+, homelessness can be life threatening, because generally, homeless infected persons; cannot maintain communication with health care and social service professionals offering HIV care (due to lack of a telephone, address and social stability); cannot obtain HIV care usually provided in a home setting (e.g., infusions, nursing); cannot store medication or medical supplies; cannot obtain adequate sleep or rest; cannot develop a peer support group to help with the challenges of daily living; cannot prepare or store nutritious meals.

The County of San Diego, Department of Housing and Community Development (HCD) administers the Housing Opportunities for Persons with AIDS (HOPWA) Program, a federal housing program of the U.S. Department of Housing and Urban Development (HUD). Programs funded through HOPWA provide affordable housing for low-income (including homeless) persons living with HIV/AIDS and their families and services needed to enable low-income HIV/AIDS clients to remain housed, locate housing, and prevent homelessness. The San Diego Countywide Strategic HIV/AIDS Housing Plan is currently being updated (as of the date of this report).

## Top Unmet Needs
- Emergency Shelter
- Health / Mental Health Treatment
- Outreach
- Permanent Supportive Housing

The National Coalition for the Homeless has policy recommendations stating that homeless persons with HIV/AIDS need safe, affordable housing and supportive, appropriate health care. Emergency housing grants should be available for persons with HIV-related illnesses who are in danger of losing their homes, and housing assistance should be available for those already on the streets. Federal assistance must be provided through adequate funding of targeted housing and health programs, and through enforcing anti-discrimination laws.

## References

Almanac of Policy Issues: U.S. Department of Health and Human Services, Press Office Revised July 10, 2002: HHS' Comprehensive Fight Against HIV/AIDS.

HIV/AIDS Surveillance Report: Cases of HIV infection and AIDS in the United States, 2002 Vol. 14: Department of Health and Human Services – Public Health Services; Centers for Disease Control and Prevention; Atlanta, Georgia 30333.

HIV/AIDS and Homelessness: NCH Fact Sheet #9. National Coalition for the Homeless. 25 June, 2004 ( www.nationalhomeless.org/hivaids )

Song M.D, John. HIV/AIDS and Homelessness. 25 June 2004. HIV/AIDS Bureau. Nov. 1999 (http://hab.hrsa.gov/publications/799 )

What is AIDS?: Fact Sheet # 101. New Mexico AIDS Infonet. November, 2003 ( www.aidsinfonet.org )

2-35




# Mental Illness and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

According to the U.S. Surgeon General Mental Health Report of 1999, "Mental illness is the term that refers collectively to all diagnosable mental disorders. Mental disorders are health conditions that are characterized by alterations in thinking, mood, or behavior (or some combination thereof) associated with distress and/or impaired functioning. Mentally ill persons are defined as individuals who have a severe or persistent mental disorder."

"Unfortunately, some key facts about serious mental illnesses and substance use disorders are widely unrecognized or misunderstood. The most important fact is that *people with serious mental illnesses and/or co-occurring substance use disorders can and do recover*. Indeed, from a medical perspective, most mental illnesses today are considered to be as treatable as general medical conditions. Further, from a rehabilitation perspective, people with serious mental illnesses move beyond their disabilities to reclaim valued roles in society." (SAMSHA, 2003)

Homeless mentally ill persons are typically long-term citizens of the communities in which they are homeless *(National Resource Center on Homelessness and Mental Illness, 2004)*. Unfortunately, as they are more commonly single and divorced, their social support system is weak. Homeless mentally ill persons do not have or cannot use the informal social networks that might help them overcome homelessness.

## Prevalence

Among the homeless population, persons with serious mental illnesses are over-represented. While those with a serious mental illness represent only four percent of the U.S. population, they represent five to six times as many people (20-25%) in the population of the homeless nationwide *(National Resource Center on Homelessness and Mental Illness, 2004)*.

This statistic is confirmed on the streets of San Diego County. On any given night there are approximately 1,417 homeless mentally ill, among the 7,323 total urban homeless persons. This is roughly 20% of that population and over 25% of the adult homeless population. Without proper mental health care and affordable housing this number is likely to grow. These numbers may also be undercounted, as some of the homeless population do not realize they have a mental health problem. In addition, when a person does recognize that they have a mental health problem they may often not seek assistance. They may find that it is too difficult to find help or admit to others that they heave a problem. Mental illness still carries a negative connotation with it and can often be embarrassing for the person who has to deal with it.

## Special Issues

Homeless individuals with mental illness suffer primarily from schizophrenia, major depression, or bi-polar


disorder. These illnesses differ in their causes, course, and treatment. Their symptoms can also differ dramatically. Some people with major depression may be too exhausted and overwhelmed to seek food, shelter, and medical care. Other people are talkative, fidgety, and wildly energized by mania. Some are tortured by delusions, fantasies, suspicion, and fear and may avoid human contact. Homeless conditions may also exacerbate the disorientation and mistrust that can accompany severe mental illness. It is important to note that severe mental disorders tend to endure, often for life, although they frequently follow a cyclical course that is unlike mental retardation or physical disabilities. When a person is treated, has access to medications and is able to maintain stable housing they can return to be productive members of our community.

## Top Unmet Needs
- Alcohol & Drug Abuse Treatment
- Emergency Shelter
- Mental Health Services (including access to medications)
- Permanent Supportive Housing

Many people see lack affordable housing as the number one barrier to residential stability for homeless persons with a mental illness. (SAMSHA, 2003)

The homeless mentally ill need services such as outreach, medication, case management, representative payee, specialized crisis services, and often, substance abuse treatment. In the area of housing, the mentally ill often need case management in order to succeed. Although the County of San Diego has a wide array of services targeting this population, there is often inadequate funding of mental health services by the State of California.

Minority homeless mentally ill persons have a variety of needs because of their diversity. For those who cannot speak English, navigating a complex system is even more difficult. Multilingual, multi-cultural outreach workers and treatment staff members are more successful in assisting ethnic and minority homeless individuals.

## References

*Mental Health: A Report of the Surgeon General—Executive Summary*. Rockville, MD: U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health, 1999. ( www.surgeongeneral.gov/library/mentalhealth/toc )

*National Resource Center on Homelessness and Mental Illness: Get the Facts*. 28 June 2004. National Resource Center on Homelessness and Mental Illness. 24 June 2004. ( www.nrchmi.samhsa.gov/facts/facts_question_3.asp )

Substance Abuse and Mental Health Services Administration (SAMHSA). Blueprint for Change: Ending Chronic Homelessness for Persons with Serious Mental Illnesses and Co-Occurring Substance Use Disorders. DHHS Pub. No. SMA-04-3870, Rockville, MD: Center for Mental Health Services, Substance Abuse and Mental Health Services Administration, 2003. ( www.mentalhealth.samhsa.gov/publications/allpubs/SMA04-3870/chapter2.asp )

2-38



# Senior Homeless Persons

*"The homeless elderly are vulnerable. They are prey to the desperate violence that characterizes much of street life, poorly suited to withstand extremes of temperature and weather, suffering from chronic debilitating disease, yet they are survivors who embody the American Dream gone astray." Under the Safety Net: The Homeless Elderly*

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

The majority of aged persons on the street are men in their sixties. While often harbored at Senior Service Centers of San Diego (SCC) during the daytime, they are left to their own resources by late afternoon. They usually avoid public shelters, and are extremely vulnerable to crime, illness, exploitation, and abuse.

In 2002 Senior Community Centers conducted a needs assessment of Homeless and Near-Homeless Seniors in San Diego and concluded that, generally, seniors living on the streets or in shelters reported lower levels of health than did those living in SROs. Fifty-two percent of the seniors living on the streets rated their general health as "fair" or "poor" compared to 43% of those living in SROs. An average of 70% of the income of at-risk San Diego seniors who have shelter goes toward housing *(Richards and Elliott, 2002)*. While the elderly spare the rest of their income for bare essentials such as food and clothing, it remains rather difficult for them to then purchase health care services. Most public housing standards usually allow for only 30% of ones income to be spent on housing.

As a group, older low-income persons possess the characteristics that often generate homelessness. Many are estranged from their families, live in single-room-occupancy (SRO) hotel rooms and have incomes of under $500 a month. Half have suffered from chronic alcoholism, severe mental illness, or both. They are also in poor health *(Richards and Elliott, 2002)*.

Those living alone without family or social support systems appear to be the most vulnerable to homelessness. The immediate precipitant tends to be eviction for failure to pay rent. The elderly living in congregate housing fare better, probably because of established relationships and social interactions common in such living situations *(Brickner et al., 1990)*.

## Prevalence

About 7.5% percent of the homeless single adult population in our region is 60 years old or older. This is an increase over the last few years. Increased homelessness among elderly persons may be attributed to entitlements, such as Social Security and Medicare, which do not increase at the same rate as the cost of living. An equally significant source of increased homelessness among elderly persons is the declining availability of affordable housing; of the 12.5 million persons in U.S. households, elderly people have been identified as


having "worst case housing needs," *(U.S. Department of Housing and Urban Development, as quoted by National Coalition for the Homeless, 1999).*

In 2003, Senior Community Centers (Broadway center only) had approximately 250 different homeless seniors accessing social services. Approximately 75% were male and 25% were female. Of those 250 homeless seniors, 150 were completely new to the center. From January 1999 through December 2003, they saw approximately 775 different homeless seniors (Dogbo, 2004). Many seniors are homeless sporadically, or have been homeless at least once. Fifteen percent of the clients at SCC, have been homeless at some point in their lives.

Once on the street, elderly homeless persons often find getting around difficult, and as they remain suspicious of the crowds at shelters and clinics, they are more likely to sleep on the street. For this reason, the elderly homeless population may also be consistently undercounted due to their reluctance to stay in shelters *(National Coalition for the Homeless, 1999).*

## Special Issues

Frail elderly homeless persons face physical health issues which are rampant (including mobility difficulty and chronic diseases), chronic mental illness, dementia, urinary incontinence, cancer, and, ultimately, dying without a home, friends, or family.

### Top Unmet Needs
- Emergency Shelter
- Health Care
- Mental Health Treatment
- Permanent Supportive Housing
- Transportation

## References

*Elderly and Homelessness: NCH Fact Sheet #15.* 28 June 2004. National Coalition for the Homeless. April 1999. ( www.nationalhomeless.org/elderly ).

Brickner, Philip W., et al. *Under the Safety Net: The Health and Social Welfare of the Homeless in the United States.* W.W. Norton & Company. New York: 1991.

Dogbo, Shari. Letter to the author. 09 Feb. 2004.

Richards, Ph.D., Pamela and Lindsay Elliott. *The Unseen Many: A Needs Assessment of Homeless and Near-Homeless Seniors in San Diego.* San Diego: Senior Community Centers, 2002.

2-40



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

2.41



# Substance Abuse and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

The relationship between homelessness and alcohol and drug addiction remains controversial. As the homeless population disproportionately represents a great number of homeless persons with addictive disorders, such disorders cannot, by themselves, explain the increase in homelessness since the 1980s. Most drug and alcohol addicts never come close to such a situation as homelessness. However, people who must juggle very low income along with their addictive disorders are clearly at increased risk *(National Coalition for the Homeless, 1999).*

For many homeless persons, drinking or other drug use provides a means to get through the day. Drug or alcohol abuse is both a cause and result of homelessness for some. The abuse of such substances may sometimes begin after an individual has become homeless, due to the fact that the street life subculture seems to have consumption of alcohol and other drugs as a norm. These individuals are twice as likely as other homeless people to be arrested or jailed, mostly for misdemeanors. They are often candidates for diversion programs that enable them to go from jail to more appropriate treatment, and housing.

The social support and family networks of these individuals usually have unraveled. Those who are members of families often have lost regular contact with their relatives or are no longer equipped to be primary caregivers.

There is no generally accepted "magic number" with respect to the prevalence of addiction disorders among homeless adults *(National Coalition for the Homeless, 1999).*

## Prevalence

Approximately 26% of the homeless (not counting children in families) in the San Diego region have substance abuse issues as a primary characteristic. This number can go as high as 54% when taking into account the secondary characteristics of the remainder of the homeless population. For example, a homeless person with HIV / AIDS issues would have HIV / AIDS as their primary characteristic but may have additional secondary characteristics like substance abuse, etc. This is true with all the homeless subpopulations. There are also at least 12% of homeless (not counting children in families) persons who identify Dual Diagnosis as a primary characteristic. By definition Dual Diagnosis includes a substance abuse disorder.

In general, substance problems are less prevalent among homeless women than among homeless men. The majority of homeless men who abuse drugs are in their late teens and twenties.

## Special Issues

There is a clear relationship between chronic homelessness and substance abuse in the United States. Addiction

2-42


both precipitates and sustains homelessness. It also inhibits one's ability to work and destroys families and other social relationships. Consequently, once an abuser loses his or her source of income and housing, friends or family may be unwilling to offer assistance. In an increasingly competitive affordable housing market, drug and alcohol abusers are the last to qualify for housing benefits and thus, end up on the streets more than the rest of the low-income population. Additionally, new welfare and Social Security Disability income regulations concerning alcohol and drug abusers severely limit, and in most cases, eliminate this group's eligibility for such assistance.

The San Diego Serial Inebriate Program is collaboration between the City and County of San Diego in conjunction with local service providers. This program addresses the needs of homeless persons with substance abuse issues. Usually those who are chronic homeless with serious substance abuse problems and numerous related citations. This program costing only a few hundred thousands of dollars saves taxpayers millions in emergency room, police dept. and jail costs.

## Top Unmet Needs
- Alcohol & Drug Abuse Treatment
- Emergency Shelter
- Health Care
- Mental Health Treatment
- Transitional Housing

The needs of homeless substance abusers are multiple and complex (HCH Clinicians Network, 2003). They include access to comprehensive health care, substance abuse treatment, transitional housing, residential programs that provide on-site services to parents with substance abuse problems and their children, and innovative aftercare environments to provide a continuum of care in housing. Also needed are mental health, vocational, educational, legal, veterans and welfare services. Such support services are necessary to ensure that an individual's full range of needs is met, and to help an individual maintain sobriety. The need for transportation, clothing, food and shelter is similar to that of other homeless persons. Outreach and intake services are also important in order to make services available to homeless people with alcohol problems who need them, but resist accepting services.

## References

*Addiction Disorders and Homelessness: NCH Fact Sheet #6.* National Coalition for the Homeless. April 1999. ( www.nationalhomeless.org/addict.html ).

Health Care for the Homeless Clinician's Network, National Health Care for the Homeless Council. *Healing Hands: A Comprehensive Approach to Substance Abuse and Homelessness.* Vol. 7, No. 5. New York: Oct.2003

Williams, Lydia, "Addiction on the Streets: Substance Abuse and Homelessness in America," *National Coalition for the Homeless*, Washington D.C.: 1992.

United States Department of Health and Human Services-Substance Abuse and Mental Health Services Administration: SAMHSA'S National Mental Health Information Center ( www.mentalhealth.samhsa.gov/publications/allpubs/homelessness/default.asp )

2-43



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

2-44



# Veterans and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

According to the National Coalition for the Homeless, approximately 33% of homeless men are veterans, although veterans comprise only 23% of the general adult male population.

"The U. S. Department of Veterans Affairs (VA) says homeless veterans are mostly males (2 % are females). The vast majority are single, most come from poor, disadvantaged communities, 45% suffer from mental illness, and half have substance abuse problems. America's homeless veterans have served in World War II, Korean War, Cold War, Vietnam, Grenada, Panama, Lebanon, or the military's anti-drug cultivation efforts in South America. Forty-seven percent of homeless veterans served during the Vietnam Era. More than 67% served our country for at least three years and 33% were stationed in a war zone". (National Coalition for Homeless Veterans, 2004).

According to Vietnam Veterans of San Diego (they serve all veterans) hundreds, perhaps a thousand, of San Diego veterans have been injured or traumatized in the current Iraq War, increasing the number of new veterans who are traumatized, both physically and mentally by war. It is too early to know the exact number of Iraqi veterans who are homeless, but San Diego homeless providers have already started to house and treat these new homeless veterans.

Homeless veterans appear to be better educated than the general population, as statistics show 85 percent have completed high school/GED, while only 55 percent of non-veterans have accomplished the same *(National Coalition for the Homeless, 2004)*. According to the U.S. Department of Veterans Affairs, a large number of veterans are considered at-risk homeless due to poverty, lack of support from family and friends, and tenuous housing conditions.

## Prevalence

In the San Diego region, approximately 902 homeless persons identified themselves as veterans. However, there are an additional 317 identified in programs serving other homeless persons, i.e. substance abuse programs. This produces a total of at least 1,219 homeless veterans. This is approximately 22% of homeless adults and 36% of homeless single men in our region. The strong military presence in San Diego County may account for these numbers. Many former enlisted personnel have either spent a portion of their service in the San Diego area, or have been separated from service in San Diego. Many remain in the area in search of jobs. Vietnam Veterans of San Diego is seeing an increasing percentage of homeless veteran women, based on the increased number of women veterans in general.

2-46


## Special Issues

Veterans have mental health problems and physical disabilities (often service related), which may prevent them from working most notably Post Traumatic Stress Syndrome. These problems are in addition to an already difficult re-entry into mainstream society. Additionally, some are dually diagnosed with both substance abuse and psychiatric disorders.

Studies in the 1980's and early 1990's presented information that homeless veterans were more likely to have been in jail, had substance abuse issues or been hospitalized for psychiatric disorders than homeless non-veterans. However, more recently it is believed that veterans who become homeless do so through the same factors as non-veteran homeless; poverty, joblessness, mental illness and substance abuse (Special Populations of Homeless Americans, 1999).

## Top Unmet Needs
- Alcohol & Drug Abuse Treatment
- Employment Assistance
- Outreach
- Permanent Housing
- Transitional Housing
- Dental Care
- Eye Care

Homeless veterans do not always fare well in programs designed for the general homeless population. Dropout and recidivism rates can be high and therefore programs that specifically tailor their services to veterans are needed.

## References

This profile is based in part on information provided to the Regional Task Force on the Homeless by David Siegler, Community Development Director, Vietnam Veterans of San Diego (VVSD).

*Homeless Veterans: NCH Fact Sheet #9.* National Coalition for the Homeless. Jan. 2004. ( www.nationalhomeless.org/veterans )

National Coalition for Homeless Veterans. Website: Background and Statistics (2004) ( www.nchv.org/background ).

Special Populations of Homeless Americans. (August 1999) The 1998 National Symposium on Homelessness Research. U.S. Department of Housing and Urban Development and the U.S. Department of Health and Human Services. ( http://aspe.os.dhhs.gov/progsys/homeless/symposium/2-Spclpop.htm )

*Why are people Homeless?: NCH Fact Sheet #1.* National Coalition for the Homeless. Sept. 2002. ( www.nationalhomeless.org/causes )

2-46


# Youth and Homelessness

- Characteristics
- Prevalence
- Special Issues
- Top Unmet Needs

## Characteristics

"Homeless youth" are those 18 and under, who live on the streets, in public shelters, or without a permanent safe and healthy dwelling. They are without family support and lack the financial resources to live independently. Many have left home because of abuse, and the street may be a step up from the home they left behind. However, not all are runaways - many are abandoned or are children of homeless adults. In 1995 an estimated 2.8 million youth living in U.S. households reported a runaway experience during the prior year (U.S. Dept. of Health and Human Services, as reported by NCH Fact Sheet #11, 1999)

Homeless youth often seek shelter in vacant buildings, abandoned apartments, on rooftops, in wooded areas, in canyons, in trash areas behind shopping centers, and in cars. They often hang out at the beach, under bridges, in hallways, and in parking garages. They frequently rely on public parks and restrooms. Occasionally, they pool money for one or two nights in a motel room. Many have given up looking for a home, and are simply looking for the next place to stay. Youth who are "first time" runaways usually hang out and stay with their friends. However, this is usually a short-term stay lasting anywhere from one to two weeks. Youth may at times turn to "survival sex" for food and even a place to stay.

There has been deterioration in the natural dynamics of the family in our local communities. This deterioration has promoted a transformation in the nature of the familiar relationships, communication patterns, roles, and function, and family hierarchy. The deterioration of the family's natural dynamics has a structural impact, breaking the family foundation. This causes the relation between the youth and the parents to collapse and often enough, the youth ends up running away.

These are youth who "are at risk of developing, and have a disproportionate share of, serious health, behavioral, and emotional problems because they lack sufficient resources to obtain care" (Runaway and Homeless Youth Act, 2003) As a result, homeless youth lack the social skills and independent living skills necessary to break away from homelessness.

## Prevalence

Homeless youth are difficult to track because of their highly transient nature, their distrust of adults, and their distrust of services, which is usually born out of fear of being incarcerated or institutionalized. They tend to concentrate in urban areas and on the coast where they easily blend with other youth. While it is difficult to provide an exact count of this "invisible population" throughout San Diego, there are approximately 110 homeless youth at any given time on the streets.

## Special Issues

In the South Bay, there has been a noticeable increase of homeless youth that use the International Border Crossing as their personal gateway into Mexico. An increase in teenage prostitution gives these youth easy access into Mexico where most of the teenage runaway girls can get hired as exotic dancers in topless bars. Age is not a factor for the topless bars owners. Young men are not safe from this type of sexual exploitation.


They also head across the border to engage in male prostitution. Predators looking for young men have an easier way in finding what they are looking for.

Acquiring work is problematical for homeless youth, as they often do not have the necessary identification, credible references or a legal address.

Homelessness plays a major role in the lack of educational resources available to homeless youth. Homeless youth who would like to attend school are often turned away due to the absence of parental authorization and with no means of verifying residency. Geri Garcia, a former Program Coordinator for South Bay Community Services' Casa Nuestra program for runaway and homeless youth observes, "I worked with several individuals who stayed in our care under the Right to Shelter Law. This law allows youth who have suffered severe abuse/neglect and who are determined to be of sound mind to act as his/her own guardian. It is apparent that the school districts need to be informed of the Right to Shelter Law and the issues of homeless youth who are not in shelters and lack the resources to attend school as they wish." Ms. Garcia further adds that, "Not only is it important for youth to receive an education, it is the law. Homeless youth are a forgotten population when it comes to education. Schools can act as a safe haven for youth who spend all of their time on the dangerous streets."

Homeless youth who are unable to sustain attendance at one school, find it difficult to develop and maintain friendships. They also must deal with the embarrassing issue of being homeless, not to mention living in poverty. The McKinney-Vento Act has mandated that all school districts must identify a homeless liaison that is responsible to make it easier for homeless children to continue their education at the school they are enrolled in when their family becomes homeless. Homeless youth in are also able to access Monarch School, one of few schools in San Diego County that allows homeless youth to sign themselves in without a validated address. In addition, there are other schools that operate out of local homeless service agencies.

## Top Unmet Needs
- Alcohol & Drug Abuse Treatment
- Emergency Shelter
- Employment Assistance
- Mental Health Treatment
- Transitional Housing

## References

Geri Garcia, a former Program Coordinator for South Bay Community Services' Casa Nuestra program, Olivia Lacson, Contract Compliance, South Bay Community Services.

*Education of Homeless Children and Youth: NCH Fact Sheet #10.* National Coalition for the Homeless. July, 2001. ( www.nationalhomeless.org/edchild ).

*Homeless Youth: NCH Fact Sheet #11.* National Coalition for the Homeless. April, 1999. ( www.nationalhomeless.org/youth ).

Runaway and Homeless Youth Act, U.S. Congress, Public Law 108-96, 108th Congress (Oct. 10, 2003 – H.R. 1925) Title I-Amendments to runaway and homeless youth act.

*Youth Facts:* U.S. Department of Health and Human Services - Administration on Children, Youth and Families ( www.acf.hhs.gov/news/facts/youthpr ).

2-48



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

2-49


# *Carlsbad*

## INTRODUCTION
Known as "the village by the sea," Carlsbad is 35 miles north of downtown San Diego. The city's population is 90,800 in an area that is 42.19 square miles.

## EXTENT OF HOMELESSNESS
The Task Force estimates a visible[1] homeless population of 25 urban and 137 rural farm workers and day laborers. The Task Force also estimates an additional 48 sheltered[2] and hidden[3] urban homeless and 35 sheltered rural farm workers and day laborers. This is a total of approximately 245 homeless persons. Carlsbad is the only city in San Diego County to support a homeless shelter that caters to farm workers and day laborers. Approximately 15-17 encampments (at peak season) remain in Carlsbad, however, the total persons in those encampments is significantly lower than in the past, down to a few persons in each. The City of Carlsbad continues to lose agricultural land. This has caused a shift in the homeless farm worker population from the city to other areas of the county. The homeless farm workers and day laborers come and go from the area depending upon the time of year and availability of work.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- 6500 El Camino Real Ambrosia/Dove/Cassia
- Carlsbad Blvd. (at north city limits and on the beach south of SDGE, near and west of sewer station)
- Carlsbad Village Dr. (300, Village area)
- City Beaches
- El Camino Real and La Costa Ave.
- El Camino Real (2500, Plaza North and South)
- El Camino Real (4800 block)
- El Camino Real (6900 block, Vons Plaza)
- El Camino Real (north and Agua Hedionda Creek Bridge)
- El Camino Real - (behind Rancho Carlsbad Mobil Home Park)
- El Camino Real - (west of Agua Hedionda Lagoon behind Country Store)
- Haymar Dr. and Highway 78
- Haymar Dr. and Marron Road (between Plaza North and College)
- Palomar Airport Rd. and College Blvd. (Tabata Farms)
- Palomar Airport Road (South Side between Hidden Valley and Armada)
- Squires Dam Area
- State St at Laguna

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data is from the City of Carlsbad website ( www.ci.carlsbad.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible on the street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-60


# *Chula Vista*

## INTRODUCTION

Located seven miles southwest of downtown San Diego, Chula Vista is approximately 50.9 square miles in area with a population of 200,700.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 150 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 324 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 474 homeless persons. The City of Chula Vista Police Department estimates that the urban homeless population they generally address are primarily single males with mental health and/or substance abuse problems. The City of Chula Vista is the second largest city in the county and continues to increase its number of housing units. The city has very little remaining agricultural land that would provide employment for farm workers.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- I-5 and E Street (wooded area near Nature Center)
- Otay River Valley (along the Otay River, south of Main Street from I-5 to I-805)
- Sweetwater River Area

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-51


# *Coronado*

## INTRODUCTION

Located on a narrow peninsula of only 14 square miles, at the southwest edge of San Diego Bay, Coronado is commonly referred to as an island. It is accessible only by two automobile routes - the Coronado Bridge and State Highway 75 from the City of Imperial Beach. The city's population is 26,450.

## EXTENT OF HOMELESSNESS

No resident homeless population has been identified within the city's boundaries, although persons appearing to be transient homeless are a times observed along portions of Silver Strand Blvd. In the past year the Task Force has been contacted by two or three Coronado residents with questions about how to assist a homeless person they have come in contact with. The city has reported that any persons in need of shelter assistance are referred or transported to San Diego.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

None.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

2-52


# *Del Mar*

## INTRODUCTION

Del Mar, with a population of 4,530, is a small coastal community (2 square miles) located 18 miles north of downtown San Diego. The City is bounded by the Pacific Ocean and the incorporated jurisdictions of Solana Beach, Encinitas, and San Diego.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 0 urban and 30 rural farm workers and day laborers. The Task Force estimates no additional sheltered[2] and hidden[3] urban homeless. The rural homeless numbers fluctuate between the various seasons dependent upon availability of work. There are no homeless services within the city's boundaries.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 100 Camino Del Mar (Under Bridge)
- 1300 Del Mar Lane (Camino del Mar and 12th Street)
- 2200 Jimmy Durante Blvd (Under Bridge)
- 2000 Ocean Front
- Seagrove Park
- Under Jimmy Durante and Camino Del Mar Bridge

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the City of Del Mar website ( www.delmar.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-53


# *El Cajon*

## INTRODUCTION

El Cajon is located about 14 miles east of downtown San Diego. Encompassing approximately 14.4 square miles, its population is 97,100. Much of the city is residential, however, there are also very large commercial and industrial areas. The City of El Cajon serves as the center for East County commerce as well as legal and cultural activities. There is no agricultural land remaining in the city limits.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 142 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 135 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 277 homeless persons. Local reports indicate that this population is made up of mostly chronically homeless. The City of El Cajon regularly supports homeless shelters and other services.

Since El Cajon is the largest of the East County cities there is a high probability that there are many persons who become homeless throughout the year. This is supported by reports from local homeless service providers about an increase in the number of requests for service from homeless families. The Task Force has also received approximately 10 calls over a five month period from homeless persons identifying themselves from El Cajon and reporting living in their cars or campers (and not homeless because of the recent wildfires).

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 1st St. (welfare office- S.200 block)
- 2nd St. (Ralph Market 300 block)
- 3rd and Madison (old miniature golf course)
- I-8 and Mollison Av (north side of freeway)
- 1500 Main St (near Aunt Emma's Restaurant)
- Broadway and I-8 East
- Broadway and Mollison (launderette and alley behind East County Mental Health Center )
- Chase Ave. and Avocado Blvd. (Von's)
- Fletcher Parkway (behind Big 5 and Long's)
- Lexington Ave. and Prescott Ave. (grassy area near library)
- Main St. and Douglas Ave. (Prescott Promenade)
- Main St. and Magnolia (tunnels and drainage)
- Main St. and Marshall (Transit Center)
- No. Magnolia and I-8 (drainage ditch)
- W. Main (400 block, in and around motel)
- Wells Park (1153 E. Madison)
- Navajo Rd. and Highway 125

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website www.sandag.cog.ca.us.

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-54


# *Encinitas*

## INTRODUCTION

A picturesque seaside community located 25 miles north of downtown San Diego, Encinitas has a population of 61,400. The city covers 19.4 square miles including 58 acres of parks and 6 miles of beaches.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 15 urban and 125 rural farm workers and day laborers. The Task Force also estimates an additional 44 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 184 homeless persons. The 1990 U.S. Census found 1,396 persons without a residence, most of which were farm workers. However, in the past 14 years agricultural land has been lost to development. As a result, there are fewer homeless farm workers and day laborers in the city limits. Many have moved to the adjacent unincorporated areas in order to have less contact with the general public when not working. This population is also very fluid depending upon the time of year and availability of work.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Canyon area behind Ocean Knolls School (910 Melba Rd.)
- Encinitas Blvd. and Saxony (day laborers looking for work)
- Encinitas Blvd. (adjacent to Smart and Final; day laborers)
- Encinitas Blvd. and Manchester (daytime laborers)
- Encinitas Blvd. and Rancho Santa Fe Rd.
- Highway 101 and La Costa
- I-5 and Santa Fe (Thrifty's shopping mall)
- Leucadia Blvd. and Vulcan
- 2149 Orinda Drive (Glen Park)
- San Elijo Lagoon (campgrounds)
- 2100 San Elijo (along railroad tracks)
- Second St. (Community Resource Center, 656)
- Second St. and B. St. (Moonlight Beach near tennis court)
- Tayama Greenhouse property behind Dave's Automotive (710 Requeza)
- Weigand Plaza Theater and Arcade
- West Alley (600 S.Coast Hwy. 101)
- Woodlake/Parkdale Bluff

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the City of Encinitas website ( www.ci.encinitas.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-56


# *Escondido*

## INTRODUCTION

Located approximately 25 miles northeast of downtown San Diego, Escondido has a population of 138,800 and encompasses 36.5 square miles. The city has transformed itself from a rural town to an urban community. There is limited agricultural land remaining within the city limits. However, there is a significant amount of agricultural land immediately adjacent to the city limits in the unincorporated areas of the county.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 137 urban and 250 rural farm workers and day laborers. The Task Force also estimates an additional 625 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 1,012 homeless persons. Escondido as the largest north county inland city seems to take its homeless issues seriously. It consistently supports an emergency winter shelter and numerous other homeless services.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- East Pennsylvania Ave. and Elm Street
- East Valley Parkway (2000 blocks - vacant field)
- East Valley Parkway and Ash St (behind shopping center)
- El Norte (300 West - hills above Von's near I-15)
- Escondido Blvd. North, (300 block)
- Dixon Lake Area
- Grand Ave. and Centre City Parkway
- Grape Day Park (East Valley Parkway and Broadway)
- Highway 78 at Centre City Parkway (interchange loops)
- I-15 between Mission Avenue and Hale
- Kit Carson Park (from Via Rancho off ramp)
- Mission Ave. West (600, 1400, 1500 blocks)
- Mission Ave. and Quince
- Mission Ave and Metcalf Street
- Ohio Street and Ash
- Quince and Valley Parkway (flood control channel)
- Quince (North, 900 block)
- Quince and Washington
- Rincon and Broadway
- Rose St. at Valley Parkway
- Washington and Ash
- Washington and Rose St.

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the City of Escondido website ( www.ci.escondido.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).


# *Imperial Beach*

## INTRODUCTION

Imperial Beach is located 10 miles south of downtown San Diego, in the southwestern portion of the County and comprises 4.4 square miles with a population of 27,750. Its coastal setting and warm climate provide an attractive living environment.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 12 urban and 0 rural farm workers and day laborers. The Task Force estimates no additional sheltered[2] or hidden[3] urban homeless. There are no homeless services in the city. Imperial Beach is a residential community with a significant amount of open park space but no agricultural lands. The few small adjacent agricultural plots are a part of the City of San Diego. Much of the open park space is patrolled by park rangers and border patrol.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 8th St. and Imperial Beach Blvd. (Veteran's Park)
- Imperial Shopping Center at the south west corner of 9th St. and Palm Ave. (Highway 75)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1] Visible homeless are those generally visible-on-the-street or in open space areas.
[2] Sheltered numbers are based on homeless designated shelter beds available each night.
[3] Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-5?


# *La Mesa*

## INTRODUCTION
The City of La Mesa is an inland community located 10 miles northeast of downtown San Diego. It has a population of 56,000 and an area of 9 square miles. It is made up of a mix of mostly residential and some commercial areas with little-to-no agricultural land.

## EXTENT OF HOMELESSNESS
The Task Force estimates a visible[1] homeless population of 68 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 9 sheltered[2] or hidden[3] urban homeless. This is a total of approximately 77 homeless persons. As can be seen by the numbers of locations homeless are observed and the few total homeless, most seem to keep to themselves.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- Alvarado Road (7600-7800 block)
- Amaya Court (9100 block)
- Bancroft Drive (9000-9100 block)
- Campina Drive (9100 block)
- Collier Park (Palm Avenue)
- Colony Drive (7400 block)
- Dallas Street (8800-8900 block)
- Echo Drive (8700-8800 block)
- El Cajon Blvd. (7800-7900 block)
- El Paso Avenue (7900 block)
- Fletcher Parkway (7800 & 8600 blocks)
- Guava Avenue (4900 block)
- Grossmont Blvd (8900-9000)
- Grossmont Center Dr. (5500 block)
- Highwood Park (at Parks Avenue)
- Homewood Place (7700 block)
- Jackson Drive (5200-5300 block)
- La Mesa Blvd. (7800, 8300 & 8900 blocks)
- La Mesita Park (at Dallas Street)
- Lake Murray Blvd. (6000-6100 block)
- Maple Avenue (4600 block)
- Manor Drive (9300 block)
- Mellmanor Drive (8700 block)
- Normal Avenue (7600 block)
- Palm Avenue (4200-4400 block)
- Parkway Drive (7700 & 8000 block)
- Rolando Park (at Vigo Drive)
- Saranac Place (7100 block)
- Shirlene Place (3900 block)
- Sunset Park near Lake Parkway Drive
- University Avenue (6900, 7100, 7700 & 8000 block)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-58


# *Lemon Grove*

## INTRODUCTION

With a population of 25,500, Lemon Grove is a predominantly residential community with a commercial stretch along the Martin Luther King Jr. Freeway (94). The city has an area of about 3.9 square miles and is located about 8 miles east of downtown San Diego. The city is bordered by La Mesa on the northern edge, the unincorporated areas on the eastern edge, and National City on the southwestern edge.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 50 urban and 0 rural farm workers and day laborers. The Task Force estimates no additional sheltered[2] or hidden[3] urban homeless. Since the homeless do not pay attention to city boundaries it is likely that some of this homeless population migrates between Lemon Grove and the City of San Diego on its western boundary and the unincorporated areas of Spring Valley and La Presa on its eastern boundary. Lemon Grove has no agricultural land in its boundaries.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Broadway (Washington and Kempf, and 7800-8000 blocks)
- Buena Vista and Hwy 94 under Freeway overpass
- Federal Blvd. (6900 Block)
- Lemon Grove Avenue at Hwy 94
- Lester Avenue (7900 block)
- Main street (3400 block-trolley station)
- Massachusetts Ave. & El Prado St.
- Mt. Vernon and Berry St. (Berry St. Park)
- North Avenue (7600 block)
- Palm St. (at 7-11 store)
- Washington St. & Mt Vernon St.

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1] Visible homeless are those generally visible-on-the-street or in open space areas.
[2] Sheltered numbers are based on homeless designated shelter beds available each night.
[3] Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-59


# *National City*

## INTRODUCTION

National City is located in the greater San Diego metropolitan area approximately 5 miles southeast of downtown San Diego. The city encompasses an area of approximately 9.2 square miles and has a population of 60,000.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 25 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 47 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 72 homeless persons. Since there is no agricultural land in the city limits there are few work opportunities for farm workers / day laborers.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 7th St. & I-5
- 12th & D St.(Kimball Park)
- 12th & F St.(Kimball Towers and Senior Citizens Home)
- Euclid Ave. (South) & E. Division St. (7-11 store area)
- Highland & 30th St. (Advantage Grocery Store)
- Highland & 8th St. (around donut shop)
- Highland & Plaza Blvd. (shopping center in rear)
- Paradise Valley Creek between 18th St. and 22nd St. (near Kimball Elementary School)
- Plaza Blvd & Harbison Avenue (in and around strip malls)
- Sweetwater River - areas of trees along the river (east of National City Blvd. to Bonita Mesa Rd.)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-60


# *Oceanside*

## INTRODUCTION

With a population of 170,700, Oceanside is the third largest city in San Diego County. It lies on the coast, 35 miles north of downtown San Diego, with an area of 42.2 square miles. Camp Pendleton forms the City's northern boundary and has a substantial impact on local employment characteristics and the economic base.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 357 urban and 310 rural farm workers and day laborers. The Task Force also estimates an additional 431 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 1,098 homeless persons. Besides a large residential area and business section there is still a substantial amount of agricultural land with the Oceanside city limits. This provides jobs for the farm worker and day laborer population. However, as the residential areas have increased in size, the number of homeless farm worker and day laborers has decreased. Many of them have moved into the unincorporated areas of the county to avoid contact with the general population. The City of Oceanside supports numerous homeless shelters and other services.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Airport Road (Caltrans Riparian Habitat Mitigation Site, periodic camps)
- Beach (south city limits, overnight)
- Cassidy (beach stairs)
- Cleveland - North (600 block during day hours)
- El Camino Real and Vista Way
- I-5 and San Luis Rey River (Under Oceanside bridge)
- Industry Street (2400 Block-Recycling Center, day use)
- Mission Avenue (1900, 2000, 2200, 3400 &3900 blocks)
- Oceanside Blvd (creek and bridge area, nearby camps)
- Oceanside Pier (entrance & bandshell)
- Pacific Street - Pier South to Wisconsin Avenue
- Recreation Center on Pacific Hwy
- Rotary Park Myers St./Pierview Way
- San Luis Rey River Bed
- South Coast Hwy. (400, 1700, 1800 & 2000 blocks)
- South Pacific St. (900 & 1600 blocks - periodic camps)
- South Tremont (100 block)
- Seagaze and North Coast Hwy
- Transit Center
- Tyson Street Park (The Strand, day/night loiter)
- Union Plaza Ct./Oceanside Blvd.
- Vandergrift (400 block)
- Wisconsin St. (200 block & near market, day times)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the City of Oceanside website ( www.ci.oceanside.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).


# *Poway*

## INTRODUCTION
Poway is located 20 miles northeast of downtown San Diego. It covers approximately 39.2 square miles with a population of 50,100. The city is bordered on the north, west, and south by the City of San Diego, and to the east by foothills and the unincorporated areas of San Diego County. Poway has large areas of Parks and land not in use. However, the city has only a few small agricultural areas left within the city limits. There are numerous agricultural plots just outside the city limits.

## EXTENT OF HOMELESSNESS
The Task Force estimates a visible[1] homeless population of 0 urban and 45 rural farm workers and day laborers. The Task Force also estimates an additional 8 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 53 homeless persons. The majority of these homeless, being farm workers and day laborers are mostly employed through agricultural, gardening, and construction projects frequently available from local residents and land owners. The city's code compliance services reports that only one encampment remains in Poway.

## LOCATIONS WHERE HOMELESS PERSONS ARE REGULARLY OBSERVED
- Arbolitos Soccer Park – hangout
- Carriage Center thrift shops on Poway Road – hangout
- Community Park, Bowron & Civic Center Drive
- Espola & Ezra Lane - hangout
- Garden Road /Poway Road – hangout
- Hilleary Park, at Community Rd. and Hilleary Place
- Lake Poway Park (east end of Lake Poway Road, east of Espola)
- Meadowbrook Lane (hills at west end of road)
- Old Poway Park, Midland Road and Aubrey St.
- Van Dam Peak – encampment

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data is from the City of Poway website ( www.ci.poway.ca.us ). Agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-62