

# *San Diego*

## INTRODUCTION

With a population of 1,281,400, San Diego is the seventh largest city in the nation. The city limits stretch from the Border in the south to the San Paqual Valley in the north and from the Pacific Ocean in the west to the cites of Poway, Santee, El Cajon, La Mesa, and Lemon Grove in the east. The total area of the city limits is 342.5 square miles. The majority of the city land use is for residential, commercial, industrial and parks. There is very little land not in use. The city also has a few small areas of agricultural land remaining within its limits. The majority of this agricultural land is in the northern sections of the city, including Carmel Valley, Rancho Penasquitos, San Dieguito and San Pasqual Valley. There is also a small agricultural area in San Ysidro in the south bay.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 1,427 urban and 200 rural farm workers and day laborers. The Task Force also estimates an additional 2,831 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 4,458 homeless persons in the City of San Diego. The City of San Diego operates and supports 2,019 year-round homeless beds and numerous other homeless services.

### *San Diego Communities (from the City of San Diego Website)*

**Central** - Balboa Park, Barrio Logan, Core-Columbia, Cortez, Gaslamp, Golden Hill, Grant Hill, Harborview, Horton Plaza, Little Italy, Logan Heights, Marina, Memorial, Park West, Sherman Heights, South Park and Stockton

**Eastern** - Allied Gardens, Birdland, Del Cerro, Grantville, Kearny Mesa, Lake Murray, Mission Valley East, San Carlos, Serra Mesa and Tierrasanta

**Mid-City** - City Heights East, City Heights West, College Area, Darnall, El Cerrito, Gateway, Kensington, Normal Heights, Oak Park, Rolando, Talmadge and Webster

**Northern** - Bay Ho, Bay Park, Carmel Valley, Clairemont Mesa East, Clairemont Mesa West, Del Mar Heights, La Jolla, La Jolla Village, Mission Beach, North City, North Clairemont, Pacific Beach, Torrey Pines and University City

**Northeastern** - Carmel Mountain, Miramar, Mira Mesa, Rancho Bernardo, Rancho Peñasquitos, Sabre Springs, Scripps Ranch, Sorrento Valley

**Southeastern** - Alta Vista, Bay Terrace, Chollas View, Emerald City, Encanto, Jamacha-Lomita, Lincoln Park, Mountain View, Mt. Hope, Paradise Hills, Shelltown, Skyline, Southcrest and Valencia

**Southern** - Egger Highlands, Nestor, Ocean Crest, Otay Mesa, Otay Mesa West, Palm City, San Ysidro and Tijuana River Valley

**Western** – Hillcrest, La Playa, Linda Vista, Loma Portal, Midtown, Midway District, Mission Hills, Mission Valley West, Morena, North Park, Ocean Beach, Old Town, Point Loma Heights, Roseville-Fleetridge, Sunset Cliffs, University Heights, Wooded Area

2-63

A March 2004, Police Department and Homeless Outreach Team "rolling" count of homeless persons in the City of San Diego in plain view revealed; approximately 48% in the Downtown area; almost 14% in the Midway (including Sports Arena & Moreno Blvd.) area; just over 11% in Balboa Park; just over 10% in the San Diego River area; almost 5% in Hillcrest and the Mid-City areas each; just over 4% in PacificBeach/Mission Beach area; less than 3% in Ocean Beach; and less than 1% in Chicano park and Presidio Park areas each. These were only visible homeless persons in plain view. Fortunately many of the homeless persons in San Diego are able to sleep in homeless shelters each evening. However, there are still a considerable number of homeless persons who sleep outdoors or in spaces not intended as human shelter. There are few homeless persons in the Southeastern and Southern communities of San Diego. Homeless persons are generally seen in downtown, the beach areas, parks, the San Diego river area and in some of the local canyons. Outside of Downtown, high concentrations of homeless persons are found in the Midway area, San Diego River area and Balboa Park. The Northeastern Community is currently the only area where the estimated 200 homeless farm workers and day laborers live. Most farm workers and day laborers are in the San Pasqual area of San Diego with a few in the Rancho Penasquitos area.

During the day some homeless persons find refuge in one of the three-day centers located in downtown San Diego. During the winter months the City of San Diego provides shelter for over 400 homeless persons. These programs offer shelter to single adults, seniors, veterans and families with children.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
*See following sections for locations by Council District*
These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. City of San Diego neighborhood information is from the City website (www.sannet.gov ). Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1] Visible homeless are those generally visible on the street or in open space areas.
[2] Sheltered numbers are based on homeless designated shelter beds available each night.
[3] Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-6


# *San Diego - District 1*

**INTRODUCTION**
District 1 includes Carmel Valley (North City West), Del Mar Heights, La Jolla, Rancho Penasquitos, Rose Canyon, San Dieguito River Valley (lower), Sorrento Valley, Torrey Pines, University City, and UCSD.

**LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED**

- La Jolla Colony & I-5 (along bike trail)
- La Jolla Cove
- La Jolla Shores
- Nobel & Villa La Jolla & I-5
- Prospect (around La Jolla Recreation Center)
- Rancho Penasquitos
- Rose Canyon
- University Towne Centre & Eastgate Mall (east bound)
- Via De La Valle (Power Station)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-65


# *San Diego - District 2*

## INTRODUCTION

District 2 includes downtown San Diego, Harborview/Columbia, La Playa, Loma Portal, Middletown, Midway, Mission Beach, Mission Hills, Nestor, Ocean Beach, Old Town, southern portion of Pacific Beach, Point Loma, Roseville, Sports Arena, Sunset Cliffs, University Heights, and Uptown.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 2nd & A (near Community Concourse)
- 2nd & J (loading dock)
- 3rd & A (1400 block, First Lutheran Church)
- 3rd & Date (First Presbyterian Church property)
- 4th & Elm (Old Central Manor porch)
- 5th Ave. (canyon around Mercy and UCSD hospitals)
- 7th Ave. & Washington
- 8th Ave. & L St.
- 11th Street between Broadway and the beginning of Hwy 163
- 12th and C - Trolley Stop and park area on City College campus
- 13th & Market St.
- 13th and Imperial Ave. (trolley stop)
- 16th & Broadway
- Law Street (on Beach)
- 700 Reed Street
- 800 Thomas Ave. (in Alley)
- 3100 Mission Blvd. (East lot and Park)
- 35th & National
- 163 & Washington St.
- Broadway & Harbor (Broadway Pier)
- Broadway (Park & 6500 Broadway)
- De Anza Cove
- Famosa Slough
- Fanuel Street Park (Pacific Beach)
- Felspar St. (700-800 blocks)
- G St. (entrance to Hwy 94)
- Garnet & Jewel
- Garnet & Ingraham (between Garnet & Grand, in alley)
- Garnet & Mission (to Grand & Mission)
- Goldfinch & Washington
- Grand (800 block, north & south alleys)
- Harbor Dr. between 5th Ave. & 8th Ave.
- Harbor Dr. (railroad yard near Switzer Greek Bridge)
- I-5 adjacent to Washington Street
- Kettner (1300 block)
- Midway Drive (3300 block behind Pacers)
- Morley Field (wooded area)
- Newport (5000 block beach area, north to Dog Beach and south of parking lot)
- Ocean Beach (on sand)
- Old Town (canyons throughout area)
- Pacific Beach boardwalk
- Pacific Highway & Rosecrans
- Pacific Highway (4200 block, railroad tracks)
- Pacific Highway (on grounds of county bldg)
- Point Loma West (south side bordering I-8)
- Railroad tracks adjacent to Pacific Hwy
- Robb Field
- Rosecrans & Emerson
- Seaport Village
- Shelter Island
- Sports Arena Blvd. (under bridges)
- State & B St.
- State & F St. (Pantoja Park)
- Sunset Cliffs

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-60



# *San Diego - District 3*

## INTRODUCTION

District 3 includes Balboa Park, Burlingame, City Heights, a portion of Downtown, Golden Hill, Hillcrest, Kensington, Normal Heights, North Park, Talmadge, University Heights, and Uptown.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 163 and Ash (under bridge exiting 163)
- 163 and Robinson
- 1st Ave. and Juniper St.
- 1st Ave. (bridge, canyon)
- 3rd Ave. & Robinson (east alley)
- 30th and Dwight,
- 30th St. and University
- 33rd St. (3500 block, next to I-805)
- 38th St. (3700 block, in 3 abandoned houses, west side of canyon)
- 5th Ave. (3800 -3900 blocks)
- 9th and University
- Adams Ave. (3400 block, south alley )
- Adams Ave. (under the I-805 bridge)
- Azalea Park and 40th (in sewer pipe that runs between)
- Balboa Park on 6th Ave. near exit ramp of I 5
- Balboa Park, Organ Pavilion
- Balboa Park, wooded areas
- City College (front lawn and grounds)
- College Park Condo area
- El Cajon Blvd and I 805 ( off ramps )
- Euclid Ave (4400 block)
- Florida Canyon below Navy Hospital
- Home Ave. and I-805 North
- Old Naval Hospital parking lot near San Diego High School
- Presidents Way (Balboa Park, Aerospace Museum grass area)
- Robinson (700 block)
- San Diego High School (behind, under bridge)
- Spruce St. (canyon under bridge)
- Under Pershing bridge
- Upas St. (across Bridle path bridge over 163 at end of park)
- Utah and Lincoln (North Park Community Park)
- Utah and Howard

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-64


# *San Diego - District 4*

## INTRODUCTION

District 4 includes Alta Vista, Broadway Heights, Chollas Creek, Chollas View, Emerald Hills, Encanto, Jamacha, Lincoln Park, Lomita, Mount Hope, Mountain View, North Bay Terraces, Oak Park, Paradise Hills, Skyline, South Bay Terraces, Southcrest, Valencia Park, and Webster.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 41st St. and Oceanview (park)
- 47th and Market
- 47th St. (area under I-805)
- 60th and Radio Drive (canyon)
- 69th St. and Imperial
- Imperial and Euclid

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-68



# *San Diego - District 5*

## INTRODUCTION

District 5 includes Carmel Mountain Ranch, a portion of Kearny Mesa and Linda Vista, Lake Hodges, Miramar, Miramar Ranch North, Mira Mesa, Rancho Bernardo, Sabre Springs, San Pasqual Valley, and Scripps Ranch.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Camino Ruiz (11900 block, canyon area)
- San Pasqual Valley

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-69


# *San Diego - District 6*

## INTRODUCTION

District 6 includes Clairemont, Mission Valley, the eastern portion of Pacific Beach, Serra Mesa, and a portion of Kearny Mesa and Linda Vista.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Camino Del Rio North (next to river)
- Clairemont Town Square (Clairemont Drive and Clairemont Mesa Blvd)
- Clairemont Mesa Blvd. and Diane Ave.
- Eckstrom and Ashford (in park)
- Frankfort Street and Morena Blvd.
- Garnet Ave and East Mission Bay Drive
- Gershwin Park (canyon adjacent to park)
- Linda Vista Road (6900-7100 block, behind Thrift Village)
- Marian Bear Park and Genesee east to I-805 (Marian Bear Park is Hwy 52 between I-5 and I-805)
- Mission Valley riverbed
- Morena Blvd. (along railroad tracks, in storm drains from Mission Valley to Hwy 52, and under bridges)
- Morena Blvd. and Friars Rd (San Diego riverbed, south of Friars)
- North Clairemont Recreation Center (surrounding area)
- Rose Canyon (Rose Creek Channel)
- Ruffin and Grammercy canyons
- South Clairemont Recreation Center (surrounding area)
- Tecolote Canyon (canyon spans large area)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.


# *San Diego - District 7*

## INTRODUCTION

District 7 includes Allied Gardens, Darnall, Del Cerro, Grantville, Lake Murray, Mission Gorge, Murphy Canyon Heights, Navajo, Rolando, San Carlos, SDSU College Area, and Tierrasanta.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- 54th and University
- El Cajon Blvd. (6300 block)
- Mission Trails Regional Park
- San Diego River (adjacent to Mission Gorge area, south of the Mission Trails Regional Park)
- University and College
- 49th St. (3200-4300 blocks)
- 50th St. (4400 block)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-71


# *San Diego - District 8*

## INTRODUCTION
District 8 includes Barrio Logan, Centre City East, Golden Hill, Logan Heights, Nestor, Otay Mesa, Palm City, San Ysidro, Shell Town, Sherman Heights, South San Diego, and Tijuana River Valley.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- 12th St. (400 block)
- 14th St. (400 block)
- 15th St. & Imperial
- 17th Between Imperial and K St.
- 19th and Market
- 25th St. & Broadway
- 25th St. & Commercial
- 25th St. & Imperial (alley)
- 25th St. & Market
- 28th St. (between National & I-94)
- 30th St. & Oceanview Blvd. (park)
- 31st and National
- 32nd Street between National Avenue and Main Street
- 33rd South (canyons)
- Charles (river bottom)
- Chicano Park
- I-5 North (under freeway ramp near "B" St.)
- I-15 & Main St.
- Island (1600 block)
- J St. between 16th and 19th
- Main Street between 32nd Street and Division
- National (3500 block)
- San Ysidro Blvd. E. (100 block)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

2-72

# *San Diego County Unincorporated*

## INTRODUCTION

Unincorporated communities in San Diego County are referred to as "County Unincorporated." These communities include: Alpine; Bonsall; Borrego Springs; Boulevard; Crest-Dehesa-Granite Hills-Harbison Canyon; Cuyamaca; Descanso; Fallbrook; Hidden Meadows; Jacumba; Jamul/Dulzura; Julian; Lake Morena-Campo; Lakeside; Pala-Pauma; Pendleton-De Luz; Pine Valley; Potrero; Rainbow; Ramona; San Dieguito; Spring Valley; Sweetwater; Tecate; Twin Oaks Valley; Valle de Oro; and Valley Center. The total estimated population in the unincorporated area is 460,600 and the land area is 3,572 square miles.

In addition to the local communities, there are numerous agricultural areas spread throughout the unincorporated region. However, most of the land is set aside as a National Forest and State parks. There are also substantial areas not currently in use.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 0 urban and 1037 rural farm workers and day laborers. Although the Task Force estimates no additional sheltered[2] and hidden[3] urban homeless, the size of the unincorporated area suggests that there may be some hidden homeless. However, because the population centers are spread throughout the unincorporated area this number is thought to be very low. Unincorporated communities with the greatest concentrations of homeless farm workers and day laborers are those with or located near agricultural land. In addition, unincorporated communities like Lakeside, appear at times to have a noticeable urban homeless population. However, at the time data for this report was collected, sheriffs officials noted that some of the possible homeless persons noticed in the unincorporated communities may actually have a residence and may just be hanging out. Although they may be homeless, these persons appear sporadically and their number is generally too low to be included in a point-in-time count.

The County of San Diego offers numerous homeless services countywide. They also operate Firebird Manor, a 37 unit affordable housing program for farm worker families. Firebird Manor is located in the City of San Marcos. In addition they offer a farm worker fee waiver program, which provides developer incentives when building affordable farm worker housing.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Scattered sites throughout the unincorporated region, mostly near agricultural areas and at times just beyond the city limits of local jurisdictions

Locations are provided to give a brief picture of the areas homeless persons may be seen. They are not necessarily permanent locations nor meant to be all-inclusive.

Population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-73

# *San Marcos*

## INTRODUCTION

Located 30 miles north of downtown San Diego, San Marcos has a population of 63,900. San Marcos is 24 square miles of rolling hills and deep canyons situated approximately 10 miles inland. The city has a large residential area and quite a significant industrial section. There remains a sizable amount of space not currently in use and a few active agricultural areas. However, the largest concentration of agriculture businesses is in the county unincorporated areas that border the northern portions of San Marcos.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 20 urban and 175 rural farm workers and day laborers. The Task Force also estimates an additional 10 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 205 homeless persons. There are no permanent urban homeless facilities within the city's boundaries, however there are many social service agencies that provide care to the homeless (both urban and farmworker). The City does provide financial assistance to at least two emergency winter shelters each year, and there is also a local interfaith rotational shelter network provided by religious organizations in San Marcos.

The Task Force estimate of homeless farm workers and day laborers are for those in the proximity of the City. There are additional homeless farm workers living outside the city limits that venture into San Marcos for work. These farm workers and day laborers work mainly at the agriculture businesses located along Buena Creek Road in the unincorporated portions of the county, west of Twin Oaks Valley Road. Day laborers often congregate at the intersection of Buena Creek Road and Twin Oaks Valley Road in the morning looking for work. Although there are no traditional homeless shelters in San Marcos, there are currently two complexes with 49 units of permanent farmworker housing located in the city limits. In order to live at either of the two complexes, 40% of a family's income must be derived from agriculture. The two complexes, (Firebird Manor with 37 units, and Chinaberry Apartments with 12 units) have both small and large family units and all 49 units are affordable.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Bradley Park (Rancho Santa Fe Rd @ Linda Vista)
- Mission Road (at Mulberry near the dairy)
- Mission Rd @ Nordahl Rd (boarder of San Marcos and Escondido)
- North Twin Oaks Valley Rd. (between Olive Dr. and Buena Creek) – 20-30 Day laborers
- San Marcos Blvd (between State Hwy 78 and Pico)
- Town Center (San Marcos Blvd @ Rancheros Dr.)
- Vineyard and Mission Road (near creek)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-74



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

# *Santee*

## INTRODUCTION

Santee is a suburban community located approximately 15 miles northeast of downtown San Diego. Santee has approximately 16.5 square miles of area and a population of 53,800. The city is mostly residential with a few commercial and industrial areas. A large portion of Santee is not currently in use, however, most of that area is planned for development. There is no agricultural land remaining within the city limits and only a few small areas of agriculture just outside the city.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of less than 25 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 8 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 33 homeless persons. All are unsheltered. Chronically homeless persons most often find refuge in and near parks and along the riverbed.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- Santee riverbed

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-75


# *Solana Beach*

## INTRODUCTION

Located about 20 miles north of downtown San Diego, Solana Beach has a population of 13,400 people in a 3.4 square mile area. The city is mostly residential with some sizable parks and commercial areas. There is no agricultural land remaining in the city limits. There are some areas of agriculture just outside the city boundaries.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 17 urban and 0 rural farm workers and day laborers. The Task Force estimates no additional sheltered[2] and hidden[3] urban homeless. While a few encampments of homeless farm workers and day laborers reside in the neighboring jurisdictions, there are no homeless farm workers and day laborers in Solana Beach.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED

- North Cedros (100 block-Transit Station)
- Fletcher Cove Beach Park

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California-Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-76


# *Vista*

## INTRODUCTION

Vista is an inland city about 35 miles north of downtown San Diego. There are 18.6 square miles of land area in Vista with a population of 93,200. The city grew by 101% from 1980 –1990 and has tapered off since then. The city is now mostly residential with a large industrial area in its southern section and commercial areas spread throughout. There are a few small agricultural areas remaining within the city limits with larger agricultural spaces just outside the city.

## EXTENT OF HOMELESSNESS

The Task Force estimates a visible[1] homeless population of 20 urban and 0 rural farm workers and day laborers. The Task Force also estimates an additional 314 sheltered[2] and hidden[3] urban homeless. This is a total of approximately 334 homeless persons. The city does not identify the farm workers and day laborers seen on the streets as homeless. Some are known to live in local apartment complexes and many of the others do not reside in Vista, but come in daily in search of work. A 1992 Vista Homeless Census Report by the Vista Homeless Census Board identified 550 – 1000 homeless persons in Vista. Since then Vista has provided additional homeless shelter beds and other services including a recent winter shelter program for its homeless population.

## LOCATIONS WHERE HOMELESS PERSONS ARE OBSERVED
- Broadway (between Melrose Dr. and Santa Fe Ave.)
- East Vista Way at Foothill Field
- Escondido Ave. and Franklin Lane (Wildwood Park)
- Mercantile (700 block)
- South Santa Fe (700-900 blocks)
- Vale Terrace (900 Block-in field on south side)

These locations are provided to give a brief picture of the areas homeless persons may be seen. These are not necessarily permanent locations nor meant to be all-inclusive.

City population data is from the California Department of Finance, January 1, 2003 estimates. Land area data and agricultural information is from the San Diego Association of Governments website ( www.sandag.cog.ca.us ).

[1]Visible homeless are those generally visible-on-the-street or in open space areas.
[2]Sheltered numbers are based on homeless designated shelter beds available each night.
[3]Hidden homeless are an estimate of urban homeless not-visible-on-the-street (those in alleys, behind dumpsters, under freeways, in vehicles, etc.) and those temporarily housed (doubled up in apartments or homes, living in motels, etc.).

2-77

# April 2006 – Street Homeless Characteristics Survey – Combined Results



**Location Respondent Slept Last Night**

Other, 16
Storm System, 2
Rural Area, 12
Emergency Shelter, 27
Drop-In Center, 3
Garage, 6
Abandoned Bldg, 4
Car, 15
With Friends, 10
Motel, 8
Relative Home, 4
Public Place (Bus, Library, Bar, etc.), 7
Industry Bldg, 3
Street, Park, or Other Open Space, 85



**Respondent's Usual Sleeping Place**

No Answer, 9
Own Home/Apartment, 11
Jail, 1
Storm System, 2
Rural Area, 13
Emerg Shelter, 26
Drop-In Center, 2
Garage, 7
Abandoned Bldg, 3
Car, 10
With Friends, 12
Motel, 9
Relative Home, 3
Public Place (Bus, Library, Bar, etc.), 8
Bldg Under Contruction, 1
Industry Bldg, 3
Street, Park, or Other Open Space, 82



**Why Respondents are at Location**

Jobs
Friends/Family
Free Food Distribution
Community
Weather/Comfort
Safety
Service Access
Recycling Access
School

Frequency of Response (0, 5, 10, 15, 20, 25, 30, 35, 40, 45)



**Top Services Accessed in the Last Six Months**

Free Food
Emergency Shelter
Medical
Employment
Hospital ER
Transportation
Referrals
Psychiatrist
Case Management
Dental

Frequency Accessing Service (0, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100)



**Top Sources of Income in Last Six Months**

Earned Income
None
Recycling
SSDI
Family/Friends
SSI
SSA
TANF
Veterans' Disability

Frequency of Response (0, 10, 20, 30, 40, 50, 60, 70)



**Aside From Housing, Top Services Needed by Respondents**

Transportation
Food
Dental Health
Employment
Emergency Shelter
Medical
Transitional Housing
Job Training
Legal
Education
Mental Health
AA/NA
Referrals
Case Management

Frequency Reporting Need (0, 10, 20, 30, 40, 50, 60, 70, 80)

...Combined results continued.



| Characteristics | Individuals Frequency [%] (n=172) | Families Frequency [%] (n=30) |
|---|---|---|
| **Age Group** | | |
| ≥19 | 5 [2.9%] | 1 [3.3%] |
| 20-29 | 11 [6.4%] | 2 [6.7%] |
| 30-39 | 27 [15.7%] | 4 [13.3%] |
| 40-49 | 52 [30.2%] | 12 [40.0%] |
| 50-59 | 35 [20.3%] | 5 [16.7%] |
| 60-69 | 5 [2.9%] | 0 [0.0%] |
| Missing/Invalid[1] | 37 [21.5%] | 6 [20.0%] |

| Chronic Homeless | | |
|---|---|---|
| Yes | 52 [30.2%] | 1 [3.3%] |
| No | 120 [69.8%] | 29 [96.7%] |

| Race/Ethnicity | Individuals Frequency [%] | | Families Frequency [%] | |
|---|---|---|---|---|
| | Males (n=136) | Females (n=35) | Males (n=14) | Females (n=16) |
| **Race[1]** | | | | |
| White | 76 [55.9%] | 22 [62.9%] | 6 [42.9%] | 9 [56.3%] |
| Black/African American | 19 [14.0%] | 4 [11.4%] | 2 [14.3%] | 0 [0.0%] |
| Asian/Pacific Islander | 1 [0.7%] | 1 [2.9%] | 0 [0.0%] | 0 [0.0%] |
| American Indian/Alaskan Native | 2 [1.5%] | 0 [0.0%] | 0 [0.0%] | 1 [6.3%] |
| Something Else | 25 [18.4%] | 6 [17.1%] | 3 [21.4%] | 5 [31.3%] |
| Not Recorded | 13 [9.6%] | 2 [5.7%] | 3 [21.4%] | 1 [6.3%] |
| **Ethnicity** | | | | |
| Hispanic | 35 [25.7%] | 6 [17.1%] | 5 [35.7%] | 7 [43.8%] |
| Non-Hispanic | 101 [74.3%] | 29 [82.9%] | 9 [64.3%] | 9 [56.3%] |

| Average age of dependants (under 18) by Individuals and Families | |
|---|---|
| Individuals (n=28) | Families (n=19) |
| 12.7 Years | 8.9 Years |

...Combined results continued.

| Gender | n | % |
|---|---|---|
| Male | 150 | 74.3 |
| Female | 51 | 25.2 |
| Missing | 1 | .5 |
| | | |
| Total | 202 | 100% |

| Veteran | | Frequency | Percent |
|---|---|---|---|
| Military Veteran | | | |
| | Yes | 42 | 20.8 |
| | No | 160 | 79.2 |
| • Vietnam | | 17 | |
| • Desert Storm | | 7 | |
| • Current Gulf | | 1 | |
| • Other | | 6 | |
| • Unspecific | | 11 | |

### Marital Status

| Never Married | Married | Separated | Widowed | Divorced |
|---|---|---|---|---|
| 92 [45.5%] | 25 [12.4%] | 21 [10.4%] | 8 [4.0%] | 53 [26.2%] |

### Does anyone live with you

| Yes | 78 [38.6%] | | No | 124 [61.4%] | |
|---|---|---|---|---|---|
| **9b. If yes, who?** | Spouse/ Partner 28 [35.9%] | Children 12 [15.4%] | Friend(s) 38 [48.7%] | Other 15 [19.2%] | |

### What is the single longest time period when you were homeless

| 1-6 months | 6-12 months | 1-2 years | > 2 years |
|---|---|---|---|
| 55 [27.2%] | 24 [11.9%] | 31 [15.3%] | 70 [34.7%] |
| 1day - 4weeks 13 [6.4%] | | Other _____ | |

### Employment Status

| Unemployed | PT/Day Work | Employed -Full Time |
|---|---|---|
| 156 [77.2%] | 25 [12.4%] | 13 [6.4%] |

2-80

...Combined results continued.

| What is the highest level of education you have completed? | |
|---|---|
| 8th grade/less 16 [7.9%] | Decline to answer 7 [3.5%] |
| Did not complete GED or high school 24 [11.9%] | |
| Completed GED 17 [8.4%] | |
| High school diploma 43 [21.3%] | |
| Some college or a 2-year Degree 45 [22.3%] | |
| Finished 4-year Degree 10 [5.0%] | |
| Masters Degree or equivalent 3 [1.5%] | |
| Missing 37 [18.3%] | |

| Do you receive food stamps or other food vouchers? | |
|---|---|
| YES | 28 [13.9%] |
| NO | 174 [86.1%] |

| Substance Use? | |
|---|---|
| Yes | 91 [45.0%] |
| No | 111 [55.0%] |

| Do you have a mental or physical disability? | | |
|---|---|---|
| Physical 48 [23.8%] | Mental 51 [25.2%] | No Disability 88 [43.6%] |

| Rate your own mental health: | | | | |
|---|---|---|---|---|
| Overall Rating: | Excellent 24 [11.9%] | Good 84 [41.6%] | Fair 58 [28.7%] | Poor 20 [9.9%] |

| Current monthly income? | | |
|---|---|---|
| Number | Valid | 98 |
| | Missing | 0 |
| Mean | | $598.41 |

| Where do you get Healthcare? | | | | | |
|---|---|---|---|---|---|
| Shelter 19[9.4%] | Health Clinic 69[34.2%] | Urgent Care 8[4.0%] | ED-Hospital 12[5.9%] | Don't Receive HC 66 [32.7%] | Other 31 [15.3%] |

| Rate your own health: | | | |
|---|---|---|---|
| Excellent 26 [12.9%] | Good 88 [43.6%] | Fair 63 [31.2%] | Poor 15 [7.4%] |

| Rate your dental health: | | | |
|---|---|---|---|
| Excellent 10 [5.0%] | Good 58 [28.7%] | Fair 53 [26.2%] | Poor 69 [34.2%] |



# Regional Task Force on the Homeless
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

April 2006 – Street Homeless Characteristics Survey – Street Homeless Results















# Regional Task Force on the Homeless
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

...Street results continued.



**One Main Thing Keeping Respondent Homeless (Top Responses)**

Frequency of Response (n=145)

| Characteristics | Individuals Frequency [%] (n=122) | Families Frequency [%] (n=23) |
|---|---|---|
| **Age Group** | | |
| ≥19 | 1 [0.8%] | 1 [4.3%] |
| 20-29 | 4 [3.3%] | 2 [8.7%] |
| 30-39 | 19 [15.6%] | 4 [17.4%] |
| 40-49 | 39 [32.0%] | 8 [34.8%] |
| 50-59 | 26 [21.3%] | 4 [17.4%] |
| 60-69 | 3 [2.5%] | 0 [0.0%] |
| Missing/Invalid[1] | 30 [24.6%] | 4 [17.4%] |

| Chronic Homeless[2] | | |
|---|---|---|
| Yes | 43 [35.2%] | 1 [4.3%] |
| No | 79 [64.8%] | 22 [95.7%] |

| Mental Illness | | |
|---|---|---|
| Yes | 33 [27.0%] | 2 [8.7%] |
| No | 89 [73.0%] | 21 [91.3%] |

| Average age of dependants (under 18) by Individuals and Families | |
|---|---|
| Individuals (n=19) | Families (n=13) |
| 12.1 Years | 7.6 Years |

2-83



**Regional Task Force on the Homeless**
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

...Street results continued.

| Race/Ethnicity | Individuals Frequency [%] | | Families Frequency [%] | |
|---|---|---|---|---|
| | Males (n=101) | Females (n=20) | Males (n=11) | Females (n=12) |
| **Race[1]** | | | | |
| White | 55 [54.5%] | 11 [55.0%] | 5 [45.5%] | 5 [41.7%] |
| Black/African American | 12 [11.9%] | 1 [5.0%] | 2 [18.2%] | 0 [0.0%] |
| Asian/Pacific Islander | 1 [1.0%] | 0 [0.0%] | 0 [0.0%] | 0 [0.0%] |
| American Indian/Alaskan Native | 1 [1.0%] | 0 [0.0%] | 0 [0.0%] | 1 [8.3%] |
| Something Else | 23 [22.8%] | 6 [30.0%] | 2 [18.2%] | 5 [41.7%] |
| Not Recorded | 9 [8.9%] | 2 [10.0%] | 2 [18.2%] | 1 [8.3%] |

| Ethnicity | | | | |
|---|---|---|---|---|
| Hispanic | 26 [25.7%] | 6 [30.0%] | 3 [27.3%] | 6 [50.0%] |
| Non-Hispanic | 75 [74.3%] | 14 [70.0%] | 8 [72.7%] | 6 [50.0%] |

2-84



# Regional Task Force on the Homeless
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

## April 2006 – Street Homeless Characteristics Survey – Sheltered Homeless Results













2.86



## ...Sheltered results continued





| Characteristics | Individuals Frequency [%] (n=50) | Families Frequency [%] (n=7) |
|---|---|---|
| **Age Group** | | |
| ≥19 | 4 [8.0%] | 0 [0.0%] |
| 20-29 | 7 [14.0%] | 0 [0.0%] |
| 30-39 | 8 [16.0%] | 0 [0.0%] |
| 40-49 | 13 [26.0%] | 4 [57.1%] |
| 50-59 | 9 [18.0%] | 1 [14.3%] |
| 60-69 | 2 [4.0%] | 0 [0.0%] |
| Missing/Invalid[1] | 7 [14.0%] | 2 [28.6%] |
| **Chronic Homeless[2]** | | |
| Yes | 9 [18.0%] | 0 [0.0%] |
| No | 41 [82.0%] | 7 [100.0%] |

| Mental Illness | | |
|---|---|---|
| Yes | 17 [34.0%] | 2 [28.6%] |
| No | 33 [66.0%] | 5 [71.4%] |

| Average age of dependants under 18 by Individuals and Families | |
|---|---|
| Individuals (n=19) | Families (n=13) |
| 14.1 Years | 11.8 Years |



**Regional Task Force on the Homeless**
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059

...Sheltered results continued

| Race/Ethnicity | Individuals Frequency [%] | | Families Frequency [%] | |
|---|---|---|---|---|
| | Males (n=35) | Females (n=15) | Males (n=3) | Females (n=4) |
| **Race[1]** | | | | |
| White | 21 [60.0%] | 11 [73.3%] | 1 [33.3%] | 4 [100.0%] |
| Black/African American | 7 [20.0%] | 3 [20.0%] | 0 [0.0%] | 0 [0.0%] |
| Asian/Pacific Islander | 0 [0.0%] | 1 [6.7%] | 0 [0.0%] | 0 [0.0%] |
| American Indian/Alaskan Native | 1 [2.9%] | 0 [0.0%] | 0 [0.0%] | 0 [0.0%] |
| Something Else | 2 [5.7%] | 0 [0.0%] | 1 [33.3%] | 0 [0.0%] |
| Not Recorded | 4 [11.4%] | 0 [0.0%] | 1 [33.3%] | 0 [0.0%] |

| Ethnicity | | | | |
|---|---|---|---|---|
| Hispanic | 9 [25.7%] | 0 [0.0%] | 2 [66.7%] | 1 [25.0%] |
| Non-Hispanic | 26 [74.3%] | 15 [100.0%] | 1 [33.3%] | 3 [75.0%] |

2-87



**Regional Task Force on the Homeless**
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • fax 858.514.6596
Website: www.sdcounty.ca.gov/rtfh

Appendix A

# Homeless Survey – For those SERVED on: Tuesday – January 27, 2004

The Regional Task Force on the Homeless is updating the estimates and distribution of homeless persons throughout San Diego County. Please update this survey to the best of your ability and **Return By Friday – January 30, 2004.**

**Please Enter The Number Of Homeless People Served By Your Program On The Corresponding Lines (for 1-27-04):**

## URBAN HOMELESS

### FAMILIES WITH CHILDREN:
Two Parents #_____ and their Children #_____
Single Adult Women #_____ and their Children #_____
Single Adult Men     #_____ and their Children #_____

### RURAL HOMELESS (Farmworkers/Day laborers)
Families: Adults #_____ Children #_____
Single Adult Men     #_____
Single Adult Women #_____

### INDIVIDUALS NOT IN FAMILIES:
Single Adult Women  #_____ (of these, # between age 18-25) #_____
Single Adult Men      #_____ (of these, # between age 18-25) #_____
Single Youth (who are alone between ages 12-18) #_____

### SENIORS (AGE 60 AND UP): (Of those counted above the line)
Women #_____       Men #_____

### CHRONIC HOMELESS: (Of those counted above the line)
Chronic Homeless      #_____ (An unaccompanied homeless individual with a disability and continuously homeless for a year or more, OR has had at least four (4) episodes of homelessness in the past three (3) years.)

## Special Needs Groups-Persons Primary Need Only (Of those counted above the line, "How many are identified within the following categories?" Their primary need is to be counted only once in this section – ONE primary need per person).

| | | |
|---|---|---|
| Dual Diagnosis | #_____ | Physical Disability #_____ |
| General Homeless | #_____ | Severely Mentally Ill #_____ |
| Persons with AIDS/HIV | #_____ | Veterans #_____ |
| Persons with Alcohol/Drug Abuse | #_____ | Victims of Domestic Violence #_____ |

## Special Needs Groups-Persons Additional Needs (Of those counted above the line, "How many have any of the following additional special needs?" Persons may be counted multiple times in this section).

| | | |
|---|---|---|
| Dual Diagnosis | #_____ | Physical Disability #_____ |
| General Homeless | #_____ | Severely Mentally Ill #_____ |
| Persons with AIDS/HIV | #_____ | Veterans #_____ |
| Persons with Alcohol/Drug Abuse | #_____ | Victims of Domestic Violence #_____ |

Agency _____ Program _____ Contact Name & # _____
*Please return this page to: FAX 858.514.6596 or call us at:858.694.8793 or email: hcdgen1@sdcounty.ca.gov*
Please call us at 858.694.8793 if you have any questions. We thank you for your participation.

2-88



**The RTFH thanks the following organizations for providing valuable information for this report:**

- Catholic Charities
- Center for Social Support and Education
- City of Carlsbad, Housing and Redevelopment & Police Department
- City of Chula Vista, Community Development & Police Department
- City of Coronado, Community Development Department
- City of Del Mar, Planning / Community Development Department
- City of El Cajon, Community Development & Police Department
- City of Encinitas, Planning and Building Department
- City of Escondido, Community Development & Police Department
- City of Imperial Beach, Community Development & Sheriff's Department
- City of La Mesa, Community Development & Police Department
- City of Lemon Grove, City Managers Office
- City of Oceanside, Housing and Neighborhood Services & Police Department
- City of Poway, Redevelopment Department
- City of San Diego, Community Services-Community and Economic Development & Police Department
- City of San Marcos, Development Services & Sheriff's Department
- City of Santee, Economic Development & Housing & Sheriff's Department
- City of Solana Beach, Community Services & Fire Department
- City of Vista, Housing and Redevelopment, City Manager & Police Department
- Community Resource Center
- Corporation for Supportive Housing
- County of San Diego, Agriculture, Weights and Measures Department
- County of San Diego, Health and Human Services Agency
- County of San Diego, Health and Human Services Agency, TB Control
- Crime Free Multi Housing, City of Chula Vista Police Department
- Crisis House
- El Cajon Collaborative, Homeless Work Group
- Family Health Centers of San Diego
- Interfaith Shelter Network, El Nido
- Kurdish Human Rights
- Mental Health Services, Inc., Club Vet
- Salvation Army, TLC
- San Diego County Sheriff's Office
- San Diego Housing Commission
- San Diego Homeless Outreach Team
- San Diego Youth and Community Services, Storefront
- South Bay Community Services
- Southwestern College
- St. Vincent de Paul Villages
- St. Vincent de Paul Villages, Toussaint Teen Center
- V.A. Homeless Outreach
- Women's Resource Center
- YMCA, Kinship Support Services
- YMCA, Turning Point
- YWCA, Casa de Paz

2-89



Regional Task Force on the Homeless
3989 Ruffin Road • San Diego CA 92123
858.694.8722 • Fax 858.514.6596

**Appendix B**

The RTFH also thanks the following persons for providing extra additional information for this report:

- Lt. Bobby Barrett, LMPD
- Lt. J. Cunningham, ECPD
- Tony de los Santos, Family Health Centers of San Diego
- Shari Dogbo, Senior Community Centers of San Diego
- Officer Dave Felt, CBPD
- Anthony Griffin, St. Vincent de Paul Villages
- Olivia Lacson, South Bay Community Services
- Officer Boris Martinez, SDPD
- Sgt. Rick Schnell, SDPD
- David Siegler, Vietnam Veterans of San Diego (VVSD)

Our thanks and appreciation goes out to Kim Mathis and Rebecca Davis of San Diego Association of Governments (SANDAG). Their help in coordinating the detailing of the maps for each community was essential to completing this report.

The Regional Task Force on the Homeless (RTFH) is grateful to RTFH Board members, Susan Baer and Sharon Johnson for additional editing information used for the charts in this report.

2-90

# Exhibit 3

## Regional Task Force on the Homeless, Inc.

# *Regional Homeless Services Profile*

## An update on Facilities and Services for Homeless Persons throughout San Diego County



## October 2006

www.rtfhsd.org

Interfaith Community Services is a non-profit social service agency headquartered in Escondido, with sites in Poway, San Marcos, Vista, & Oceanside. Interfaith served more than 22,000 individuals last year with basic needs, housing, counseling, drug & alcohol rehabilitation, and employment services.



# Regional Task Force on the Homeless, Inc.

"Our Community, Our Homeless, Our Issues"

4699 Murphy Canyon Road • San Diego CA 92123 • (858) 636.4111

## BOARD OF DIRECTORS

Rosemary Johnston, President
Ecumenical Council of San Diego

Mary Herron, Vice President
San Diego Grantmakers

Marilyn Cornell, Secretary/Treasurer
Homeless Advocates of San Diego

Susan Baer, Ph.D.
San Diego State University

Jack Blevins
Community Christian Service Agency

Mary Case, MSW
St. Vincent de Paul Village, Inc.

Sue Christopher
Crisis House

Hannah Cohen
Consultant

Tony de los Santos
Family Health Centers of San Diego

Scott Dreher
Dreher Law Firm

Sister RayMonda DuVall
Catholic Charities

Kathi Houck
San Diego Housing Commission

Shari Houser, LMFT
San Diego Rescue Mission

James Justus
James Automotive Service

Victor Kops, Ph.D
Psychologist

Kenneth W. Miller
Retired Businessman

Simonne Ruff
Corporation for Supportive Housing

David Siegler
Veterans Village of San Diego

Jan Stankus
SDYCS- The Storefront

Bruce Willbrant
Community Interface Services

## STAFF

John Thelen
Executive Director

Deborah Lester
Associate Director of Programs

Natasha Crawford
Graduate Student Intern

Kiefer Rich
Graduate Student Intern

Robert Jagiello
Student Intern

3-2

# Table of Contents

*Introduction* (Summary & Definitions)............................................................................. 1

*Section One:* How Year-Round Homeless Beds are Distributed in the County ........ 5

    Charts: By Type & Region.............................................................................. 6
    Charts: By Target Population & Region (For emergency shelter & transitional housing).. 7
    Charts: By Target Population & Region (For permanent supportive housing)............. 8
    Charts: By Special Needs & Region (For emergency shelter & transitional housing) ...... 9
    Charts: By Special Needs & Region (For permanent supportive housing) ................... 10
    Charts: By Community & Type........................................................................ 11
    Charts: By City of San Diego Council District & Type ..................................... 12

*Section Two:* Region wide Inventory of Homeless Programs & Services.................. 13

*Section Three:* Alphabetical Directory of Homeless Facilities and Services............. 22

 Regional Task Force on the Homeless

# Introduction

This Regional Task Force on the Homeless (RTFH) report describes over 200 programs with both services and beds available to homeless persons in San Diego County. It provides an overview of how these programs are distributed, how each program can be contacted and how they fit into the "Continuum of Care." The Continuum of Care is a countywide homeless housing and service delivery system developed by local homeless service providers. The report can be used as a resource by local policy makers, administrators, planners, community agencies and groups, grant writers, and individuals.

The report will focus on agencies that provide **"Homeless Specific"** beds and services. Agencies' beds will be counted as **"Year-Round"** homeless beds or **"Seasonal"** homeless beds.

**"Homeless specific"** beds and services are those where the primary occupancy or availability criterion is homelessness. **"Year-Round"** beds and services are, as the name states, available all year. **"Seasonal"** homeless beds and services are generally available only during the winter months.

All "homeless specific" beds and services may also have secondary and tertiary occupancy or availability criteria. The additional criteria may focus on Target Population, Special Needs Issues, or multiple combinations of these groups. The Special Needs category **"Chronic Homeless"** refers to an unaccompanied homeless individual with a disabling condition who has either been continuously homeless for a year or more OR has had at least four (4) episodes of homelessness in the past three (3) years. **The HIV/AIDS and Substance abuse treatment** special need refers to individuals that suffer from both conditions simultaneously. The SMI and Substance abuse treatment special need also refers to individuals that suffer from both conditions simultaneously. The Veteran and Substance abuse treatment special need refers to veterans that also have substance abuse issues. All other Special needs sub-populations are represented clearly by their names. **Specific Target** populations used in this report are: Adult Men; Adult Women; Adult Men and/or Women; Families with Children; Women with Children; Youth on Their Own; Mixed Population-Adult Women, Women with Children; Mixed Population-Families with Children, Disabled Adults; Mixed Population-Families with Children, Seniors, Disabled; and Mixed Population-Young Adults, Both Singles and Families with Children. The "Mixed Population" groups mean that agencies serve anyone in that group or in any combination of persons from those groups. i.e. an agency that serves "Mixed Population-Families with Children, Seniors, Disabled" may have 5 Families and 7 Seniors and 3 Disabled persons in their program beds at any given point in time, generally these beds change over based on need.

Some of the other beds and services that are not "Homeless Specific" may not be included in this report. These beds and services may be provided to homeless individuals when they are available. However, since the primary focus is not homelessness, they are not reserved for homeless individuals. These beds and services primarily focus on a specific Target Population or Special Needs group such as persons with HIV/AIDS, mental health, or substance abuse issues. Most of these beds and services are provided in residential treatment facilities. Agencies that provide homeless beds and services, even if they are not "homeless specific" and not counted in the total will be listed in the reference section. This is because, even though they are not reserved for the homeless, they can still be offered to the homeless when they become available.

Regional Task Force on the Homeless

34

## SUMMARY

Section One summarizes the Year-Round beds and types of programs available to homeless persons in San Diego County, with charts and tables, by geography, shelter type, target population, and special client needs.

Section Two provides a listing of homeless programs and services. It includes type; agency and program name; target population; special client needs; total beds and the location of the program.

Section Three provides detailed information for each program offering homeless services. Programs are listed alphabetically by their sponsoring agency.

This *Profile* covers programs in operation as of October 2006. Programs funded but not started until later are omitted.

## DEFINITIONS

The categories of programs and homeless populations used to present this information match many used by public agencies in the planning, funding, and evaluation of homeless facilities. They are used by local jurisdictions in the writing of HUD-required Consolidated Plans. They also appear in other RTFH documents, such as the annual report on the "*Distribution of Public Funds for Homelessness*" and the "*Regional Homeless Profile.*"

Definitions of shelter and service categories used in this report are as follows:

- **Affordable Housing** programs offer alternative forms of housing to assist extremely low to low income individuals and families.

- **Case Management Agencies** offer case management services and some emergency and supportive services to assist clients in developing a plan for achieving independent living. Many serve non-homeless persons as well.

- **Day Centers** provide daytime support services in a safe environment. Some of the day shelters are for persons with severe mental illness or recovering from substance abuse.

- **Detox Clinics** provide individuals with emergency health services related to overcoming substance abuse issues.

- **Emergency Shelters** offer temporary overnight sleeping accommodations, for one to three months. Case management is sometimes available to clients.

- **Health Service** programs are clinics that are designed to meet the outpatient medical needs of homeless persons.

- **Permanent Supportive Housing** offers housing for persons with disabilities who need supportive services to maintain their living accommodations. Targeted disabilities are serious mental illness, chronic alcohol/or other drug abuse, and AIDS or related diseases.

Persons with a severe chronic developmental disability may also be included. The Shelter Plus Program provides permanent supportive housing through collaboration with City of San Diego service providers and the San Diego Housing Commission and Countywide service providers and the County of San Diego (see page 4 for a description of this program).

- **Supportive Services** assist with issues that have either led to homelessness or are obstacles in overcoming homelessness. These services include: food; clothing; transportation assistance; mental health; substance abuse recovery; life skills training; domestic violence issues; job assistance; child care; access to public entitlements; and housing counseling/placement. Agencies that provide supportive services may or may not also provide case management services.

- **Transitional Shelters** offer housing, case management, and supportive services to return people to independent living as soon as possible, often within 6 months, and usually not longer than 24 months.

## Supplemental Homeless Programs

All Year-Round bed spaces at known public facilities serving homeless persons are included in this profile. However, some shelter options may not be included because they are supplemental to the Year-Round programs. These options may include the following programs: the FEMA-Emergency Food and Shelter Program, Winter Shelter Programs, and portions of the Shelter Plus Care Programs.

### 1. FEMA-Emergency Food and Shelter Program (EFSP)

The number of beds available through the FEMA-Emergency Food and Shelter Program (EFSP) Motel Vouchering Program are not listed, since they cannot be quantified for this report. This program tracks numbers of vouchers provided, not numbers of beds available.

The FEMA-Emergency Food and Shelter Program (EFSP), provides funds for participating homeless agencies to supplement their shelter and meal programs, especially during the winter. Funds are also used to rent motel rooms for personal emergencies, usually involving homeless families, the disabled or the elderly.

### 2. Emergency Shelter-Seasonal (Winter Shelter Programs)

These programs provide winter shelter in order to accommodate the higher demand for shelter during the colder months. The winter shelter programs generally include temporary emergency shelter and motel voucher programs. Together, Winter Shelter programs add up to more than 500 beds to the region's year-round inventory of beds.

The **City of San Diego Winter Shelter Program** includes multiple shelter sites. Two of these sites are temporary "Sprung Structures," one in Centre City East and the other in the Midway area. The Centre City East site, at 16th and Newton, shelters up to 200 single adults. The Midway site, located near Midway Drive, accommodates up to 150 single veterans (mostly men). The family shelter is generally operated in a local service provider's extra available space or through the voucher program and can usually accommodate up to 50 family members.

Escondido's winter shelter program in the past has been operated by Interfaith Community Services and in the past has been funded by the City of Escondido and the City of San Marcos. This year presents a location problem, as the locations used in prior years are no longer available. As of the printing of this profile, no sites have been approved.

All of the winter shelter beds mentioned above, although not permanent, are generally made available each winter and are therefore noted in the report but are not added to the total year-round bed count.

Guests at some of the winter shelter sites receive health care and mental health services through special outreach from the County of San Diego's Health and Human Services Agency or through local service agencies.

**The County Cold Weather Shelter Voucher Program** shelters families, disabled and elderly persons in participating motels throughout the County. The County of San Diego sponsors this program, which provides motel vouchers, case management, and outreach through local service agencies. Beds for this program are not listed in this report. This program tracks numbers of vouchers provided, not numbers of beds available.

### 3. Shelter Plus Care (S+C)

The Shelter Plus Care (S+C) program provides rental assistance and supportive services for hard-to-serve homeless persons with disabilities. Assistance is primarily for homeless persons who are severely mentally ill, have chronic problems with alcohol, drugs, or both, or who are living with AIDS or related diseases. The majority of the Shelter Plus Care (S+C) beds are included in this report. However, some rental assistance is provided to individuals in private-market apartments. Accurate bed numbers for these individuals are difficult to attain and therefore not included in this report. There are two Permanent Shelter Plus Care programs in this region. The San Diego Housing Commission sponsors one program, and the County Department of Housing and Community Development sponsors the other. The San Diego Housing Commission sponsors programs within the City of San Diego. The County Department of Housing and Community Development sponsors programs in the remaining jurisdictions in San Diego County.

### 4. Other

The City of San Diego also operates 123 Farm Worker beds in 36 units in San Pasqual.

**The Interfaith Shelter Network** works with participating faith congregations to provide warm meals and overnight accommodations to single adults and family members. Located in "branches" in every region of the County, this program shelters people from late fall through early spring. These bed numbers are not included in the Year-Round bed total.

# Section One

## How Year-Round Homeless Beds Are Distributed in the County

This section offers a countywide profile and analysis of how year-round homeless beds are distributed.

Including:

Charts: By Type & Region............................................................................................ 6
Charts: By Target Population & Region (For emergency shelter & transitional housing) ............. 7
Charts: By Target Population & Region (For permanent supportive housing) ........................ 8
Charts: By Special Needs & Region (For emergency shelter & transitional housing) ................ 9
Charts: By Special Needs & Region (For permanent supportive housing) .......................... 10
Charts: By Community & Type......................................................................... 11
Charts: By City of San Diego Council District & Type .............................................. 12

The charts and graphs on pages 6 - 12 are based on numbers of "Year-Round Homeless Beds". These "Year-Round" numbers do not include winter shelter beds, which are considered seasonal. The numbers of winter shelter beds per region can be found in section two and three.

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

## For Emergency Shelter(ES), Transitional Housing(TH) and Permanent Supportive Housing(PSH) Programs

### Beds for ES & TH

| Type of Program | Region | | | | | |
|---|---|---|---|---|---|---|
| | East County | North County Coastal | North County Inland | San Diego | South Bay | Total |
| Emergency Shelter | 24 | 118 | 64 | 198 | 65 | 469 |
| Transitional Housing | 65 | 177 | 925 | 1999 | 165 | 3331 |
| Total | 89 | 295 | 989 | 2197 | 230 | 3800 |



### Beds for PSH

| Type of Program | Region | | | | | | |
|---|---|---|---|---|---|---|---|
| | Regional* | East County | North County Coastal | North County Inland | San Diego | South Bay | Total |
| Permanent Supportive Housing | 45 | 8 | 29 | 187 | 542 | 0 | 811 |
| Total | 45 | 8 | 29 | 187 | 542 | 0 | 811 |



| Total All Beds ( ES/TH/PSH) | 45 | 97 | 324 | 1176 | 2739 | 230 | 4611 |
|---|---|---|---|---|---|---|---|

*Regional beds can be anywhere in the County and not specifically in one location.

October 2006 Homeless Services Profile

6

3·9

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

By: Target Population & Region

## For Emergency Shelter and Transitional Housing Programs

| TARGET POP | Region | | | | | Total |
|---|---|---|---|---|---|---|
| | East County | North County Coastal | North County Inland | San Diego | South Bay | |
| Families with Children | 11 | 0 | 370 | 466 | 126 | 973 |
| Adult Men | 0 | 65 | 144 | 707 | 0 | 916 |
| Women with Children | 46 | 206 | 133 | 332 | 72 | 789 |
| Adult Men &/or Women | 16 | 0 | 159 | 244 | 0 | 419 |
| Adult Women | 0 | 6 | 43 | 272 | 0 | 321 |
| Mixed Population-Adult Women, Women with Children | 0 | 6 | 140 | 60 | 0 | 206 |
| Mixed Population-Young Adults, Both Singles & Families with Children | 0 | 0 | 0 | 66 | 20 | 86 |
| Youth on Their Own | 0 | 0 | 0 | 50 | 12 | 62 |
| Mixed Population-All | 8 | 12 | 0 | 0 | 0 | 20 |
| Mixed Population-Families with Children, Disabled Adults | 8 | 0 | 0 | 0 | 0 | 8 |
| Mixed Population-Families with Children, Seniors, Disabled | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 89 | 295 | 989 | 2197 | 230 | 3800 |



Families with Children 26%

Adult Men 24%

Youth on Their Own 2%

Others less than 1% each

Mixed Population-Young Adults, Both Singles & Families with Children 2%

Mixed Population-Adult Women, Women with Children 5%

Adult Women 8%

Adult Men &/or Women 11%

Women with Children

3-10

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

## By: Target Population & Region

### For Permanent Supportive Housing Programs

| TARGET POP | Region | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | Regional | East County | North County Coastal | North County Inland | San Diego | South Bay | |
| Adult Men &/or Women | 0 | 8 | 21 | 26 | 376 | 0 | 431 |
| Families with Children | 45 | 0 | 8 | 131 | 64 | 0 | 248 |
| Adult Men | 0 | 0 | 0 | 0 | 32 | 0 | 32 |
| Women with Children | 0 | 0 | 0 | 30 | 0 | 0 | 30 |
| Adult Women | 0 | 0 | 0 | 0 | 29 | 0 | 29 |
| Mixed Population-All | 0 | 0 | 0 | 0 | 18 | 0 | 18 |
| Mixed Population-Young Adults, Both Singles & Families with Children | 0 | 0 | 0 | 0 | 18 | 0 | 18 |
| Youth on Their Own | 0 | 0 | 0 | 0 | 5 | 0 | 5 |
| Mixed Population-Adult Women, Women with Children | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mixed Population-Families with Children, Disabled Adults | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mixed Population-Families with Children, Seniors, Disabled | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 45 | 8 | 29 | 187 | 542 | 0 | 811 |



- Adult Men &/or Women 52%
- Mixed Population-Young Adults, Both Singles & Families with Children 2%
- Youth on Their Own 1%
- Mixed Population-All 2%
- Adult Women 4%
- Women with Children 4%
- Adult Men 4%
- Families with Children 31%

3-11

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

### By: Special Needs of Clients & Region

## For Emergency Shelter and Transitional Housing Programs

| SPECIAL NEEDS* | Region | | | | | Total |
|---|---|---|---|---|---|---|
| | East County | North County Coastal | North County Inland | San Diego | South Bay | |
| General Homeless | 23 | 46 | 316 | 1624 | 75 | 2,084 |
| Victims of Domestic Violence | 46 | 122 | 187 | 301 | 155 | 811 |
| Substance Abuse Treatment | 12 | 102 | 342 | 20 | 0 | 476 |
| Veteran and Substance Abuse Treatment** | 0 | 0 | 44 | 115 | 0 | 159 |
| Veterans | 4 | 0 | 60 | 0 | 0 | 64 |
| Seniors | 0 | 0 | 22 | 35 | 0 | 57 |
| Severely Mentally Ill | 4 | 0 | 6 | 47 | 0 | 57 |
| HIV/AIDS | 0 | 0 | 0 | 41 | 0 | 41 |
| Farm worker/Day laborers*** | 0 | 25 | 0 | 0 | 0 | 25 |
| Severely Mentally Ill and Substance Abuse Treatment | 0 | 0 | 0 | 14 | 0 | 14 |
| Chronic Homeless | 0 | 0 | 12 | 0 | 0 | 12 |
| Disabled | 0 | 0 | 0 | 0 | 0 | 0 |
| HIV/AIDS and Substance Abuse | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 89 | 295 | 989 | 2197 | 230 | 3,800 |

*These Special Needs are a requirement of intake for the associated beds-"General Homeless" beds have no "Special Needs" requirements.

**These are beds for Veterans with Substance Abuse treatment needs.

***Catholic Charities-La Posada de Guadalupe offers a total of 50 beds for Farm workers/Day laborers and General Homeless-currently about 25 each.



- General Homeless 54.8%
- Severly Mentally Ill and Substance Abuse Treatment 0.4%
- Chronic Homeless 0.3%
- Farm worker/Day laborers*** 0.7%
- HIV/AIDS 1.1%
- Severely Mentally Ill 1.5%
- Seniors 1.5%
- Veterans 1.7%
- Veteran and Substance Abuse Treatment** 4.2%
- Substance Abuse Treatment 12.5%
- Victims of Domestic Violence

3-12

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

## For Permanent Supportive Housing Programs

## By: Special Needs of Clients & Region

| SPECIAL NEEDS* | Region | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Regional | East County | North County Coastal | North County Inland | San Diego | South Bay | Total |
| Severely Mentally Ill | 0 | 0 | 0 | 75 | 237 | 0 | 312 |
| HIV/AIDS | 0 | 0 | 29 | 0 | 106 | 0 | 135 |
| Substance Abuse Treatment | 45 | 0 | 0 | 80 | 0 | 0 | 125 |
| General Homeless | 0 | 0 | 0 | 20 | 81 | 0 | 101 |
| Severely Mentally Ill and Substance Abuse Treatment | 0 | 8 | 0 | 0 | 61 | 0 | 69 |
| HIV/AIDS and Substance Abuse | 0 | 0 | 0 | 0 | 32 | 0 | 32 |
| Seniors | 0 | 0 | 0 | 0 | 25 | 0 | 25 |
| Veterans | 0 | 0 | 0 | 12 | 0 | 0 | 12 |
| Disabled | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Farm worker/Day laborers | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Veteran and Substance Abuse Treatment** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Victims of Domestic Violence | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 45 | 8 | 29 | 187 | 542 | 0 | 811 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Chronic Homeless+ | 0 | 8 | 29 | 26 | 92 | 0 | 155 |

*These Special Needs are a requirement of intake for the associated beds.

**These are beds for Veterans with Substance Abuse Treatment needs.

+The Chronic homeless beds are NOT added to the total as they are already counted in the other special needs categories-(155 out of the 811 are chronic beds).



Severely Mentally Ill
39%

HIV/AIDS
17%

Veterans
1%

Seniors
3%

HIV/AIDS and Substance Abuse
4%

Severely Mentally Ill and Substance Abuse Treatment
9%

General Homeless
12%

Substance Abuse Treatment
15%

October 2006 Homeless Services Profile

3-13

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

By: Community & Type

**For Emergency Shelter(ES), Transitional Housing(TH) and Permanent Supportive Housing(PSH) Programs**

| LOCATION* | Emergency Shelter | Transitional Housing | Total | Permanent Supportive Housing | Total | Total All Beds (ES/TH/PSH) |
|---|---|---|---|---|---|---|
| Carlsbad | 50 | 6 | 56 | 0 | 0 | 56 |
| Chula Vista | 65 | 133 | 198 | 0 | 0 | 198 |
| El Cajon | 12 | 55 | 67 | 8 | 8 | 75 |
| Encinitas | 36 | 12 | 48 | 0 | 0 | 48 |
| Escondido | 64 | 558 | 622 | 155 | 155 | 777 |
| Fallbrook | 0 | 0 | 0 | 12 | 12 | 12 |
| La Mesa | 12 | 10 | 22 | 0 | 0 | 22 |
| National City | 0 | 32 | 32 | 0 | 0 | 32 |
| Oceanside | 32 | 159 | 191 | 29 | 29 | 220 |
| Regional | 0 | 9 | 9 | 45 | 45 | 54 |
| San Diego** | 198 | 1999 | 2197 | 478 | 478 | 2675 |
| San Ysidro** | 0 | 0 | 0 | 64 | 64 ** | 64 |
| Vista | 0 | 358 | 358 | 20 | 20 | 378 |
| **Total** | 469 | 3331 | 3800 | 811 | 811 | 4611 |

*Location refers to the City where the program beds are physically located.

**These 64 PSH beds are located in the City of San Ysidro within the San Diego City limits.



3-14

# DISTRIBUTION OF YEAR-ROUND HOMELESS BEDS

### By: City of San Diego Council Districts

**For Emergency Shelter(ES), Transitional Housing(TH) and Permanent Supportive Housing(PSH) Programs**

| DISTRICT | Emergency Shelter | Transitional Housing | Total |
|---|---|---|---|
| District 1 | 0 | 0 | 0 |
| District 2 | 183 | 1803 | 1986 |
| District 3 | 15 | 47 | 62 |
| District 4 | 0 | 73 | 73 |
| District 5 | 0 | 0 | 0 |
| District 6 | 0 | 36 | 36 |
| District 7 | 0 | 26 | 26 |
| District 8 | 0 | 14 | 14 |
| Total | 198 | 1999 | 2197 |

| Permanent Supportive Housing | Total |
|---|---|
| 0 | 0 |
| 363 | 363 |
| 106 | 106 |
| 9 | 9 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 64 | 64 |
| 542 | 542 |

| Total All Beds (ES/TH/PSH) |
|---|
| 0 |
| 2349 |
| 168 |
| 82 |
| 0 |
| 36 |
| 26 |
| 78 |
| 2739 |



# Section Two

## Region wide Inventory of Homeless Programs & Services

This section lists the facilities and programs included in this *Profile*. Listings are organized under each region and under types of facilities and services.

Each listing includes:

- Region
- Type of Service
- Agency name
- Program name
- Target population
- Special needs of target population
- Total bed capacity for homeless persons
- Location

[ The housing programs with no bed numbers may at times serve homeless persons but their beds can be also used by non-homeless ]

## East County

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Affordable Housing** | | | | | |
| Center for Social Advocacy | Shared Housing | Mixed Population- All | General Homeless | | El Cajon |
| **Case Management Agency** | | | | | |
| The Salvation Army | El Cajon Family Services | Mixed Population- All | General Homeless | | El Cajon |
| The Salvation Army Back Country | Rural Mountain and Desert Outreach | Mixed Population- All | General Homeless | | Descanso |
| **Detox** | | | | | |
| M.I.T.E. | East County Detox | Adult Men and/or Women | Substance Abuse Treatment | | El Cajon |
| **Emergency Shelter** | | | | | |
| Center for Community Solutions | Project Safehouse | Women with Children | Victims of Domestic Violence | 12 | La Mesa |
| Community Research Foundation | Halcyon Crisis Center | Adult Men and/or Women | Severely Mentally Ill | | El Cajon |
| County Mental Health Services | Shelter Beds-EC | Adult Men and/or Women | Severely Mentally Ill | 4 | El Cajon |
| Volunteers of America | Carlton G Luhman Center for Supportive Living | Mixed Population- All | General Homeless | 8 | El Cajon |
| **Emergency Shelter-Seasonal** | | | | | |
| Crisis House | Hotel Voucher | Mixed Pop.-Families w/Children, Seniors, Disabled | General Homeless | | El Cajon |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - East County | Mixed Population- All | General Homeless | 12 | Regional |
| **Health Services** | | | | | |
| Crisis House | Homeless Healthcare Program | Mixed Population- All | General Homeless | | El Cajon |
| East County Community Clinics | East County Community Health Services | Mixed Population- All | General Homeless | | El Cajon |
| East County Community Clinics | El Capitan Family Health Center | Mixed Population- All | General Homeless | | Lakeside |
| East County Community Clinics | La Mesa Community Health Services | Mixed Population- All | General Homeless | | La Mesa |
| Family Health Centers of San Diego | Chase Avenue Family Health Center | Mixed Population- All | General Homeless | | San Diego |
| Family Health Centers of San Diego | Grossmont Spring Valley Family Health Center | Mixed Population- All | General Homeless | | Spring Valley |
| **Permanent Supportive Housing** | | | | | |
| Volunteers of America | Hawley-Center for Supportive Living | Adult Men and/or Women | SM and Substance Abuse Treatm | 8 | El Cajon |
| **Supportive Services** | | | | | |
| Crisis House | Case Management Agency | Mixed Population- All | General Homeless | | El Cajon |
| **Transitional Housing** | | | | | |
| Center for Community Solutions | Next Step - East | Women with Children | Victims of Domestic Violence | 10 | La Mesa |
| Crisis House | Adults with Disabilities | Adult Men and/or Women | Substance Abuse Treatment | 12 | El Cajon |
| Crisis House | Family Transitional Housing | Women with Children | Victims of Domestic Violence | 24 | El Cajon |
| Crisis House | Focus/Families | Families with Children | General Homeless | 7 | El Cajon |
| Freedom Ranch | Residential Alcohol & Drug Recovery Home | Adult Men | Substance Abuse Treatment | | Campo |
| M.I.T.E. | KIVA Long-term Residential | Mixed Pop.- Adult Women, Women with Children | Substance Abuse Treatment | | Lemon Grove |
| M.I.T.E. | Options for Recovery | Women with Children | Substance Abuse Treatment | | Lemon Grove |
| Set Free Baptist Fellowship | Fabulous 7 Transitional Living Center | Mixed Population- All | General Homeless | | El Cajon |
| Veterans Village of San Diego | Focus/ Disabilities | Families with Children | Veterans | 4 | El Cajon |
| Volunteers of America | Carlton G Luhman Center for Supportive Living | Mixed Pop.-Families with Children, Disabled Adults | General Homeless | 8 | El Cajon |

October 2006 Homeless Services Profile

3-19

## North County Coastal

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Case Management Agency** | | | | | |
| Catholic Charities | St. Francis Center | Mixed Population- All | General Homeless | | Vista |
| North County Life Line | Lifeline | Mixed Population- All | General Homeless | | Oceanside |
| The Salvation Army | Oceanside Family Services | Mixed Population- All | General Homeless | | Oceanside |
| **Day Center** | | | | | |
| Brother Benno's Foundation | Brother Benno's Center | Mixed Population- All | General Homeless | | Oceanside |
| Mental Health Systems, Inc. | Options-Day Treatment & Residential Trtmnt. Facility | Women with Children | Substance Abuse Treatment | | Oceanside |
| **Detox** | | | | | |
| M.I.T.E. | North County Detox | Adult Men and/or Women | Substance Abuse Treatment | | Oceanside |
| M.I.T.E. | North County Regional Recovery Center | Mixed Population-All | SM and Substance Abuse Treatment | | Oceanside |
| **Emergency Shelter** | | | | | |
| Brother Benno's Foundation | House of Martha, Ann, Mary, and Ida | Mixed Population- Adult Women, Women w/Children | Victims of Domestic Violence | 6 | Oceanside |
| Catholic Charities | La Posada de Guadalupe | Adult Men | General Homeless | 50 | Carlsbad |
| Community Research Foundation | Turning Point Crisis Center | Adult Men and/or Women | Severely Mentally Ill | 12 | Oceanside |
| Community Resource Center | Encinitas Social Services | Mixed Population-All | General Homeless | 12 | Encinitas |
| Community Resource Center | Librel - Services for Wmn & Children | Women with Children | Victims of Domestic Violence | 24 | Encinitas |
| Women's Resource Center | Women's Resource Center | Women with Children | Victims of Domestic Violence | 26 | Oceanside |
| **Emergency Shelter-Seasonal** | | | | | |
| Bread of Life | Winter Shelter | Mixed Population-All | General Homeless | 20 | Oceanside |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - North County Coastal | Mixed Population-All | General Homeless | 12 | Regional |
| North County Life Line | Hotel Voucher-North Coastal | Families with Children | General Homeless | | Oceanside |
| **Health Services** | | | | | |
| North County Health Services | Encinitas Clinic | Mixed Population-All | General Homeless | | Encinitas |
| North County Health Services | Oceanside Carlsbad Health Center | Mixed Population-All | General Homeless | | Oceanside |
| Vista Community Clinic | VCC - Home | Mixed Population-All | General Homeless | | Oceanside |
| **Permanent Supportive Housing** | | | | | |
| Community Housing Works | Marisol Apartments | Adult Men and/or Women | HIV/AIDS | 21 | Oceanside |
| Community Housing Works | Old Grove | Families with Children | HIV/AIDS | 8 | Oceanside |
| **Supportive Services** | | | | | |
| Interfaith Community Services | Coastal Service Center | Mixed Population-All | General Homeless | | Oceanside |
| Interfaith Community Services | Homeless Veterans Reintegration Project | Adult Men and/or Women | Veterans | | Oceanside |
| Interfaith Community Services | Project Hope | Adult Men and/or Women | Disabled | | Oceanside |
| **Transitional Housing** | | | | | |
| Brother Benno's Foundation | Good Samaritan Recovery Program | Adult Men | Substance Abuse Treatment | 9 | Oceanside |
| Brother Benno's Foundation | House of Brother Benno's Recovery Home | Adult Men | General Homeless | 9 | Oceanside |
| Brother Benno's Foundation | House of Dorothy, Barbara, Rosemary, and Joan-Sober Living | Adult Women | Substance Abuse Treatment | 6 | Carlsbad |
| Brother Benno's Foundation | House of James and John - Recovery Program | Adult Men | Substance Abuse Treatment | 6 | Oceanside |
| Community Resource Center | Libre | Women with Children | Victims of Domestic Violence | 12 | Encinitas |
| Mental Health Systems, Inc. | Family Recovery Center | Women with Children | Substance Abuse Treatment | 90 | Oceanside |
| Women's Resource Center | Transition House | Women with Children | Victims of Domestic Violence | 54 | Oceanside |
| YMCA | Oz North Coast | Youth on Their Own... | General Homeless | | Oceanside |

3-18

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Case Management Agency** | | | | | |
| Mental Health Systems, Inc. | North Inland Regional Recovery Center | Mixed Population- All | Substance Abuse Treatment | | Escondido |
| The Salvation Army | Escondido Family Services | Mixed Population- All | General Homeless | | Escondido |
| **Day Center** | | | | | |
| Mental Health Systems, Inc. | North Rural Regional Recovery Center | Mixed Population- All | Substance Abuse Treatment | | Ramona |
| North County Serenity House | Serenity Too | Adult Men and/or Women | Substance Abuse Treatment | | Escondido |
| **Detox** | | | | | |
| Interfaith Community Services | Emergency Beds | Adult Men and/or Women | Substance Abuse Treatment | | Escondido |
| **Emergency Shelter** | | | | | |
| Center for Community Solutions | Hidden Valley House | Families with Children | Victims of Domestic Violence | 30 | Escondido |
| County Mental Health Services | Hidden Valley House - Shelter Beds | Adult Women | Severely Mentally Ill | | Escondido |
| Interfaith Community Services | Emergency Shelter | Adult Men | Veterans | 10 | Escondido |
| Interfaith Community Services | Tikkun Home | Adult Women | Severely Mentally Ill | 6 | Escondido |
| St. Clare's Home | Hubbard House | Women with Children | Victims of Domestic Violence | 18 | Escondido |
| **Emergency Shelter-Seasonal** | | | | | |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - North County Inland | Mixed Population-All | General Homeless | 12 | Regional |
| Interfaith Community Services | County Voucher Program | Mixed Pop-Families with Children, Seniors, Disabled | General Homeless | | Escondido |
| Interfaith Community Services | Winter Shelter | Mixed Population-All | General Homeless | 80 | Escondido |
| North County Life Line | Hotel Voucher-North Inland | Families with Children | General Homeless | | Vista |
| Vista Winter Shelter | Operation Hope | Families with Children | General Homeless | 50 | Vista |
| **Health Services** | | | | | |
| Community Health Systems, Inc. | Fallbrook Family Health Center | Mixed Population- All | General Homeless | | Fallbrook |
| Neighborhood Healthcare | Dental | Mixed Population- All | General Homeless | | Escondido |
| Neighborhood Healthcare | Medical | Mixed Population- All | General Homeless | | Escondido |
| North County Health Services | Ramona Clinic | Mixed Population- All | General Homeless | | Ramona |
| North County Health Services | San Marcos Clinic | Mixed Population- All | General Homeless | | San Marcos |
| Vista Community Clinic | Community Clinic | Mixed Population- All | General Homeless | | Vista |
| Vista Community Clinic | Migrant Services Project | Adult Men | Farm &/or Day Laborers | | Vista |
| Vista Community Clinic | Tri-City Community Health Center | Mixed Population- All | General Homeless | | Vista |
| **Permanent Supportive Housing** | | | | | |
| Community Housing Works | Hillside Village | Mixed Pop.- Adult Women, Women with Children | Victims of Domestic Violence | | Poway |
| Community Housing Works | Las Casitas | Families with Children | Substance Abuse Treatment | 50 | Escondido |
| Community Housing Works | Pineview | Adult Men and/or Women | Veterans | 12 | Fallbrook |
| Fraternity House, Inc. | Fraternity House | Adult Men and/or Women | HIV/AIDS | | Escondido |
| Fraternity House, Inc. | Michaelle House | Adult Men and/or Women | HIV/AIDS | | Vista |
| Interfaith Community Services | County of San Diego-Tenant Based | Families with Children | Severely Mentally Ill | 61 | Escondido |
| Interfaith Community Services | Harmony Place-Shelter Plus Care-Tenant Based | Adult Men and/or Women | Severely Mentally Ill | 14 | Escondido |
| North County Solutions for Change | Solutions Family Center | Families with Children | General Homeless | 20 | Vista |
| St. Clare's Home | Shelter Plus Care-Sponsor Based(County of SD) | Women with Children | Substance Abuse Treatment | 30 | Escondido |

3-19

## North County Inland Continued

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Supportive Services** | | | | | |
| Interfaith Community Services | Homeless Veterans Reintegration Project | Adult Men and/or Women | Veterans | | San Diego |
| Interfaith Community Services | Inland Service Center | Mixed Population-All | General Homeless | | Escondido |
| Interfaith Community Services | Project Hope | Adult Men and/or Women | Disabled | | Escondido |
| **Transitional Housing** | | | | | |
| Alpha Project | Casa Base | Adult Men | Substance Abuse Treatment | 36 | Vista |
| Alpha Project | Casa Raphael | Adult Men | Substance Abuse Treatment | 98 | Vista |
| Center for Community Solutions | Next Step - North | Families with Children | Victims of Domestic Violence | 24 | Escondido |
| Community Housing Works | Centro | Families with Children | General Homeless | 84 | Vista |
| Green Oak Ranch | Residential Recovery & Emergency Foster Care | Mixed Population-All | Substance Abuse Treatment | | Vista |
| Interfaith Community Services | Family Transitional Housing | Families with Children | General Homeless | 92 | Escondido |
| Interfaith Community Services | Merle's Place | Adult Men and/or Women | Veterans | 22 | Escondido |
| Interfaith Community Services | Merle's Place | Adult Men and/or Women | Seniors | 22 | Escondido |
| Interfaith Community Services | Spruce St-Stabilization | Adult Men and/or Women | Substance Abuse Treatment | 9 | Regional |
| Interfaith Community Services | Spruce St-Stabilization | Adult Men and/or Women | Substance Abuse Treatment | 22 | Escondido |
| Interfaith Community Services | Veteran Transitional Housing | Adult Men and/or Women | Veterans | 28 | Escondido |
| Interfaith Community Services/Veterans Village of San Diego | New Resolve Program | Adult Men and/or Women | Veterans&Substance Abuse Trtmnt | 44 | Escondido |
| Mental Health Systems, Inc. | North County Safe Haven | Adult Men and/or Women | Chronic Homeless | 12 | Escondido |
| North County Serenity House | DMC House | Adult Women | Substance Abuse Treatment | 6 | Escondido |
| North County Serenity House | Serenity Center | Mixed Pop.-Adult Women, Women with Child | Substance Abuse Treatment | 140 | Escondido |
| North County Serenity House | Serenity Residential | Adult Women | Substance Abuse Treatment | 25 | Escondido |
| North County Serenity House | Visions | Adult Women | Substance Abuse Treatment | 6 | Escondido |
| North County Solutions for Change | Solutions Family Center | Families with Children | General Homeless | 40 | Vista |
| North County Solutions for Change | Solutions Family Center | Families with Children | General Homeless | 100 | Vista |
| St. Clare's Home | Transitional Shelter | Women with Children | Victims of Domestic Violence | 115 | Escondido |
| The Fellowship Center | The Fellowship Center | Adult Men | Substance Abuse Treatment | | Escondido |
| Veterans Village of San Diego/Interfaith Community Services | New Resolve Program | Adult Men and/or Women | Veteran & Substance Abuse Treatment | | Escondido |

## San Diego

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Affordable Housing** | | | | | |
| Catholic Charities | Rachel's Apartments | Adult Women | General Homeless | | San Diego |
| Townspeople, Inc. | Affordable Housing | Adult Men and/or Women | HIV/AIDS | | San Diego |
| **Case Management Agency** | | | | | |
| Alpha Project | Step-Up | Adult Men and/or Women | General Homeless | | San Diego |
| Bayside Community Center | Community Services | Mixed Population-All | General Homeless | | San Diego |
| Catholic Charities | Case Management Agency | Mixed Population-All | General Homeless | | San Diego |
| Community Christian Service | Emergency Assistance Agency | Mixed Population-All | General Homeless | | San Diego |
| Family Health Centers of San Diego | HIV Case Management | Mixed Population-All | HIV/AIDS | | San Diego |
| Indian Human Resource Center | Indian Human Resource Center | Mixed Population-All | General Homeless | | San Diego |

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Case Management Agency-continued** | | | | | |
| Mental Health Systems, Inc. | Multiple Services-Mental Health/Drug & Alcohol/ Family Svcs | Mixed Population- All | General Homeless | | San Diego |
| Neighborhood House Assn. | Case Management Agency | Mixed Population- All | General Homeless | | San Diego |
| Presbyterian Crisis Center | Case Management Agency | Mixed Population- All | General Homeless | | San Diego |
| San Diego Youth & Community Services | Coastal Communities Center | Mixed Population- All | General Homeless | | San Diego |
| Senior Community Center | Day Management Agency | Adult Men and/or Women | Seniors | | San Diego |
| St. Vincent de Paul Village | Career & Education Center | Mixed Population- All | General Homeless | | San Diego |
| The Salvation Army | San Diego Family Services (Case Management) | Mixed Population- All | General Homeless | | San Diego |
| Travelers Aid Society | Case Management Agency | Mixed Population- All | General Homeless | | San Diego |
| U.S. Dept. Veterans Affairs | Vet Center | Adult Men and/or Women | Veterans | | San Diego |
| UCSD/Outpatient Psychiatric Services | Psychiatric Case Management-St.Vincent de Paul | Adult Men and/or Women | Severely Mentally Ill | | San Diego |
| Uptown Faith Community Service Center | Service Center | Mixed Population- All | General Homeless | | San Diego |
| Uptown Faith Community Service Center | Services for Persons with AIDS | Mixed Population- All | HIV/AIDS | | San Diego |
| **Day Center** | | | | | |
| Alpha Project | Neil Good Day Center | Mixed Population- All | General Homeless | | San Diego |
| Catholic Charities | Rachel's Women's Center | Adult Women | General Homeless | | San Diego |
| Episcopal Community Services | Friend to Friend Clubhouse | Adult Men and/or Women | Severely Mentally Ill | | San Diego |
| San Diego Youth & Community Services | The Storefront Day Center | Youth on Their Own | General Homeless | | San Diego |
| **Emergency Shelter** | | | | | |
| Catholic Charities | Rachel's Night Shelter | Adult Women | General Homeless | 35 | San Diego |
| Center for Social Support & Ed-SD Housing Commission | Short Term Housing | Adult Men and/or Women | HIV/AIDS | 15 | San Diego |
| Community Research Foundation | New Vistas Crisis Center | Adult Men and/or Women | Sbit & Substance Abuse Trtmnt | | San Diego |
| Community Research Foundation | Vista Balboa Crisis Center | Adult Men and/or Women | Severely Mentally Ill | | San Diego |
| County Mental Health Services | Shelter Beds | Adult Men and/or Women | Severely Mentally Ill | | San Diego |
| County Mental Health Services | Tikkun | Adult Men and/or Women | Severely Mentally Ill | | San Diego |
| San Diego Rescue Mission | Nueva Vida Haven | Mixed Pop.–Adult Women, Women with Children | Victims of Domestic Violence | 60 | San Diego |
| San Diego Youth & Community Services | The Storefront | Youth on Their Own | General Homeless | 20 | San Diego |
| Volunteers of America | Detox | Adult Men and/or Women | Substance Abuse Treatment | 15 | San Diego |
| Volunteers of America | Ten Day Program Pre-Treatment | Adult Men and/or Women | Substance Abuse Treatment | 5 | San Diego |
| YWCA | Casa de Paz | Women with Children | Victims of Domestic Violence | 48 | San Diego |
| **Emergency Shelter-Seasonal** | | | | | |
| Catholic Charities | Hotel Voucher | Families with Children | General Homeless | | San Diego |
| City of San Diego | Winter Shelter-Adults (AP) | Adult Men and/or Women | General Homeless | 200 | San Diego |
| City of San Diego | Winter Shelter-Families | Families with Children | | 50 | San Diego |
| City of San Diego | Winter Shelter-Veterans (VVSD) | Adult Men | Veterans | 150 | San Diego |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - Clairemont/ Kearny Mesa | Mixed Population- All | General Homeless | | San Diego |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - San Diego Beaches | Mixed Population- All | General Homeless | 12 | San Diego |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - San Diego Inland | Mixed Population- All | General Homeless | 12 | San Diego |
| San Diego Coalition for the Homeless | Hotel Voucher | Families with Children | General Homeless | | San Diego |
| San Diego Youth & Community Services | Hotel Voucher | Families with Children | General Homeless | | San Diego |
| **Health Services** | | | | | |
| Family Health Centers of San Diego | Beach Area Family Health Cntr | Mixed Population-All | General Homeless | | San Diego |
| Family Health Centers of San Diego | Downtown Family Health Center | Mixed Population-All | General Homeless | | San Diego |
| Family Health Centers of San Diego | Logan Heights Family Health Center | Mixed Population-All | General Homeless | | San Diego |

3-21

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Health Services-continued** | | | | | |
| Family Health Centers of San Diego | North Park Family Health Center | Mixed Population- All | General Homeless | | San Diego |
| Family Health Centers of San Diego | San Diego Healthcare for the Homeless Project | Mixed Population- All | General Homeless | | San Diego |
| R. Munoz, M.D. Offices | Private Physician | Adult Men and/or Women | General Homeless | | San Diego |
| San Diego Rescue Mission | Outpatient Therapy Clinic | Mixed Population- All | General Homeless | | San Diego |
| St. Vincent de Paul Village | St. Vincent de Paul Village Health Center | Mixed Population- All | General Homeless | | San Diego |
| Stepping Stone | Outreach to Homeless | Adult Men and/or Women | Substance Abuse Treatment | | San Diego |
| **Permanent Supportive Housing** | | | | | |
| Alpha Project | Metro Hotel | Adult Men and/or Women | Severely Mentally Ill | 193 | San Diego |
| Catholic Charities | Leah Residence | Adult Women | SMI & Substance Abuse Trtr | 29 | San Diego |
| Center for Social Support & Ed-San Diego Housing Commission | SPC | Mixed Population- All | HIV/AIDS | 18 | San Diego |
| Community Research Foundation | 10th Avenue Apartments-Semi-Supervised Living Proj | Adult Men and/or Women | Severely Mentally Ill | 17 | San Diego |
| Pathfinders-San Diego Housing Commission | Shelter Plus Care--Grim Ave.-Sponsor Based | Adult Men | SMI & Substance Abuse Trtr | 15 | San Diego |
| Pathfinders-San Diego Housing Commission | Shelter Plus Care--Stream View-Sponsor Based | Adult Men | SMI & Substance Abuse Trtr | 25 | San Diego |
| Senior Community Center | The Potiker Family Senior Residence | Adult Men and/or Women | Seniors | 25 | San Diego |
| South Bay Community Services | La Posada | Families with Children | HIV/AIDS | 28 | San Ysidro |
| South Bay Community Services-San Diego Housing Commission | La Posada-Shelter Plus Care-Project Based | Families with Children | HIV/AIDS | 36 | San Ysidro |
| St. Vincent de Paul Village | Toussaint Academy of Arts and Sciences | Youth on Their Own | General Homeless | 5 | San Diego |
| St. Vincent de Paul Village | Villa Harvey Mandel | Adult Men and/or Women | General Homeless | 25 | San Diego |
| St. Vincent de Paul Village-San Diego Housing Commission | Villa Harvey Mandel-Shelter Plus Care-Sponsor Based | Adult Men and/or Women | General Homeless | 8 | San Diego |
| St. Vincent de Paul Village-San Diego Housing Commission | Village Place-Shelter Plus Care-Project Based | Adult Men and/or Women | General Homeless | 25 | San Diego |
| Stepping Stone-San Diego Housing Commission | Central Ave.-Shelter Plus Care-Sponsor Based | Adult Men and/or Women | HIV/AIDS & Substance Abuse | 20 | San Diego |
| Stepping Stone-San Diego Housing Commission | Our House-Shelter Plus Care-Sponsor Based | Adult Men and/or Women | HIV/AIDS & Substance Abuse | 12 | San Diego |
| The Association for Community Housing Solutions (TACHS) | Del Mar Apartments-Shelter Plus Care-Project Based | Adult Men and/or Women | Severely Mentally Ill | 22 | San Diego |
| The Association for Community Housing Solutions (TACHS) | Paseo Glenn-Shelter Plus Care-Sponsor Based | Adult Men and/or Women | Severely Mentally Ill | 13 | San Diego |
| The Association for Community Housing Solutions (TACHS) | SPC-Beta Project | Adult Men and/or Women | Severely Mentally Ill | 9 | San Diego |
| The Association for Community Housing Solutions/The Center | Sunburst | Mixed Pop-Young Adults, Singles & Families w/Child | General Homeless | 18 | San Diego |
| The Center/The Association for Community Housing Solutions | Sunburst | Mixed Pop-Young Adults, Singles & Families w/Child | General Homeless | | San Diego |
| Townspeople, Inc. | 51st Street Project | Adult Men and/or Women | HIV/AIDS | 24 | San Diego |
| **Supportive Services** | | | | | |
| The Salvation Army | Homeless Outreach Program | Mixed Population- All | Chronic Homeless | | San Diego |
| **Transitional Housing** | | | | | |
| Catholic Charities | House of Rachel | Adult Women | General Homeless | 10 | San Diego |
| Catholic Charities | Rachel's Apartments | Adult Women | General Homeless | 9 | San Diego |
| City of San Diego | Cortez Hill Family Center (YWCA) | Families with Children | General Homeless | 150 | San Diego |
| Community Research Foundation | Isis Center | Adult Men and/or Women | Severely Mentally Ill | 15 | San Diego |
| CRASH, Inc. | Golden Hill House 2 | Adult Men and/or Women | Substance Abuse Treatment | 20 | San Diego |
| CRASH, Inc. | Short-Term City Heights | Adult Men | Substance Abuse Treatment | 25 | San Diego |
| CRASH, Inc. | Short-Term Two | Adult Women | Substance Abuse Treatment | 28 | San Diego |
| Crossroads | Crossroads Recovery Home | Adult Women | Substance Abuse Treatment | | San Diego |
| Ecumenical Council of San Diego | El Nido | Women with Children | Victims of Domestic Violence | 45 | San Diego |
| Episcopal Community Services | Downtown Safe Haven | Adult Men and/or Women | Severely Mentally Ill | 28 | San Diego |

## Transitional Housing-continued

| Agency | Program Name | Target Population | Specific Population | # | City |
|---|---|---|---|---|---|
| Episcopal Community Services | Julian's Sanctuary | Women with Children | Victims of Domestic Violence | 33 | San Diego |
| Episcopal Community Services | Reunion House | Adult Women | Victims of Domestic Violence | 8 | San Diego |
| Episcopal Community Services | Uptown Safe Haven | Adult Men and/or Women | Severely Mentally Ill | 19 | San Diego |
| Heartland House | Heartland House | Adult Men | Substance Abuse Treatment | | San Diego |
| House of Metamorphosis | House of Metamorphosis | Adult Men and/or Women | Substance Abuse Treatment | | San Diego |
| MAAC Project | Casa de Milagros | Adult Women | Substance Abuse Treatment | | San Diego |
| PACTO Latino Aids Organization | Casa del Sol | Adult Women | HIV/AIDS | | San Diego |
| PACTO Latino Aids Organization | Truax House | Adult Men | HIV/AIDS | | San Diego |
| Pathfinders of San Diego, Inc. | Pathfinders Recovery Home | Adult Men | Substance Abuse Treatment | | San Diego |
| Presbyterian Crisis Center | Home Run | Families with Children | General Homeless | | San Diego |
| San Diego Rescue Mission | Transitional Housing/Treatment Program | Adult Men | General Homeless | 245 | San Diego |
| San Diego Rescue Mission | Women and Children's Center | Women with Children | General Homeless | 125 | San Diego |
| San Diego Safe Harbor, Inc. | Safehouse Program | Adult Men | General Homeless | 42 | San Diego |
| San Diego Youth & Community Services | Take Wing | Mixed Pop-Young Adults, Singles & Families w/Child | General Homeless | 35 | San Diego |
| Senior Community Center | Transitional Housing Program | Adult Men and/or Women | Seniors | 150 | San Diego |
| St. Vincent de Paul Village | Bishop Maher Center-Men's Fresh Start | Adult Men | General Homeless | 150 | San Diego |
| St. Vincent de Paul Village | Joan Kroc Center for Families | Families with Children | General Homeless | 136 | San Diego |
| St. Vincent de Paul Village | Joan Kroc Center-Family Living Center | Families with Children | General Homeless | 112 | San Diego |
| St. Vincent de Paul Village | Joan Kroc Center-Women's Program | Adult Women | General Homeless | 68 | San Diego |
| St. Vincent de Paul Village | Josue Homes | Adult Men and/or Women | HIV/AIDS | 26 | San Diego |
| St. Vincent de Paul Village | Paul Mirabile Center-Men's Program | Adult Men | General Homeless | 270 | San Diego |
| St. Vincent de Paul Village | Paul Mirabile Center-Women's Program | Adult Women | General Homeless | 80 | San Diego |
| St. Vincent de Paul Village | Toussaint Academy of Arts and Sciences | Youth on Their Own | General Homeless | 30 | San Diego |
| Stepping Stone | Enya House | Adult Men and/or Women | HIV/AIDS & Substance Abuse | | San Diego |
| The Salvation Army | Adult Rehabilitation | Adult Men and/or Women | Substance Abuse Treatment | | San Diego |
| The Salvation Army | Door of Hope- Transitional Living Center | Women with Children | General Homeless | 36 | San Diego |
| The Salvation Army | Emergency Lodge | Families with Children | General Homeless | 40 | San Diego |
| The Salvation Army | STEPS | Adult Men | General Homeless | 42 | San Diego |
| Tradition One | Tradition One - Men | Adult Men | Substance Abuse Treatment | | San Diego |
| Tradition One | Tradition One - Women- Long Term Residential | Adult Women | Substance Abuse Treatment | | San Diego |
| Turning Point Home of San Diego, Inc. | Turning Point Home | Adult Women | Substance Abuse Treatment | | San Diego |
| Veterans Village of San Diego | Mahedy House | Adult Men and/or Women | SMI & Substance Abuse Trmt | 14 | San Diego |
| Veterans Village of San Diego | Rehabilitation Center | Adult Men and/or Women | Veteran & Substance Abuse Trmnt | 87 | San Diego |
| Veterans Village of San Diego | Welcome Home Family Program | Families with Children | Veteran & Substance Abuse Trmnt | 28 | San Diego |
| Volunteers of America | Amigos Sobrios | Adult Men | Substance Abuse Treatment | | San Diego |
| Volunteers of America | Sobriety House -Men & Women | Adult Men and/or Women | Substance Abuse Treatment | | San Diego |
| Way Back | Way Back | Adult Men | Substance Abuse Treatment | | San Diego |
| YMCA | Oz San Diego | Youth on Their Own | General Homeless | | San Diego |
| YMCA | Turning Point, Transitional Living Program | Mixed Pop-Young Adults, Singles & Families w/Child | General Homeless | 24 | San Diego |
| YWCA | Becky's House | Women with Children | Victims of Domestic Violence | 30 | San Diego |
| YWCA | Passages - Supportive Independent Living | Adult Women | Victims of Domestic Violence | 19 | San Diego |
| YWCA | Passages-Women in Transition | Adult Women | Victims of Domestic Violence | 30 | San Diego |
| YWCA | Transitional Housing | Adult Women | Victims of Domestic Violence | 13 | San Diego |

## South Bay

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Case Management Agency** | | | | | |
| Lutheran Social Services | Project Hand | Mixed Population- All | General Homeless | | Chula Vista |
| MAAC Project | South Bay | Mixed Population- All | General Homeless | | Chula Vista |
| The Salvation Army | Chula Vista Family Services | Mixed Population- All | General Homeless | | Chula Vista |
| **Detox** | | | | | |
| M.I.T.E. | Options South Bay | Mixed Pop-Adult Women, Women w/Children | Substance Abuse Treatment | | Chula Vista |
| **Emergency Shelter** | | | | | |
| South Bay Community Services | Casa Nuestra Shelter | Youth on Their Own | General Homeless | 8 | Chula Vista |
| South Bay Community Services | Casa Nueva Vida I | Families with Children | General Homeless | 43 | Chula Vista |
| South Bay Community Services | Casa Seguras-NC | Families with Children | Victims of Domestic Violence | 14 | Chula Vista |
| **Emergency Shelter-Seasonal** | | | | | |
| Ecumenical Council of San Diego | ISN Rot'l Shltr - South Bay | Mixed Population-All | General Homeless | 12 | Regional |
| South Bay Community Services | Hotel Voucher | Families with Children | General Homeless | | Chula Vista |
| **Transitional Housing** | | | | | |
| MAAC Project | Nosotros | Adult Men | Substance Abuse Treatment | | Chula Vista |
| South Bay Community Services | Casa Nueva Vida II | Families with Children | Victims of Domestic Violence | 44 | Chula Vista |
| South Bay Community Services | Casa Nueva Vida II-AILP | Youth on Their Own | General Homeless | 4 | Chula Vista |
| South Bay Community Services | Casa Segura II | Women with Children | Victims of Domestic Violence | 40 | Chula Vista |
| South Bay Community Services | Casas de Transition | Families with Children | Victims of Domestic Violence | 25 | Chula Vista |
| South Bay Community Services | Trolley Trestle | Mixed Pop-Young Adults, Singles & Families w/Child | General Homeless | 20 | Chula Vista |
| South Bay Community Services | Victorian Heights | Women with Children | Victims of Domestic Violence | 32 | National City |

## Regional

| Agency | Program Name | Target Population | Special Needs | Beds | Location |
|---|---|---|---|---|---|
| **Affordable Housing** | | | | | |
| County of San Diego HCD | Public Housing Rental Assistance | Mixed Population- Families with Children, Seniors, Disabled | | | San Diego |
| County of San Diego HCD | Section 8 Rental Assistance | Mixed Population- Families with Children, Seniors, Disabled | | | San Diego |
| **Permanent Supportive Housing** | | | | | |
| County of San Diego HCD | TBRA-SARMS | Families with Children | Substance Abuse Treatment | 45 | County |

3-24

# Section Three

## Alphabetical Directory of Homeless Facilities and Services

This section features individual descriptions of all facilities and programs.

Each listing includes:

- Agency name
- Program name, if different
- Region of the County where program is located
- Program type (case management agency, transitional shelter, etc.)
- Client population
- Special needs of client population
- Capacity*
- On-site services that are available
- Requirements/restrictions
- Contact person, address, phone and fax number

*Capacity numbers provided in this section are for beds that are either reserved for, or generally occupied by homeless persons. This may or may not be the total number of beds in the facility as some beds may be used for non-homeless who fit other special needs criteria. For homeless specific bed numbers see sections one and two. If a shelter or housing program does not list any beds then that facility does not require a person to be homeless. They therefore do not specifically designate any "homeless" beds even though at times they may serve homeless people.

22



## Alpha Project - Casa Base

This is a North County Inland Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. This facility has a capacity for 36 persons. The maximum stay is 6 weeks. Guest must be willing to work. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (760) 630-9922 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: www.alphaproject.org

## Alpha Project - Casa Raphael

This is a North County Inland Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. This facility has a capacity for 98 persons. The maximum stay is 1 year. Guests must be willing to work; 30% of personal income applied to rent. Services include: -Case management - Entitlements -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (760) 630-9922 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: www.alphaproject.org

## Alpha Project - Metro Hotel

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. This facility has a capacity for 193 persons. The maximum stay is Unlimited. Services include: -Case management -Entitlements -Life skills training -Mental health services -Substance abuse treatment. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (619) 234-3041 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: www.alphaproject.org

## Alpha Project - Neil Good Day Center

This is a San Diego Day Center program for Mixed Population- All who have General Homeless needs. Includes showers, restrooms, lounge, reading room, mail and message services, safe storage of personal possessions, and a laundry. Services include: -Case management -Job assistance/training -Mental health services -Primary health care -Substance abuse treatment. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (619) 234-3041 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: www.alphaproject.org

## Alpha Project - Step-Up

This is a San Diego Case Management Agency program for Adult Men and/or Women who have General Homeless needs. Ability to work. Services include: -Case management -Domestic violence services -Entitlements -Housing counseling/placement -Job assistance/training -Prepared meals -Primary health care -Substance abuse treatment. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (619) 542-1877 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: www.alphaproject.org

### Bayside Community Center - Community Services

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Meals served at this agency are for seniors 60 years and over only, Monday, Wed & Friday, from 8:30a.m. to 12:30 p.m. Photo ID required. Services include: -Case management -Food & clothing -Prepared meals -Transportation. Contact information: PO Box 712525 San Diego, CA, 92171-2525 Phone: (858) 278-0771 Fax: (858) 278-6193 Email: rose@baysidecc.org

### Bread of Life - Winter Shelter

This is a North County Coastal Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 20 persons. Services include: -Food & clothing -Entitlements -Housing counseling/placement -Prepared meals. Contact information: 1919 Apple Street, Suite I, Oceanside, CA 92049 PH: 760-722-0800 FAX 760-434-6156 Email: info@bolrescue.org Website: www.bolrescue.org/

### Brother Benno's Foundation - Brother Benno's Center

This is a North County Coastal Day Center program for Mixed Population- All who have General Homeless needs. Includes showers, restrooms, lounge, reading room, mail and message service, and laundry. Breakfast and Sack lunches. Prescription Assistance. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 3260 Production Avenue Oceanside, CA, 92054 Phone: (760) 439-1244 Fax: (760) 439-1271

### Brother Benno's Foundation - Good Samaritan Recovery Program

This is a North County Coastal Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 902 Seagaze Drive Oceanside, CA, 92054 Phone: (760) 439-1244 Fax: (760) 439-1271

### Brother Benno's Foundation - House of Brother Benno's Recovery Home

This is a North County Coastal Transitional Housing program for Adult Men who have General Homeless needs. This facility has a capacity for 9 persons. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Prepared meals - The maximum stay is 6 months. Substance abuse treatment. Contact information: 3260 Production Avenue, Oceanside, CA, 92054 Phone: (760) 439-1244 Fax: (760) 439-1271

### Brother Benno's Foundation - House of Dorothy, Barbara, Rosemary, and Joan - Sober Living

This is a North County Coastal Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. This facility has a capacity for 6 persons. The maximum stay is 1 year. This program is operated in partnership with Family Health Centers of San Diego. Services include: -Case management -Food & clothing -Job assistance/training -Substance abuse treatment. Contact information: 3260 Production Avenue, Oceanside, CA, 92054 Phone: (760) 439-1244 Fax: (760) 439-1271



## Brother Benno's Foundation - House of James and John - Recovery Program

This is a North County Coastal Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. This facility has a capacity for 6 persons. The maximum stay is 18 months. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 434 Grant Street Oceanside, CA, 92054 Phone: (760) 439-1244 Fax: (760) 439-1271

## Brother Benno's Foundation - House of Martha, Ann, Mary, and Ida

This is a North County Coastal Emergency Shelter program for Mixed Population- Adult Women, Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 6 persons. The maximum stay is 30 days. This program is for adult women or women with young children. Services include: -Case management -Food & clothing -Prepared meals. Contact information: Oceanside, CA, Phone: (760) 439-1244 Fax: (760) 439-1271

## Catholic Charities - Case Management Agency

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Clients must have identification and proof of residence. Transportation is provided for doctor appointments and/or job interviews. Services include: -Case management -Food & clothing -Entitlements -Mental health services -Transportation. Contact information: 349 Cedar Street San Diego, CA, 92101 Phone: (619) 231-2828 Fax: (619) 234-2272 Email: mkeller@ccdsd.org Website: www.ccdsd.org

## Catholic Charities - Hotel Voucher

This is a San Diego Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. Referrals through 2-1-1 San Diego. No walk in appointments. Services include: -Case management -Food & clothing -Entitlements -Mental health services -Transportation. Contact information: 349 Cedar Street San Diego, CA, 92101 Phone: (619) 234-2272 Email: mkeller@ccdsd.org Website: www.ccdsd.org

## Catholic Charities - House of Rachel

This is a San Diego Transitional Housing program for Adult Women who have General Homeless needs. This facility has a capacity for 10 persons. The maximum stay is 8 - 24 months. Clients enrolled in this transitional shelter program must be emotionally stable, motivated and capable of employment. Clients must be 50 years old or older. Services include: -Case management -Housing counseling/placement -Life skills training -Prepared meals -Transportation. Contact information: 349 Cedar Street San Diego, CA, 92101 Phone: (619) 696-0873 Fax: (619) 696-9042 Email: www.amahoney@ccdsd.org Website: www.ccdsd.org

3-28

## Catholic Charities - La Posada de Guadalupe

This is a North County Coastal Emergency Shelter program for Adult Men who have General Homeless &/or Farm &/or Day Laborers needs. This facility has a capacity for 50 persons. The maximum stay is 3 months. Guests in this facility are predominately the general homeless, Farmworkers & or Day Labors. Services include: -Clothing -Prepared meals-Case management – other supportive services. Contact information: 2478 Impala Drive Carlsbad, CA, 92008 Phone: (760) 929-2322 Fax: (760) 929-8712 Website: www.ccdsd.org

## Catholic Charities - Leah Residence

This is a San Diego Permanent Supportive Housing program for Adult Women who have SMI and Substance Abuse Treatment needs. This facility has a capacity for 29 persons. The maximum stay is Unlimited. Services include: -Case management -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 349 Cedar Street San Diego, CA, 92101 Phone: (619) 231-2828 Fax: (619) 234-2272.

## Catholic Charities - Rachel's Apartments

This is a San Diego Transitional Housing program for Adult Women who have General Homeless needs. This facility has a capacity for 9 persons. The maximum stay is 24 months. Services include: -Case management -Job assistance/training -Life skills training. Contact information: 349 Cedar Street San Diego, CA, 92101 Phone: (619) 696-0873 Fax: (619) 696-9042 Website: www.ccdsd.org

## Catholic Charities - Rachel's Night Shelter

This is a San Diego Emergency Shelter program for Adult Women who have General Homeless needs. This facility has a capacity for 35 persons. The maximum stay is 6 months. Women must visit the Rachel's Women Center by 3:30 p.m. to meet with shelter staff prior to admission. Clients receive recovery support, medical screening, clothing, and evening meal. Curfew is 9:00 P.M. Participants must be clean/sober at admittance. Services include: -Case management -Clothing -Life skills training -Prepared meals. Contact information: 759 8th Avenue San Diego, CA, 92101 Phone: (619) 236-9074 Fax: (619) 696-9042 Email: lzwible@ccdsd.org Website: www.ccdsd.org

## Catholic Charities - Rachel's Women's Center

This is a San Diego Day Center program for Adult Women who have General Homeless needs. Participants have access to alcohol and drug recovery, educational and support groups, showers, laundry, medical screening, mental health support/triage, lunch, coffee, use of free phone, mailing address, and access to night shelter. Services include: -Food & clothing -Life skills training -Mental health services -Prepared meals -Substance abuse treatment - Primary Health Screening. Contact information: 759 8th Avenue San Diego, CA, 92101 Phone: (619) 236-9074 Fax: (619) 696-9042 Website: www.ccdsd.org

3-29



## Catholic Charities - St. Francis Center

This is a North County Coastal Case Management Agency program for Mixed Population- All who have General Homeless needs. Clients must present a picture ID, social security card (if available), proof of residency, and identification for each child who will be receiving services. Services include: -Case management -Food & clothing -Transportation -Immigration Assistance. Contact information: 328 Vista Village Drive Vista, CA, 92083 Phone: (760) 631-4792 Fax: (760) 631-8238 Email: mdunne@ccssd.org

## Center for Community Solutions - Hidden Valley House

This is a North County Inland Emergency Shelter program for Families with Children who have Victims of Domestic Violence needs. This facility has a capacity for 30 persons. The maximum stay is 30 days. A CMH outreach worker is available once a week. The Public Health Nurse is available twice a week. Services include: -Case management -Food & clothing -Housing counseling/placement -Life skills training -Mental health services -Transportation -Counciling-Referrals. Contact information: Phone: (760) 480-0055 Fax: (760) 480-1702 Email: cmaldonado@ccssd.org

## Center for Community Solutions - Next Step - East

This is a East County Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 10 persons. The maximum stay is 1 year. Services include: -Case management -Housing counseling/placement -Life skills training -Job assistance- Counciling-Referrals. Contact information: Phone: (619) 631-6442 Fax: (619) 631-6448 Email: jfinch@ccssd.org

## Center for Community Solutions - Next Step - North

This is a North County Inland Transitional Housing program for Families with Children who have Victims of Domestic Violence needs. This facility has a capacity for 24 persons. The maximum stay is 18 months. Services include: -Case management -Housing counseling/placement -Life skills training -Job assistance-Counciling-Referrals. Contact information: Phone: (760) 747-6282 Fax: (760) 747-1635 Email: lbaxter@ccssd.org

## Center for Community Solutions - Project Safehouse

This is a East County Emergency Shelter program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 12 persons. The maximum stay is 30 days. Clients must be clean and sober prior to admission. Services include: -Case management -Food & clothing - Housing counseling/placement -Life skills training -Transportation -Counciling-Advocacy-Referrals. Contact information: Phone: (619) 631-6442 Fax: (619) 631-6448 Email: jfinch@ccssd.org

## Center for Social Advocacy - Shared Housing

This is a East County Affordable Housing program for Mixed Population- All who have General Homeless or low income needs. You do not need to be homeless to access these services. Program offers Human Relations Services and Fair Housing Counseling. Services include: -Housing counseling/placement -Fair housing (discrimination) services-Tenant/Landlord Services. Contact information: 1068 Broadway, Suite 221 El Cajon, CA, 92021 Phone: (619) 444-5700 Fax: (619) 444-5080

## Center for Social Support & Ed-San Diego Housing Commission - Short Term Housing

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have HIV/AIDS needs. This facility has a capacity for 15 persons. The maximum stay is 3 months. Services include: -Case management -Housing counseling/placement -Job assistance/training -Life skills training. Contact information: 3960 Park Boulevard, Suite F San Diego, CA, 92104 Phone: (619) 325-2773 Fax: (619) 574-8014

## Center for Social Support & Ed-San Diego Housing Commission - SPC

This is a San Diego Permanent Supportive Housing program for Mixed Population- All who have HIV/AIDS needs. This facility has a capacity for 18 persons. Services include: -Housing counseling/placement -Life skills training. Contact information: 3960 Park Boulevard, Suite F San Diego, CA, 92104 Phone: (619) 325-2773 Fax: (619) 574-8014

## City of San Diego - Cortez Hill Family Center (YWCA)

This is a San Diego Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 150 persons, maximum stay is 90 days. Applicants need 2 weeks clean and sober for admittance into the program, applications are at 1012 C St. Services include:-Case management-Prepared meals-Substance abuse treatment. Contact: P:(619)531-8937 F:(619)531-8872 Web: www.ywcasandiego.org

## City of San Diego – Farmworker Housing – 123 Beds in 36 units in San Pasqual. Contact: www.sandiego.gov/homeless-services

## City of San Diego - Winter Shelter-Adults (AP)

This is a San Diego Emergency Shelter-Seasonal program for Adult Men and/or Women who have General Homeless needs. This facility has a capacity for 200 persons. The maximum stay is 3 months. Services include: -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 3737 5th Avenue #203 San Diego, CA, 92103 Phone: (619) 542-1877 Fax: (619) 542-0264 Email: alphamiracles@hotmail.com Website: alphaproject.org

## City of San Diego - Winter Shelter-Families

This is a San Diego Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. This facility has a capacity for 50 persons. The maximum stay is 90 days. Services include: -Case management -Substance abuse treatment-Housing counseling/placement -Job assistance/training -Life skills training -Mental health services. Contact information: San Diego, CA Phone: Infoline-Greater San Diego-(619) 230-0997

## City of San Diego - Winter Shelter-Veterans (VVSD)

This is a San Diego Emergency Shelter-Seasonal program for Adult Men who have Veterans needs. This facility has a capacity for 150 persons. The maximum stay is 3 months. Services include: -Case management -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 4141 Pacific Highway San Diego, CA, 92110 Phone: (619) 492-0142 Fax:



## Community Christian Service - Emergency Assistance Agency

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Food package, Bus tokens, gas vouchers, DMV ID cards, birth certificates and clothing assistance. Services include: -Case management -Food & clothing -Job assistance/training - Transportation. Contact information: 4167 Rappahannock Ave. San Diego, CA, 92117 Ph: (858) 274-2273 Fax: (858) 274-3506 Email: keeleyi@cts.com

## Community Health Systems, Inc. - Fallbrook Family Health Center

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs.     Services include:  -Primary health care. Contact information: 617 E. Alvarado Street, Fallbrook, CA, 92028 Phone: (760) 728-3816 Fax: (760) 728-1542

## Community Housing Works - Centro

This is a North County Inland Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 84 persons. The maximum stay is 24 months. Available to 20 homeless families. Services include:  -Case management -Child care -Domestic violence services  -Entitlements -Housing counseling/placement  -Life skills training -Mental health services  -Substance abuse treatment. Contact information: 1820 S. Escondido Blvd. #101 San Diego, CA, 92025 Phone: (760) 432-6878 x307 Fax: (760) 432-6883 Email: alloyd@chworks.org

## Community Housing Works - Hillside Village

This is a North County Inland Permanent Supportive Housing program for Mixed Population- Adult Women, Women with Children who have Victims of Domestic Violence, General Homelessneeds.  The maximum stay is Unlimited. This program serves Mixed population, women with children, and Adult Men and/or Women. Clients with developmental disabilities only.  Guests must be working on individual plan to achieve permanent income and stability within a six month period. Services include:  -Case management -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Primary health care. Contact information: Phone: (760) 432-6878 Fax: (760) 432-6883

## Community Housing Works - Las Casitas

This is a North County Inland Permanent Supportive Housing program for Families with Children who have Substance Abuse Treatment needs. This facility has a capacity for 50 persons. The maximum stay is Unlimited. Guests must be working on individualized plan to achieve permanent income and stability within a six month period. Services include:  -Housing counseling/placement -Substance abuse treatment -Housing Stability. Contact information: 1820 S. Escondido Blvd. #101 Escondido, CA, 92025 Phone: (760) 432-6878 x304 Fax: (760) 432-6883 Email: alloyd@chworks.org

## Community Housing Works - Marisol Apartments

This is a North County Coastal Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS ,Disabledneeds. This facility has a capacity for 21 persons. The maximum stay is Unlimited. Clients must have case management at time of entry and during stay. Be free of illegal drugs. At least be HIV Symptomatic. Have total income not exceeding 35% of local area median income levels. Services include: -Case management -Entitlements -Housing counseling/placement -Life skills training -Resident Support for first time home buyers and low income individuals. Contact information: 1115-1127 S. Tremont Street, Oceanside, CA, 92054 Phone: (760) 432-6878 Fax: (760) 432-6883 Email: wmeridith@chworks.org

## Community Housing Works - Old Grove

This is a North County Coastal Permanent Supportive Housing program for Families with Children who have HIV/AIDS ,Disabledneeds. This facility has a capacity for 8 persons. The maximum stay is Unlimited. Services include: -Case management -Food & clothing -Housing counseling/placement -Life skills training -Mental health services -Primary health care -Substance abuse treatment. Contact information: 1820 S. Escondido Blvd #101 Escondido, CA, 92025 Phone: (760) 432-6878 Fax: (760) 432-6883 Email: wmeridith@chworks.org

## Community Housing Works - Pineview

This is a North County Inland Permanent Supportive Housing program for Adult Men and/or Women who have Veterans ,Disabled needs. This facility has a capacity for 12 persons. The maximum stay is Unlimited. This program serves Adult Men and/or Women who are disabled Veterans. Services include: -Case management -Housing counseling/placement -Housing Stability. Contact information: 1820 S. Escondido Blvd #101 Escondido, CA, 92025 Phone: (760) 432-6878 Fax: (760) 432-6883 Email: olazaro@chworks.org

## Community Research Foundation - 10th Avenue Apartments-Semi-Supervised Living Project

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is Unlimited. Clients must have a mental health diagnosis, but stabilized. Must be clean and sober, low risk of violence. Motivated to achieve goals. The primary diagnosis is not substance abuse and the client must be committed to sobriety. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 531 16th Street San Diego, CA, 92101 Phone: (619) 233-3432 Fax: (619) 233-7022 Email: stacy@comresearch.org

## Community Research Foundation - Halcyon Crisis Center

This is a East County Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 14 days. Halcyon Crisis Center provides a mental health hospital alternative for persons experiencing severe psychological problems or in an acute phase of a mental illness. We do not provide shelter. Services include: -Job assistance/training -Mental health services. Contact information: 1664 Broadway, El Cajon, CA, 92021 Phone: (619) 579-8685 Fax: (619) 579-1969

# Community Research Foundation - Isis Center

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 14 days. This is not a "homeless shelter." Isis Center provides a mental health hospital alternative for persons experiencing severe psychological problems or in acute stages of mental illness. On the average, 9 clients are considered homeless. Services include: -Mental health services. Contact information: 892 27th Street San Diego, CA, 92154 Phone: (619) 575-4687 Fax: (619) 575-1215 Email: pknight@comresearch.org

# Community Research Foundation - New Vistas Crisis Center

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have SMI and Substance Abuse Treatment needs. The maximum stay is 1 month. This is not a "homeless shelter." New Vistas Crisis Center provides a mental health hospital alternative for persons experiencing severe psychological problems or in acute stages of mental illness. On the average, 12 clients are considered homeless. Services include: -Mental health services -Prepared meals -Substance abuse treatment. Contact information: 734 10th Avenue San Diego, CA, 92101 Phone: (619) 239-4663 Fax: (619) 239-3045

# Community Research Foundation - Turning Point Crisis Center

This is a North County Coastal Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 14 days. This facility has an average enrollment of 5 homeless persons, with a total enrollment of 11 persons. This is not a "homeless shelter." Turning Point Crisis Center provides a mental health hospital alternative. Services include: -Case management -Mental health services -Prepared meals. Contact information: 1738 S. Tremont Street Oceanside, CA, 92054 Phone: (760) 439-2800 Fax: (760) 433-5031

# Community Research Foundation - Vista Balboa Crisis Center

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 14 days. This is not a "homeless shelter." This Center provides a mental health hospital alternative for persons experiencing severe psychological problems or in 2acute stages of mental illness. On the average, 12 clients are considered homeless. Services include: -Case management -Entitlements -Mental health services -Prepared meals. Contact information: 545 Laurel Street San Diego, CA, 92101 Phone: (619) 233-4399 Fax: (619) 233-0453

# Community Resource Center - Encinitas Social Services

This is a North County Coastal Emergency Shelter program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. Food is distributed through the agency's food pantry with no meals served on-site. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Transportation. Contact information: 650 2nd Street, Encinitas, CA, 92024 Phone: (760) 753-8300 Fax: (760) 753-0252 Email: lpause@crcncc.org



3-34

## Community Resource Center - Libre

This is a North County Coastal Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 12 persons. The maximum stay is 18 months. This facility is not considered emergency housing and requires an application process. There is a 24-hour hotline available for domestic violence problems at 663-1111. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Housing counseling/placement -Life skills training -Mental health services -Transportation. Contact information: Phone: (760) 942-5485 Fax: (760) 942-6091

## Community Resource Center - Librel - Services for Wmn & Children

This is a North County Coastal Emergency Shelter program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 24 persons. The maximum stay is 45 days. Services include: -Case management -Child care -Domestic violence services -Food & clothing - Housing counseling/placement -Job assistance/training -Mental health services -Transportation. Contact information: Phone: (760) 942-5485 Fax: (760) 942-6091 Email: criddle@crcncc.org

## County Mental Health Services - Hidden Valley House - Shelter Beds

This is a North County Inland Emergency Shelter program for Adult Women who have Severely Mentally Ill needs. The maximum stay is 1 month. Services include: -Mental health services -Prepared meals. Contact information: 125 W. Mission, Ste. 103, M/S N-543 Escondido, CA, 92025 Phone: (760) 480-3523 Fax: (760) 480-3530

## County Mental Health Services - Shelter Beds

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 1 month. Shelter beds are reserved for San Diego County Homeless Outreach Teams. Mental Health clients must already be on the team's caseload. Services include: -Entitlements -Mental health services -Prepared meals. Contact information: 3177 Oceanview Blvd San Diego, CA, 92113-1498 Phone: (619) 595-4400 Fax: (619) 595-7927

## County Mental Health Services - Shelter Beds-EC

This is a East County Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. This facility has a capacity for 4 persons. Services include crisis intervention, counseling, and outreach in the community where the mentally ill homeless are located. Services include: - Food & clothing -Housing counseling/placement -Mental health services. Contact information: 1000 Broadway, El Cajon, CA, 92021 Phone: (619) 401- 5500 Fax: (619) 401-5454



## County Mental Health Services - Tikkun

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have Severely Mentally Ill needs. The maximum stay is 1 month. Shelter beds are reserved for San Diego County Homeless Outreach Teams. Mental Health clients must already be on the team's caseload at time of admission. Services include: -Case management -Entitlements -Housing counseling/placement -Mental health services. Contact information: P.O. Box 85524, M/S-P542 San Diego, CA, 92138-5524 Phone: (619) 480-3523 Fax: (619) 692-8779

## County of San Diego HCD - Public Housing Rental Assistance

This is a Regional Affordable Housing program for Mixed Population- Families with Children, Seniors, Disabled who have needs. Clients don't have to be homeless, however, clients must be very low income. Services include: Rental Assistance Contact information: 3989 Ruffin Road San Diego, CA, 92123 Phone: (858)694-4890 Fax: (858)694-4871

## County of San Diego HCD - Section 8 Rental Assistance

This is a Regional Affordable Housing program for Mixed Population- Families with Children, Seniors, Disabled who have needs. Clients don't have to be homeless, however, clients must be very low income. Services include: Rental Assistance. Contact information: 3989 Ruffin Road San Diego, CA, 92123 Phone: (858)694-4890 Fax: (858)694-4871

## County of San Diego HCD - TBRA-SARMS

This is a Regional Permanent Supportive Housing program for Families with Children who have Substance Abuse Treatment needs. This facility has a capacity for 45 persons. Services include: -Case management -Housing counseling/placement -Job assistance/training -Mental health services -Substance abuse treatment. Contact information: 3989 Ruffin Road San Diego, CA, 92123 Phone: (858)694-4890 Fax: (858)694-4871

## CRASH, Inc. - Golden Hill House 2

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 6 months. Services include: -Job assistance/training -Life skills training -Substance abuse treatment. Contact information: 446 26th Street, 5th Floor San Diego, CA, 92102 Phone: (619) 239-0909 Fax: (619) 233-0527 Email: GHHZ@CRASHINC.org

## CRASH, Inc. - Short-Term City Heights

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 3 months. Clients must have an alchol or drug problem. This is not a drop in center. All clients must go through an intake screening process 927 24th Street, (619) 233-8054 Services include: -Case management -Domestic violence services -Housing counseling/placement -Job assistance/training -Life skills training - Prepared meals -Substance abuse treatment -Transportation. Contact information: 4161 Marlborogh San Diego, CA, 92105 Phone: (619) 282-7274 Fax: (619) 282-7496

3-36

## CRASH, Inc. – Short-Term Two

This is a San Diego Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. The maximum stay is 3 months. Clients must have an alcohol or drug problem. This is not a drop-in center. All clients must go through an intake screening process at 927 24th Street. (619) 233-8054. Services include: -Case management -Domestic violence services -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 4890 67th Street San Diego, CA, 92115 Phone: (619) 464-6207 Fax: (619) 233-0527

## Crisis House – Adults with Disabilities

This is a East County Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment, Chronic Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 6-14 months. Program is for homeless adults with disabilities. There are two three bedroom apartments that can accommodate up to six adults in each for a total of twelve. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Primary health care -Transportation. Contact information: 1034 North Magnolia El Cajon, CA, 92020 Phone: (619) 444-9926 x303 Fax: (619) 444-1422 Email: mariag@crisishouse.com Website: CrisisHouse.org

## Crisis House – Case Management Agency

This is a East County Supportive Services program for Mixed Population- All who have General Homeless needs.    Services include:  -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Transportation. Contact information: 1034 North Magnolia, El Cajon, CA, 92020 Phone: (619) 444-9926 Fax: (619) 444-1422 Email: CrisisHouse@aol.com Website: CrisisHouse.org

## Crisis House – Family Transitional Housing

This is a East County Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 24 persons. The maximum stay is 18 months. Program is for families with children, Program can accommodate up to 6 adults with children. The number of families accommodated depends on composition and size. Services include:  -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Transportation -Legal. Contact information: Phone: (619) 444-9926 Fax: (619) 444-1422 Email: sharon@crisishouse.org Website: CrisisHouse.org

## Crisis House – Focus/Families

This is a East County Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 7 persons. The maximum stay is 6-12 months. Program is for one homeless family.  There is one apartment that can accommodate a family of five. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Primary health care -Transportation. Contact information: 1034 North Magnolia, El Cajon, CA, 92020 Phone: (619) 444-9926 x303 Fax: (619) 444-1422 Email: mariag@crisishouse.com Website: CrisisHouse.org

34

3-37



## Crisis House - Homeless Healthcare Program

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. Medical services provided upon referral. This program offers storage, message board, mail call, hygiene services food packs and shelter referrals. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Primary health care -Transportation. Contact information: 1034 North Magnolia El Cajon, CA, 92020 Phone: (619) 444-9926 x312 Fax: (619) 444-1422 Email: emservicesmao@crisishouse.com Website: CrisisHouse.org

## Crisis House - Hotel Voucher

This is a East County Emergency Shelter-Seasonal program for Mixed Population- Families with Children, Seniors, Disabled who have General Homeless needs. The maximum stay is 4 weeks. Vouchers are primarily available December through April. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Transportation. Contact information: 1034 North Magnolia, El Cajon CA, 92020 Phone: (619) 444-9926x311 Fax: (619) 444-1422 Email: terriem@crisishouse.com Website: CrisisHouse.org

## Crossroads - Crossroads Recovery Home

This is a San Diego Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. The maximum stay is 6 months. This program provides residential substance abuse services for women. Services include: -Case management -Prepared meals -Substance abuse treatment. Contact information: 3594 4th Avenue San Diego, CA, 92103 Phone: (619) 296-1151 Fax: (619) 296-6218 Email: maria@sdcrossroadscom

## East County Community Clinics - East County Community Health Services

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Primary health care. Contact information: 855 East Madison, El Cajon, CA, 92020 Phone: (619) 440-2751 Fax: (619) 440-2945

## East County Community Clinics - El Capitan Family Health Center

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Primary health care. Contact information: 10039 Vine Street Lakeside, CA, 92040 Phone: (619) 390-9975 Fax: (619) 390-8721

## East County Community Clinics - La Mesa Community Health Services

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Primary health care. Contact information: 7339 El Cajon Blvd, Suite I La Mesa, CA, 91941 Phone: (619) 668-6280 Fax: (619) 668-0769

## Ecumenical Council of San Diego - El Nido

This is a San Diego Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 45 persons. The maximum stay is 12 months. Clients are accepted from emergency and domestic violence shelters from throughout San Diego. Clients must be able to manage their own home, be able to pay rent, and have at least 6 months sobriety if substance abuse has been a problem. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: Phone: (619) 563-9878 Fax: (619) 563-6496

## Ecumenical Council of San Diego - ISN Rot'l Shltr - Clairemont/ Kearny Mesa

This is a San Diego Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. The maximum stay is 2 months. This program is offered from mid-September through late October. This branch serves families and women only. Guests leave shelters each morning at 7:00 a.m., and return 5:00-6:00 p.m. Services include: -Case management -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Ecumenical Council of San Diego - ISN Rot'l Shltr - East County

This is a East County Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. This program is open early January and runs through late March. Guests leave shelters each morning at 7:00 a.m., and return 5:00-6:00 p.m. Services include: -Case management -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Ecumenical Council of San Diego - ISN Rot'l Shltr - North County Coastal

This is a North County Coastal Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. The program is available from early October through mid- February. Guests leave shelters each morning at 7:00 a.m, and return 5:00-6:00 p.m. Services include: -Case management -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Ecumenical Council of San Diego - ISN Rot'l Shltr - North County Inland

This is a North County Inland Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. This program is open early January and runs through late March. Guests leave shelters each morning at 7:00 a.m, and return 5:00-6:00 p.m. Services include: -Case management -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

36

3-39



## Ecumenical Council of San Diego - ISN Rot'l Shltr - San Diego Beaches

This is a San Diego Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. This program is available from mid-October through mid-April. This branch serves families and single men only. Guests leave shelters each morning at 7:00 a.m, and return 5:00-6:00 p.m. Services include: -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Ecumenical Council of San Diego - ISN Rot'l Shltr - San Diego Inland

This is a San Diego Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. This program is offered from mid-October through mid-April. Guests leave shelters each morning at 7:00 a.m, and return 5:00-6:00 p.m. Services include: -Case management -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Ecumenical Council of San Diego - ISN Rot'l Shltr - South Bay

This is a South Bay Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 12 persons. The maximum stay is 2 months. This program is offered from mid-October through early March. Guests leave shelters each morning at 7:00 a.m., and return 5:00-6:00 p.m. Services include: -Case management -Job assistance/training -Prepared meals. Contact information: 1880 3rd Avenue #13, San Diego, CA, 92101 Phone: (619) 702-5399 Fax: (619) 238-1526

## Episcopal Community Services - Downtown Safe Haven

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. This facility has a capacity for 28 persons. The maximum stay is 18 months. Services include: -Case management -Housing counseling/placement -Life skills training -Mental health services. Contact information: 1425 "C" Street San Diego, CA, 92101 Phone: (619) 238-8201 Fax: (619) 238-3803 Email: dgreen@ecscalifornia.org Website: www.ecscalifornia.org

## Episcopal Community Services - Friend to Friend Clubhouse

This is a San Diego Day Center program for Adult Men and/or Women who have Severely Mentally Ill, General Homeless needs. The maximum stay is Unlimited. This facility offers kitchen and showers facilities, mail service and lockers are available. Services include: -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training. Contact information: 1009 "G" Street Suite "A" San Diego, CA, 92101 Phone: (619) 238-2711 Fax: (619) 238-1127 Email: cpeters@ecscalifornia.org Website: www.ecscalifornia.org

3-40

## Episcopal Community Services - Julian's Anchorage

This is a San Diego Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 15 persons. The maximum stay is 18 months. The program offers housing and supportive services in a residential neighborhood to victims of domestic violence. Services include: -Case management -Domestic violence services -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -parent coaching. Contact information: Phone: (619) 523-6060 Fax: (619) 223-7090 Website: www.ecscalifornia.org

## Episcopal Community Services - Julian's Sanctuary

This is a San Diego Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 33 persons. The maximum stay is 18 months. The program offers housing and supportive services in a residential neighborhood to victims of domestic violence. Services include: -Case management -Child care -Domestic violence services -Housing counseling/placement -Life skills training -Mental health services -parent coaching. Contact information: Phone: (619) 523-6060 Fax: (619) 223-7090 Website: www.ecscalifornia.org

## Episcopal Community Services - Reunion House

This is a San Diego Transitional Housing program for Adult Women who have Victims of Domestic Violence needs. This facility has a capacity for 8 persons. The maximum stay is 18 months. This program is available only to Adult Women who have a history of incarceration and who may also have experienced Domestic Violence. Services include: -Case management -Housing counseling/placement -Job assistance/training -Life skills training. Contact information: Phone: (619) 523-6060 Fax: (619) 223-7090 Website: www.ecscalifornia.org

## Episcopal Community Services - Uptown Safe Haven

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. This facility has a capacity for 19 persons. The maximum stay is 18 months. Services include: -Case management -Housing counseling/placement -Life skills training -Mental health services. Contact information: 2822 5th Avenue San Diego, CA, 92103 Phone: (619) 294-7894 Fax: (619) 294-7895 Email: tkane@ecscalifornia.org Website: www.ecscalifornia.org

## Family Health Centers of San Diego - Beach Area Family Health Cntr

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. The clinic offers primary medical care and is open Mon., Tues., Weds., Fri. from 8:30 to 5:30 and Thurs. 10:00 to 7:00 p.m. Services include: -Primary health care. Contact information: 3705 Mission Blvd., San Diego, CA, 92109 Phone: (619) 515-2444 Fax: (858) 488-1394 Email: garcieo@fhcsd.org

## Family Health Centers of San Diego - Chase Avenue Family Health Center

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. The clinic offers primary medical care and is open Monday - Friday 8:30 to 5:30. Closed 12:30 to 1:30 for lunch. Services include: -Primary health care. Contact information: 1111 W. Chase Avenue, El Cajon, CA, 92020 Phone: (619) 515-2499 Fax: (619) 593-9164 Email: geneh@fhcsd.org



# Family Health Centers of San Diego - Downtown Family Health Center

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. The clinic offers primary medical care. It is open from Monday through Friday, 8:00 a.m. to 12:00 and 1:00 p.m. to 5:00. The clinic includes an HIV care program. A mental health/substance abuse counselor is also available on a scheduled basis. Services include: -Case management -Mental health services -Primary health care -Substance abuse treatment. Contact information: 1145 Broadway, San Diego, CA, 92101 Phone: (619) 515-2525 Fax: (619) 233-3067 Email: johnb@fhcsd.org

# Family Health Centers of San Diego - Grossmont Spring Valley Family Health Center

This is a East County Health Services program for Mixed Population- All who have General Homeless needs. The clinic offers primary health care and is open Mon, Wed, Thur, Fri. from 8:30 to 5:30 p.m., Tues. 10:00 to 7:00 p.m. Services include: -Primary health care. Contact information: 8788 Jamacha Road Spring Valley, CA, 91977 Phone: (619) 515-2555 Fax: (619) 462-5584 Email: geneh@fhcsd.org

# Family Health Centers of San Diego - HIV Case Management

This is a San Diego Case Management Agency program for Mixed Population- All who have HIV/AIDS needs. HIV case management and peer support services is available to those with an HIV diagnosis. These services are free of charge. Services include: -Case management -Entitlements -Primary health care. Contact information: 3544 30th Street, San Diego, CA, 92104 Phone: (619) 515-2586 Fax: (619) 683-7570 Email: robertl@fhcsd.org

# Family Health Centers of San Diego - Logan Heights Family Health Center

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. The clinic offers primary medical care, an HIV care program, with free HIV testing. The clinic is open on Mon. from 8:15 to 7:00 p.m., Tues. through Fri. from 8:15 to 5:30 p.m., and Sat. from 8:30 to 5:00 p.m. Services include: -Case management -Entitlements -Mental health services -Primary health care. Contact information: 1809 National Avenue, San Diego, CA, 92113 Phone: (619) 515-2300 Fax: (619) 237-1856 Email: janet@fhcsd.org

# Family Health Centers of San Diego - North Park Family Health Center

This is a San Diego Health Services program for Mixed Population-All who have General Homeless needs. The clinic offers primary health care; also an HIV care program, including mental health services. Clinic hours are: Mon./Thurs. 8:30 to 5:30, p.m., Tues./Wed. 8:30 to 7:00 p.m., Fri. 8:30 to 5:00 p.m. Services include: -Primary health care. Contact information: 3544 30th Street, San Diego, CA, 92104 Phone: (619) 515-2424 Fax: (619) 683-7570

# Family Health Centers of San Diego - San Diego Healthcare for the Homeless Project

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. Funding for healthcare services is limited to those with no other health care funding (Medi-cal, CMS, VA, EAPC). Services are offered at 30 different sites throughout San Diego County. Services include: -Case management -Domestic violence services -Entitlements -Job assistance/training -Life skills training -Mental health services -Primary health care -Substance abuse treatment -Transportation. Contact information: 1809 National Avenue, San Diego, CA, 92113 Phone: (619) 515-2371 Fax: (619) 702-8316

**3-42**

## Fraternity House, Inc. - Fraternity House

This is a North County Inland Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS needs. The maximum stay is Unlimited. These licensed residential homes offer 24-hour personal care, assistance with activities of daily living, supervision of medication regimens, provision of home-cooked meals, clothing, transportation, organized activities, and emotional support. Services include: -Food & clothing -Life skills training -Prepared meals -Transportation. Contact information: Escondido, CA, 92029 Phone: (760) 736-0292 Fax: (760) 736-0293 Email: www.fraternity-house@prodigy.net

## Fraternity House, Inc. - Michaelle House

This is a North County Inland Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS needs. The maximum stay is Unlimited. These licensed residential homes offer 24-hour personal care, assistance with activities of dail living, supervision of medication regimens, provision of home-cooked meals, clothing, transportation, organized activities, and emotional support. Services include: -Food & clothing -Life skills training -Prepared meals -Transportation. Contact information: Vista, CA, 92084 Phone: (760) 758-9115 Fax: (760) 758-8371 Email: www.fraternity-house@prodigy.net

## Freedom Ranch - Residential Alcohol & Drug Recovery Home

This is a East County Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 4 months. To be admitted, one must have photo ID, social security card, 72 hours clean and sober, and no psychiatric medications. There is a six week waiting list. Services include: -Life skills training -Substance abuse treatment. Contact information: P.O. Box 157 Campo, CA, 91906 Phone: (619) 478-5696 Fax: (619) 478-2404

## Green Oak Ranch - Residential Recovery & Emergency Foster Care

This is a North County Inland Transitional Housing program for Mixed Population- All who have Substance Abuse Treatment needs. The maximum stay is 24 Months. Services include: -Case management -Food & clothing -Life skills training -Substance abuse treatment. Contact information: 1237 Green Oak Road, Vista, CA, 92081 Phone: (760) 727-0251 Fax: Website: www.greenoakranch.org

## Heartland House - Heartland House

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 12 months. Services include: -Case management -Housing counseling/placement -Prepared meals -Substance abuse treatment. Contact information: 5855 Streamview, San Diego, CA, 92105 Phone: (619) 287-5460 Fax: (619) 287-5460

## House of Metamorphosis - House of Metamorphosis

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 9 months. Any restrictions will be discussed dring intake process Services include:-Case management -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 2970 Market St, San Diego, CA, 92102 Phone: (619) 236-9492 Fax: (619) 232-0855 Email: bmshom@msn.com

## Indian Human Resource Center - Indian Human Resource Center

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Clients must have American Indian verification. Services include: -Case management -Food & clothing -Entitlements -Job assistance/training -Transportation. Contact information: 4040 30th Street, San Diego, CA, 92104 Phone: (619) 281-5964 Fax: (619) 281-1466 Email: ihrc@innercitynet.org

## Interfaith Community Services - Coastal Service Center

This is a North County Coastal Supportive Services program for Mixed Population- All who have General Homeless needs. Clients must have a photo I.D. Spanish Speaking ok. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation -Rental assistance - Prescription assistace -North County Coastal Emergency Services program for Low Income and Homeless populations who have emergecy needs. Contact information: 2195 Oceanside Blvd, Oceanside, CA, 92054 Phone: (760) 721-2117 Fax: (760) 721-0351 Email: gespinosa@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - County of San Diego-Tenant Based

This is a North County Inland Permanent Supportive Housing program for Families with Children who have Severely Mentally Ill needs. This facility has a capacity for 61 persons. The maximum stay is Unlimited. This is a tenant based shelter-plus-care program supported by the County of San Diego-Housing Authority. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 746-5857 Fax: (760) 839-9459 Website: www.interfaithservices.org

## Interfaith Community Services - County Voucher Program

This is a North County Inland Emergency Shelter-Seasonal program for Mixed Population- Families with Children, Seniors, Disabled who have General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 740-0837 Email: ltevelde@interfaithservices.org Website: www.interfaithservices.org

3.44

## Interfaith Community Services - Emergency Beds

This is a North County Inland Detox program for Adult Men and/or Women who have Substance Abuse Treatment, General Homeless needs. The maximum stay is 24 Hours. Homeless or non-homeless individuals who are inebriated (alcohol/drugs), with/without mental illness problems, have this safe place to stay and reach initial sobriety as an alternative to arrest or hospitalization. Services include: -Prepared meals -Substance abuse treatment -Sobriety oversight-referrals to longer term alcohol/drug programs. Contact information: 401 North Spruce Street, Escondido, CA, 92025 Phone: (760) 747-1553 Fax: (760) 747-0764 Email: jnava@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Emergency Shelter

This is a North County Inland Emergency Shelter program for Adult Men who have Veterans, General Homeless needs. This facility has a capacity for 10 persons. The maximum stay is 3 Months. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Mental health services -Prepared meals -Substance abuse treatment. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 489-6380 Fax: (760) 740-0837 Website: www.interfaithservices.org

## Interfaith Community Services - Family Transitional Housing

This is a North County Inland Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 92 persons. The maximum stay is 12 months. All families must meet the federal (HUD) definitions of homelessness. Referrals must be drug free for at least 120 days. Clients must be highly motivated to participate in all aspects of this program. Services include: -Case management -Food & clothing - Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Transportation -Referrals for Child Care. Contact information: 425 N. Date Street, Escondido, CA, 92025 Phone: (760) 520-8309 Fax: (760) 740-0837 Email: mdang@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Harmony Place-Shelter Plus Care-Tenant Based

This is a North County Inland Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill needs. This facility has a capacity for 14 persons. The maximum stay is Unlimited. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: 425 N. Date Street, Escondido, CA, 92025 Phone: (760) 520-8309 Fax: (760) 745-5468 Email: mdang@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Homeless Veterans Reintegration Project

This is a North County Coastal Supportive Services program for Adult Men and/or Women who have Veterans, General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental Health Services -Substance abuse treatment -Transportation. Contact information: 2195 Oceanside Blvd, Oceanside, CA, 92054 Phone: (760) 721-2117 Fax: (760) 721-0351 Email: jbolosan@interfaithservices.org Website: www.interfaithservices.org

 Regional Task Force on the Homeless

## Interfaith Community Services - Homeless Veterans Reintegration Project

This is a North County Inland Supportive Services program for Adult Men and/or Women who have Veterans, General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental Health Services -Substance abuse treatment -Transportation. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 489-6380 Fax: (760) 740-0837 Email: jbolosan@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Inland Service Center

This is a North County Inland Supportive Services program for Mixed Population- All who have General Homeless needs. Clients must have a photo I.D. Spanish Speaking ok Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation -Prescription Services. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 489-6380 Fax: (760) 740-0837 Email: ltevelde@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Merle's Place

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Veterans needs. This facility has a capacity for 22 persons. The maximum stay is 18 months. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92054 Phone: (760) 489-6380 Fax: (760) 740-0837 Email: jbolosan@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Merle's Place

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Seniors needs. This facility has a capacity for 22 persons. The maximum stay is 18 months. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92054 Phone: (760) 489-6380 Fax: (760) 740-0837 Email: jbolosan@interfaithservices.org Website: www.interfaithservices.org

## Interfaith Community Services - Project Hope

This is a North County Coastal Supportive Services program for Adult Men and/or Women who have Disabled, General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Substance abuse treatment. Contact information: 2195 Oceanside Blvd, Oceanside, CA, 92025 Phone: (760) 721-2117 Fax: (760) 721-0351 Website: www.interfaithservices.org

## Interfaith Community Services - Project Hope

This is a North County Inland Supportive Services program for Adult Men and/or Women who have Disabled, General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Substance abuse treatment. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 489-6380 Fax: (760) 740-0837 Website: www.interfaithservices.org

### Interfaith Community Services - Spruce St.-Stabilization

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. This facility has a capacity for 9 persons. The maximum stay is 3-6 months. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: 401 North Spruce Street, Escondido, CA, 92025 Phone: (760) 520-8309 Fax: (760) 745-5468 Website: www.interfaithservices.org

### Interfaith Community Services - Spruce St.-Stabilization

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. This facility has a capacity for 22 persons. The maximum stay is 6 months. Services include: -Case management -Entitlements -Housing counseling/placement -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 401 North Spruce Street, Escondido, CA, 92027 Phone: (760) 747-1553 Fax: (760) 747-0764 Email: jnava@interfaithservices.org Website: www.interfaithservices.org

### Interfaith Community Services - Tikkun Home

This is a North County Inland Emergency Shelter program for Adult Women who have Severely Mentally Ill needs. This facility has a capacity for 6 persons. The maximum stay is 1 month. This program is for mentally ill women who have been screened by County Mental Health Services. Services include: -Case management -Entitlements -Life skills training -Mental health services -Prepared meals. Contact information: 425 N. Date Street, Escondido, CA, 92025 Phone: (760) 520-8309 Fax: (760) 745-5468 Email: mdang@interfaithservices.org Website: www.interfaithservices.org

### Interfaith Community Services - Veteran Transitional Housing

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Veterans needs. This facility has a capacity for 28 persons. The maximum stay is 18 months. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Mental health services -Transportation. Contact information: 550 W. Washington Ave. #B, Escondido, CA, 92025 Phone: (760) 489-6380 Fax: (760) 740-0837 Email: jbolosan@interfaithservices.org Website: www.interfaithservices.org

### Interfaith Community Services - Winter Shelter

This is a North County Inland Emergency Shelter-Seasonal program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 80 persons. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services. Contact information: 425 N. Date Street, Escondido, CA, 92025 Phone: (760) 520-8309 Fax: (760) 740-0837 Website: www.interfaithservices.org

44

## Interfaith Community Services/Veterans Village of San Diego - New Resolve Program

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Veteran and Substance Abuse Treatment needs. This facility has a capacity for 44 persons. The maximum stay is 18 months. This program targets both Veterans and non-Veteran individuals who are homeless North County residents; at least 60 days drug and alcohol-free; and job ready. People on diability or appropriate for SSI accepted. Services include: -Case management -Food & clothing -Housing counseling/placement -Job assistance/training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 1207 S. Escondido Blvd, Escondido, CA, 92025 Phone: (760) 745-7829 Fax: (760) 740-2090 Email: gary.parker@vvsh.net

## Lutheran Social Services - East San Diego Center

This is a San Diego Case Management Agency program for Women with Children who have Victims of Domestic Violence needs. The program's primary focus is employment services (job seeking skills training, job search club, and post-employment mentoring). It also provides emergency services such as food, clothing, transportation, prescription and gas vouchers. Services include: -Case management -Food & clothing -Job assistance/training -Mental health services -Prepared meals -Transportation. Contact information: Phone: (619) 698-1716 Fax: (619) 229-2240

## Lutheran Social Services - Project Hand

This is a South Bay Case Management Agency program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Food & clothing -Job assistance/training. Contact information: 580 Hilltop Drive, Chula Vista, CA, 91910 Phone: (619) 425-4061 Fax: (619) 425-4390

## M.I.T.E. - East County Detox

This is a East County Detox program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 14 days. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Services include: -Substance abuse treatment. Contact information: 1400 N. Johnson #101, El Cajon, CA, 92020 Phone: (619) 465-2005 Fax: (619) 442-1101

## M.I.T.E. - KIVA Long-term Residential

This is a East County Transitional Housing program for Mixed Population- Adult Women, Women with Children who have Substance Abuse Treatment needs. The maximum stay is 6-9 months. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Services include: -Case management -Substance abuse treatment. Contact information: 2049 Skyline Drive, Lemon Grove, CA, 91945 Phone: (619) 466-9274 Fax: (619) 466-4672

## M.I.T.E. - North County Detox

This is a North County Coastal Detox program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 10 days. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Services include: -Substance abuse treatment.

## M.I.T.E. - North County Regional Recovery Center

This is a North County Coastal Detox program for Mixed Population- All who have SMI and Substance Abuse Treatment needs. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Screenings for detox are completed here. Dual diagnosis program available for clients who have mental health issues. Adolescent services now available. Services include: -Substance abuse treatment. Contact information: 2821 Oceanside Blvd, Oceanside, CA, 92054 Phone: (760) 721-2781 Fax: (760) 721-9571 Email: ncrrc@mcalisterinstitute.org

## M.I.T.E. - Options for Recovery

This is a East County Transitional Housing program for Women with Children who have Substance Abuse Treatment needs. The maximum stay is 6-9 months. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Services include: -Case management -Prepared meals -Substance abuse treatment. Contact information: 2049 Skyline Drive, Lemon Grove, CA, 91945 Phone: (619) 466-8731 Fax: (619) 442-1101

## M.I.T.E. - Options South Bay

This is a South Bay Detox program for Mixed Population- Adult Women, Women with Children who have Substance Abuse Treatment needs. The primary purpose of this program is substance abuse recovery, though homeless clients are served. Services include: -Substance abuse treatment. Contact information: 251 Palomar Street, Ste. A Chula Vista, CA, 91911 Phone: (619) 498-0908 Fax: (619) 498-0954

## MAAC Project - Casa de Milagros

This is a San Diego Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. The maximum stay is 12 months. There is an average of 2 homeless persons among the program's clients at any given time. Services include: -Case management -Job assistance/training -Prepared meals -Substance abuse treatment. Contact information: 1127 S. 38th Street, San Diego, CA, 92113 Phone: (619) 262-4002 Fax: (619) 422-9202 Website: www.maacproject.org

## MAAC Project - Nosotros

This is a South Bay Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 12 months. MACC Project/Nosotros has a 2-4 week orientation period. Must call to make an appt for interview. Nosotros is a structurally balanced program including 12 step studys, relapse prevention, anger management, self-esteem and parenting workshops or group. Services include: -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 73 N. Second Avenue, San Diego, CA, 91910 Phone: (619) 426-4801 Fax: (619) 426-0034 Email: svaldez@maacproject.org Website: www.maacproject.org

46



## MAAC Project - South Bay

This is a South Bay Case Management Agency program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Prepared meals. Contact information: 1671 Albany Street, Chula Vista, CA, 91910 Phone: (619) 422-9236 Fax: (619) 422-9202 Website: www.maacproject.org

## Mental Health Systems, Inc. - Family Recovery Center

This is a North County Coastal Transitional Housing program for Women with Children who have Substance Abuse Treatment needs. This facility has a capacity for 90 persons. The maximum stay is 6-9 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 1100 Sportfishers Drive, Oceanside, CA, 92054 Phone: (760) 439-6702 Fax: (760) 439-4779 Website: mhsinc.org

## Mental Health Systems, Inc. - Multiple Services-Mental Health/Drug & Alcohol/ Family Services

This is a San Diego Case Management program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Mental health services -Substance abuse treatment. Contact information: Website: mhsinc.org

## Mental Health Systems, Inc. - North County Safe Haven

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Chronic Homeless, Severely Mentally Ill needs. This facility has a capacity for 12 persons. The maximum stay is 18 months. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: 9465 Farnham Street, Escondido, CA, 92025 Phone: (760) 828-8614 Fax: (858) 573-2556 Email: swilkins@mhsinc.org

## Mental Health Systems, Inc. - North Inland Regional Recovery Center

This is a North County Inland Case Management Agency program for Mixed Population- All who have Substance Abuse Treatment needs. Services include: -Substance abuse treatment. Contact information: 620 North Ash, Escondido, CA, 92027 Phone: (760) 741-7708 Fax: (760) 741-5421 Website: mhsinc.org

## Mental Health Systems, Inc. - North Rural Regional Recovery Center

This is a North County Inland Day Center program for Mixed Population- All who have Substance Abuse Treatment needs. Program includes substance abuse treatment, recovery, and prevention services. In addition to individual counseling, there are "clean and sober" events, as well as 12-step and other daily group meetings. Services include: -Case management -Domestic violence services -Life skills training -Substance abuse treatment. Contact information: P.O. Box 373, Ramona, CA, 92065 Phone: (760) 788-6246 Fax: (760) 788-1308 Website: mhsinc.org

## Mental Health Systems, Inc. - Options - Day Treatment & Residential Treatment Facility

This is a North County Coastal Day Center program for Women with Children who have Substance Abuse Treatment needs. The maximum stay is 6-9 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 1100 Sportfisher Drive, Oceanside, CA, 92054 Phone: (760) 439-6702 Fax: (760) 439-4779 Website: mhsinc.org

## Neighborhood Healthcare - Dental

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Mental health services -Primary health care. Contact information: 425 N. Date Street, Escondido, CA, 92025 Phone: (760) 737-2030 Fax: (760) 741-9380

## Neighborhood Healthcare - Medical

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Mental health services -Primary health care. Contact information: 460 N. Elm Street, Escondido, CA, 92025 Phone: (760) 737-2030 Fax: (760) 737-2024

## Neighborhood House Assn. - Case Management Agency

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Call first-services are offered only on a limited basis and usually by appointment only. Must be willing to participate in case management process. Services include: -Case management -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Mental health services. Contact information: 841 S. 41st Street San Diego, CA, 92113 Phone: (619) 263-7761 Fax: (619) 263-6398 Email: TKENNEDY@neighborhoodhouse.org

## North County Health Services - Encinitas Clinic

This is a North County Coastal Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Primary health care. Contact information: 629 Second Street, Encinitas, CA, 92024 Phone: (760) 753-7842 Fax: (760) 753-7259

## North County Health Services – Oceanside/Carlsbad Health Center

This is a North County Coastal Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Primary health care. Contact information: 408 Cassidy Street, Oceanside, CA, 92054 Phone: (760) 757-4566 Fax: (760) 757-3004

48



# North County Health Services - Ramona Clinic

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. The clinic serves clients in the North County Inland and East County regions. Services include: -Case management -Primary health care. Contact information: 217 E. Earlham, Ramona, CA, 92065 Phone: (760) 789-1223 Fax: (760) 789-3152

# North County Health Services - San Marcos Clinic

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. Clinic administers medication, psychiatric care and dental care. Services include: -Case management -Entitlements -Primary health care. Contact information: 150 Valpreda Rd., San Marcos, CA, 92069 Phone: (760) 736–6754 Fax: (760) 736-6782

# North County Life Line - Hotel Voucher-North Coastal

This is a North County Coastal Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. All Services by appointment- walk-ins scheduled an appointment. Stand-bye appointments available Services include: -Case management -Food & clothing -Life skills training. Contact information: 110 Copperwood Way Ste Q, Oceanside, CA, 92054 Phone: (760) 757-0118 Fax: (760) 757-0196 Email: nheesen@nclifeline.org

# North County Life Line - Hotel Voucher-North Inland

This is a North County Inland Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. Appointments necessary, through assessments prior to assistance. Case management mandatory with any motel vouchering. Motel vouchering only available if eligible and shelter room available. Services include: -Case management -Food & clothing -Life skills training. Contact information: 110 Copperwood Way Ste Q, Oceanside, CA, 92054 Phone: (760) 726-4900 Fax: (760) 726-6102 Email: nheesen@nclifeline.org

# North County Life Line - Lifeline

This is a North County Coastal Case Management Agency program for Mixed Population- All who have General Homeless needs. Emergency food and clothing provided in conjunction with case management services. Services include: -Case management -Child care -Domestic violence services -Food & clothing. -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: 110 Copperwood Way Ste Q, Oceanside, CA, 92054 Phone: (760) 757-0118 Fax: (760) 757-0196 Email: nheesen@nclifeline.org

## North County Serenity House - DMC House

This is a North County Inland Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. This facility has a capacity for 6 persons. The maximum stay is 12 months. Clients must be clean and sober 72 hrs. Orientation period (no visitors or phone calls). After 21 days = 1-6 hr pass and 28 days = 2-6 hr pass. Waiting period is 4 to 6 weeks. Services include: -Case management -Domestic violence services -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 704 E. Grand Ave, Escondido, CA, 92025 Phone: (760) 432-4298 Fax: (760) 741-2981

## North County Serenity House - Serenity Center

This is a North County Inland Transitional Housing program for Mixed Population- Adult Women, Women with Children who have Substance Abuse Treatment needs. This facility has a capacity for 140 persons. The maximum stay is 24 months. Services include: -Case management -Housing counseling/placement -Job assistance/training -Life skills training -Substance abuse treatment. Contact information: Escondido, CA, 92025 Phone: Fax: (760) 741-2981

## North County Serenity House - Serenity Residential

This is a North County Inland Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. This facility has a capacity for 25 persons. The maximum stay is 12 months. Clients must be clean and sober 72 hours. Orientation Period (no visitors or phone calls). 4 to 6 week waiting period. Must call to check in Mon.-Fri. to remain on list. After 21 days = 1-6hr pass and 28 days = 2-6hr pass. Services include: -Case management -Child care -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 123 S. Elm Street, Escondido, CA, 92025 Phone: (760) 741-5098 Fax: (760) 741-2981

## North County Serenity House - Serenity Too

This is a North County Inland Day Center program for Adult Men and/or Women who have Substance Abuse Treatment needs. We offer a short tem residential facility for women who are placed in our program and are homeless(VISIONS). At VISIONS they are assisted with job placement, housing counseling and financial education. Services include: -Case management -Job assistance/training -Life skills training -Substance abuse treatment. Contact information: 130 Fig, Street Escondido, CA, 92025 Phone: (760) 746-2998 Fax: (760) 432-4297

## North County Serenity House - Visions

This is a North County Inland Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. This facility has a capacity for 6 persons. The maximum stay is 12 months. Services include: - Case management -Food & clothing -Job assistance/training -Life skills training - Substance abuse treatment. Contact information: 123 S. Elm Street, Escondido,, CA, 92025 Phone: (760) 741-5098 Fax: (760) 741-2981



# North County Solutions for Change - Solutions Family Center

This is a North County Inland Permanent Supportive Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 20 persons. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/placement -Life skills training -Mental health services -Moving services -Prepared meals -Primary health care - Substance abuse treatment -Transportation. Contact information: 890 E. Vista Way, Vista, CA, 92084 Phone: (760) 941-6545 Fax: (760) 941-6945 Email: tammy@solutions for change.org Website: www.solutionsforchange.org

# North County Solutions for Change - Solutions Family Center

This is a North County Inland Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 40 persons. The maximum stay is 3-6 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing - Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Moving services -Prepared meals - Primary health care -Substance abuse treatment -Transportation. Contact information: 890 E. Vista Way, Vista, CA, 92084 Phone: (760) 941-6545 Fax: (760) 941-6945 Email: tammy@solutions for change.org Website: www.solutionsforchange.org

# North County Solutions for Change - Solutions Family Center

This is a North County Inland Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 100 persons. The maximum stay is 3-6 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing - Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Moving services -Prepared meals - Primary health care -Substance abuse treatment -Transportation. Contact information: 890 E. Vista Way, Vista, CA, 92084 Phone: (760) 941-6545 Fax: (760) 941-6945 Email: tammy@solutions for change.org Website: www.solutionsforchange.org

# PACTO Latino Aids Organization - Casa del Sol

This is a San Diego Transitional Housing program for Adult Women who have HIV/AIDS needs. The maximum stay is 6-8 months. Spaces are set aside for persons who are transgendered. Services include: -Prepared meals. Contact information: P.O. Box 86793 San Diego, CA, 92138-6793 Phone: (619) 725-0946 Fax: (619) 725-0950 Email: director@pacto.sdcoxmail.com

# PACTO Latino Aids Organization - Truax House

This is a San Diego Transitional Housing program for Adult Men who have HIV/AIDS needs. The maximum stay is 6-8 months. Under certain circumstances, individuals may stay longer in the program until alternative housing arrangements are secured. Services include: -Case management - Prepared meals. Contact information: P.O. Box 86793 San Diego, CA, 92138-6793 Phone: (619) 725-0946 Fax: (619) 725-0950 Email: director@pacto.sdcoxmail.com

## Pathfinders of San Diego, Inc. - Pathfinders Recovery Home

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 9 months. This is in a social model setting; clients are primarily alcohol abusers. Services include: -Prepared meals -Substance abuse treatment. Contact information: 2980 Cedar Street, San Diego, CA, 92102 Phone: (619) 239-7370 Fax: (619) 239-1817 Email: recvhm@pathfinders.sdcoxmail.com

## Pathfinders-San Diego Housing Commission - Shelter Plus Care-Grim Ave.-Sponsor Based

This is a San Diego Permanent Supportive Housing program for Adult Men who have SMI and Substance Abuse Treatment, Chronic Homeless needs. This facility has a capacity for 17 persons. The maximum stay is 24 months. Clients may stay longer if necessary. Services include: -Case management -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 3806 Grim Avenue, San Diego, CA, 92104 Phone: (619) 260-1605 Fax: (619) 260-1629 Email: admin@pathfinders.sdcoxmail.com

## Pathfinders-San Diego Housing Commission - Shelter Plus Care-Stream View-Sponsor Based

This is a San Diego Permanent Supportive Housing program for Adult Men who have SMI and Substance Abuse Treatment, Chronic Homeless needs. This facility has a capacity for 15 persons. The maximum stay is 24 months. Clients may stay longer if necessary. Services include: -Case management -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 3806 Grim Avenue, San Diego, CA, 92104 Phone: (619) 260-1605 Fax: (619) 260-1629 Email: admin@pathfinders.sdcoxmail.com

## Presbyterian Crisis Center - Case Management Agency

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. No one under 18yrs without emancipation papers. Families with children are sometimes provided temporary shelter. Primarily, situationally homeless families in which at least one parent is employed. Services include: -Case management -Food & clothing -Job assistance/training -Transportation. Contact information: 2459 Market Street San Diego, CA, 92102 Phone: (619) 232-2753 Fax: (619) 238-5211 Email: pccpsd@cox.net

## Presbyterian Crisis Center - Home Run

This is a San Diego Transitional Housing program for Families with Children who have General Homeless needs. Home Run is a project of the Presbyterian Crisis Center. It is short-term housing for families with children. Usually one parent is working or has potential for work. The goal of this program is for the family to become self-sufficient. Services include: -Case management -Food & clothing -Entitlements -Job assistance/training -Life skills training. Contact information: 2459 Market Street San Diego, CA, 92102 Phone: (619) 232-2753 Fax: (619) 238-5211

## R. Munoz, M.D. Offices - Private Physician

This is a San Diego Health Services program for Adult Men and/or Women who have General Homeless needs. Services include: -Primary Health Services-Mental health services -Substance abuse treatment. Contact information: 3130 Fifth Street, San Diego, CA, 92103 Phone: (619) 298-4782 Fax: (619) 298-3601



## San Diego Coalition for the Homeless - Hotel Voucher

This is a San Diego Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. Must have children's Medi-cal or SS# and Parents must have picture ID. Information on headstart. "Bread of Life" 13th & Broadway serves meals 7 days a week. Gangs and probationers. Community Service. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Primary health care -Substance abuse treatment. Contact information: 4104 University Avenue, San Diego, CA, 92105 Phone: (619) 281-1815 Fax: (619) 281-4561

## San Diego Rescue Mission - Nueva Vida Haven

This is a San Diego Emergency Shelter program for Mixed Population- Adult Women, Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 60 persons. The maximum stay is 30 days. We assist single adult women and women with children (boys 16yrs and younger). As an emergency crisis shelter, we are open nightly from 7:15 p.m.-7:00 a.m. Closed during the day. Call for referral. Services include: -Case management -Domestic violence services -Food & clothing -Mental health services -Emergency Shelter. Contact information: San Diego, CA, Phone: (619) 819-1845 Fax: (619) 234-4101 Email: mdowns@sdrescue.org Website: sdrescue.org

## San Diego Rescue Mission - Outpatient Therapy Clinic

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. This Mental health clinic offers free mental health assistance and therapy for homeless or for those at risk for homelessness. Please call for appointment. Services include: -Mental health services. Contact information: 120 Elm Street, San Diego, CA, Phone: (619) 819-1846 Fax: Email: mdowns@sdrescue.org Website: sdrescue.org

## San Diego Rescue Mission - Transitional Housing/Treatment Program

This is a San Diego Transitional Housing program for Adult Men who have General Homeless, Substance Abuse Treatment needs. This facility has a capacity for 245 persons. The maximum stay is 18 months. This is a Christian-based rehabilitation and education program which prepares clients for independent living. Clients are expected to make a one-year commitment to the program. Services include: -Case management -Job assistance/training -Life skills training -Mental health services -Prepared meals -Substance abuse treatment. Contact information: 120 Elm Street, San Diego, CA, 92101 Phone: (619) 819-1826 Fax: (619) 8819-1779 Email: scolson@sdrescue.org Website: sdrescue.org

## San Diego Rescue Mission - Women and Children's Center

This is a San Diego Transitional Housing program for Women with Children who have General Homeless, Domestic Violence needs. This facility has a capacity for 125 persons. The maximum stay is 18 months. Guests are expected to make a one-year commitment to the christian based program. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Parenting classes. Contact information: Phone: (619) 819-1832 Fax: (619) 284-4101 Email: dnolan@sdrescue.org Website: sdrescue.org

3-56

## San Diego Safe Harbor, Inc. - Safehouse Program

This is a San Diego Transitional Housing program for Adult Men who have General Homeless needs. The maximum stay is 24 months. The program offers shared, low-income housing in a residential neighborhood. Services include: -Case management -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: P.O. Box 90886 San Diego, CA, 92169 Phone: (858) 459-7627 Fax: (858) 459-7627

## San Diego Youth & Community Services - Coastal Communities Center

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Primary health care -Transportation. Contact information: 5041 Newport Avenue, San Diego, CA, 92107 Phone: (619) 225-9305 Fax: (619) 225-1251 Email: scarroll@sdycs.org

## San Diego Youth & Community Services - Hotel Voucher

This is a San Diego Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. Services include: -Case management -Food & clothing -Entitlements -Job assistance/training -Life skills training -Mental health services -Transportation. Contact information: 5041 Newport Avenue San Diego, CA, 92107 Phone: (619) 225-9305 Fax: (619) 225-1251 Email: sdycsco@aol.com

## San Diego Youth & Community Services - Take Wing

This is a San Diego Transitional Housing program for Mixed Population- Young Adults, Both Singles and Families with Children who have General Homeless needs. This facility has a capacity for 42 persons. The maximum stay is 18 months. Persons in this program must be between the ages of 16 and 24 (emancipated minors only). Services include: -Case management -Entitlements -Life skills training -Mental health services -Transportation. Contact information: 3255 Wing Street, No. 500, San Diego, CA, 92110 Phone: (619) 221-8610 Fax: (619) 221-8619 Email: amike@sdycs.org Website: www.sdycs.org

## San Diego Youth & Community Services - The Storefront

This is a San Diego Emergency Shelter program for Youth on Their Own who have General Homeless needs. This facility has a capacity for 20 persons. The maximum stay is Unlimited. Priority is given to homeless youth living on the street. Admission is on a first-come, first-served basis. Maximum stay is determined by availability of other, better resources. Services include: -Case management -Job assistance/training -Prepared meals -Substance abuse treatment. Contact information: Phone: (619) 325-3527 Fax: (619) 325-3534



## San Diego Youth & Community Services - The Storefront Day Center

This is a San Diego Day Center program for Youth on Their Own who have needs. This is a drop-in center for homeless youth. Services include: -Case management -Food & clothing -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: Phone: (619) 325-3527 Fax: (619) 325-3534

## Senior Community Center - Day Management Agency

This is a San Diego Case Management Agency program for Adult Men and/or Women who have Seniors, General Homelessneeds. Persons must be at least 60 years old to obtain services. 928 Broadway Center is open 7 days a week. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Mental health services -Prepared meals -Transportation: Contact information: 928 Broadway Street, San Diego, CA, 92101 Phone: (619) 235-6538 Fax: (619) 544-9811 Website: www.servingseniors.org

## Senior Community Center - The Potiker Family Senior Residence

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Seniors, General Homeless needs. This facility has a capacity for 25 persons. Services include: -Case management -Food & clothing -Entitlements -Mental health services -Prepared meals -Transportation Contact information: 928 Broadway Street, San Diego, CA, 92101 Phone: (619) 235-6538 Fax: (619) 544-9811 Email: sharidogbo@servingseniors.org Website: www.servingseniors.org

## Senior Community Center - Transitional Housing Program

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Seniors, General Homeless needs. This facility has a capacity for 35 persons. The maximum stay is Unlimited. Persons must be at least 60 years old to obtain services. 928 Broadway Center is open 7 days a week. Services include: -Case management -Entitlements -Housing counseling/placement -Mental health services -Prepared meals. Contact information: 525 14th Street, Ste. 200, San Diego, CA, 92101 Phone: (619) 235-4182x324 Fax: (619) 544-9811 Email: steve.hall@servingseniors.org Website: www.servingseniors.org

## Set Free Baptist Fellowship - Fabulous 7 Transitional Living Center

This is a East County Transitional Housing program for Mixed Population- All who have needs. Persons do not need to be homeless to enter this program. However, some homeless service providers do have beds set aside here for their clients. Services include: -Case management -Job assistance/training. Contact information: 1527 E. Main St., El Cajon, CA, 92021 Phone: (619) 977-0633 Fax: (619) 442-2534 Email: hhbrown1@earthlink.net

**South Bay Community Services - Casa Nuestra Shelter**

This is a South Bay Community Services Emergency Shelter program for Youth on Their Own who have General Homeless needs. This facility has a capacity for 8 persons. The maximum stay is 4 months. The facility is for youth ages 12 - 17 only. There is a fee charged to parent or guardian, based on ability to pay. Services include: -Case management -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: 1124 Bay Blvd. Ste.D, Chula Vista, CA, 91911 Phone: (619) 498-0555 Fax: (619) 420-8722 Email: mtorre@csbcs.org

**South Bay Community Services - Casa Nueva Vida I**

This is a South Bay Emergency Shelter program for Families with Children who have General Homeless needs. This facility has a capacity for 43 persons. The maximum stay is 4 months. Residents are required to save 75% of their gross monthly income. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Transportation. Contact information: 1124 Bay Blvd. Ste.D, Chula Vista, CA, 91910 Phone: (619) 426-2350 Fax: (619) 420-8722 Email: mtorre@csbcs.org

**South Bay Community Services - Casa Nueva Vida II**

This is a South Bay Transitional Housing program for Families with Children who have Victims of Domestic Violence needs. This facility has a capacity for 44 persons. The maximum stay is 18 months. Residents are required to pay 25-30% of income for rent. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Mental health services. Contact information: Phone: (619) 420-3620 Fax: (619) 420-8722 Email: mtorre@csbcs.org

**South Bay Community Services - Casa Nueva Vida II-AILP**

This is a South Bay Transitional Housing program for Youth on Their Own who have General Homeless needs. This facility has a capacity for 4 persons. The maximum stay is 18 months. Residents must be employed and attending some type of educational training. They must also pay 30% of their gross monthly income towards rent, and 20% towards mandatory savings. This program includes a apartment complex and scattered site apartments. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Transportation. Contact information: 1124 Bay Blvd., Ste.D, Chula Vista, CA, 91911 Phone: (619) 426-2350 Fax: (619) 420-8722

**South Bay Community Services - Casa Segura II**

This is a South Bay Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 40 persons. The maximum stay is 3-24 months. For short-term housing, savings of 75% of gross monthly income is mandatory. For long-term housing, 30% of gross monthly income is applied towards rent, and 20% towards mandatory savings. Short term beds-15, transitional beds-45. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Transportation. Contact information: Phone: (619) 426-2350 Fax: (619) 420-8722 Email: pbransburg@csbcs.org

56

 Regional Task Force on the Homeless

## South Bay Community Services - Casa Seguras-NC

This is a South Bay Emergency Shelter program for Families with Children who have Victims of Domestic Violence needs. This facility has a capacity for 14 persons. The maximum stay is 4 months. Services include: -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: Phone: (619) 420-3620 Fax: (619) 420-8722

## South Bay Community Services - Casas de Transition

This is a South Bay Transitional Housing program for Families with Children who have Victims of Domestic Violence needs. This facility has a capacity for 25 persons. The maximum stay is 18 months. Services include: -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: Phone: (619) 498-0555 Fax: (619) 420-8722

## South Bay Community Services - Hotel Voucher

This is a South Bay Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. Families with Children and Disabled Adults. Vouchers are primarily available December through April. Services include: -Case management -Food & clothing -Housing counseling/placement -Mental health services -Transportation. Contact information: 1124 Bay Blvd., Ste. D, Chula Vista, CA, 91911 Phone: (619) 420-3620 Fax: (619) 420-8722 Email: anewhart@csbcs.org

## South Bay Community Services - La Posada

This is a San Diego Permanent Supportive Housing program for Families with Children who have HIV/AIDS needs. This facility has a capacity for 28 persons. The maximum stay is Unlimited. Residents pay 30% of income as rent; program supplies Resident Services Coordinator to assist and empower residents in getting needs met among service providers. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Mental health services. Contact information: 1124 Bay Blvd., Ste. D, Chula Vista, CA, 91911 Phone: (619) 420-3620 Fax: (619) 420-8722

## South Bay Community Services - Trolley Trestle

This is a South Bay Transitional Housing program for Mixed Population- Young Adults, Both Singles and Families with Children who have General Homeless needs. This facility has a capacity for 20 persons. The maximum stay is 18 months. Residents are required to pay 25-30% of income for rent; have a job and/or be enrolled in school. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/placement -Life skills training -Mental health services -Transportation. Contact information: 1124 Bay Blvd., Ste.D, Chula Vista, CA, 91911 Phone: (619) 420-3620 Fax: (619) 420-8722 Email: mtorre@csbcs.org

3-60

## South Bay Community Services - Victorian Heights

This is a South Bay Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 32 persons. The maximum stay is 24 months. Residents pay 30% of gross income as rent. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Life skills training -Mental health services -Substance abuse treatment - Transportation. Contact information: Phone: (619) 420-3620 Fax: (619) 420-8722 Email: pbransburg@csbcs.org

## South Bay Community Services-San Diego Housing Commission - La Posada-Shelter Plus Care-Project Based

This is a San Diego Permanent Supportive Housing program for Families with Children who have HIV/AIDS needs. This facility has a capacity for 36 persons. The maximum stay is Unlimited. Residents pay 30% of income as rent; program supplies Resident Services Coordinator to assist and empower residents in getting needs met among service providers. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements - Mental health services. Contact information: 1124 Bay Blvd., Ste. D, Chula Vista, CA, 91911 Phone: (619) 420-3620 Fax: (619) 420-8722

## St. Clare's Home - Hubbard House

This is a North County Inland Emergency Shelter program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 18 persons. The maximum stay is 3 months. This program is limited to homeless emancipated single women and their children under age 11, and to pregnant women. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Transportation. Contact information: Phone: (760) 741-0122 Fax: (760) 741-1241 Email: barbara@stclareshome.org

## St. Clare's Home - Shelter Plus Care-Sponsor Based (County of SD)

This is a North County Inland Permanent Supportive Housing program for Women with Children who have Substance Abuse Treatment, Domestic Violence needs. This facility has a capacity for 30 persons. The maximum stay is Unlimited. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Substance abuse treatment - Transportation. Contact information: Phone: (760) 741-0122 Fax: (760) 741-1241

## St. Clare's Home - Transitional Shelter

This is a North County Inland Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 115 persons. The maximum stay is 24 months. This program is limited to homeless emancipated single women and their children under age 11, and to pregnant women. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Substance abuse treatment -Transportation. Contact information: Phone: (760) 741-0122 Fax: (760) 741-1241

361



## St. Vincent de Paul Village - Bishop Maher Center-Men's Fresh Start

This is a San Diego Transitional Housing program for Adult Men who have General Homeless needs. This facility has a capacity for 150 persons. The maximum stay is 24 months. Must accomplish required benchmarks of short-term housing to qualify. Services include: -Case management -Domestic violence services -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x1350 Fax: (619) 235-9707 Email: rosa.aho@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Career & Education Center

This is a San Diego Case Management Agency program for Mixed Population-All, who have General Homeless needs. This facility assists residents of the Village and homeless non-residents in the community in meeting their education and employment goals. Open to residents/non-residents. Services include: -Life skills training -Adult Education -GED Prep -ESL -Computer Lab -Resource room -Xerox -Fax phone and messaging services. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x1507 Fax: Email: erlinda.avena@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Joan Kroc Center for Families

This is a San Diego Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 136 persons. The maximum stay is 4 months. Referred by agencies. Program includes K-8 county schools and High School at Toussaint Academy Services include: -Child care -Domestic Violence -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial Avenue San Diego, CA, 92101 Phone: (619) 233-8500x1350 Fax: (619) 235-9707 Email: rosa.aho@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Joan Kroc Center-Family Living Center

This is a San Diego Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity for 112 persons. The maximum stay is 24 months. Must accomplish required benchmarks of short-term housing to qualify. Program includes on-site K-8 county schools. Services include: -Case management -Child care -Domestic violence services -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x1350 Fax: (619) 235-9707 Email: rosa.aho@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Joan Kroc Center-Women's Program

This is a San Diego Transitional Housing program for Adult Women who have General Homeless needs. This facility has a capacity for 68 persons. The maximum stay is 24 months. Must accomplish required benchmarks of short-term transitional housing to qualify. Services include: -Case management -Domestic violence services -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x1350 Fax: (619) 235-9707 Email: rosa.aho@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Josue Homes

This is a San Diego Transitional Housing program for Adult Men and/or Women who have HIV/AIDS needs. This facility has a capacity for 26 persons. The maximum stay is 18 months. Persons enrolled in this program are diagnosed as living with AIDS or HIV. Referred by a community HIV case manager. Are able to care for themselves. 1-4 Months short term, up to 18 months long term. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: Phone: (619) 667-2610 Fax: (619) 466-5103 Email: cwolter@neighbor.org Website: www.fatherjoesvillages.org

## St. Vincent de Paul Village - Paul Mirabile Center-Men's Program

This is a San Diego Transitional Housing program for Adult Men who have General Homeless needs. This facility has a capacity for 270 persons. The maximum stay is 4 months. Referred by agencies, 24 hrs. on weekends, holidays and nighttime during the week. Services include: -Domestic Violence -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment - Transportation -Adult Education. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x4447 Fax: (619) 687-1049 Email: mstevenson@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Paul Mirabile Center-Women's Program

This is a San Diego Transitional Housing program for Adult Women who have General Homeless needs. This facility has a capacity for 80 persons. The maximum stay is 4 months. Referred by agencies, 24hrs. on weekends holidays and nighttime during the week. Services include: -Domestic Violence -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500x4447 Fax: (619) 687-1049 Email: mstevenson@neighbor.org Website: www.svdpv.org



## St. Vincent de Paul Village - St. Vincent de Paul Village Health Center

This is a San Diego Health Services program for Mixed Population- All who have General Homeless needs. As a licensed community care clinic, this facility offers basic medical care to homeless and uninsured in San Diego. Residents of the village can make assigned appointments. Community/other homeless sign up for stand by numbers one hour before each clinic session. Services include: -Mental health services -Primary health care -Pre-natal services -Family Medicine -Internal Medicine -Pediatric Medicine -Psychiatry -Dentistry -Gynecology -Dermatology -Optometry -Medical Case Management -Laboratoy Services -Dispensory. Contact information: 1501 Imperial Avenue San Diego, CA, 92101 Phone: (619) 233-8500 x1133 Fax: (619) 687-1067 Email: tsimms@neighbor.org Website: www.svdpv.org

## St. Vincent de Paul Village - Toussaint Academy of Arts and Sciences

This is a San Diego Permanent Supportive Housing program for Youth on Their Own who have General Homeless needs. This facility has a capacity for 5 persons. The maximum stay is Unlimited. The program offers 5 TAAS graduates permanent supportive housing. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -On Site High School. Contact information: Phone: (619) 687-1080x200 Fax: (619) 308-0430 Email: cphillips@neighbor.org Website: www.toussaintacademy.org

## St. Vincent de Paul Village - Toussaint Academy of Arts and Sciences

This is a San Diego Transitional Housing program for Youth on Their Own who have General Homeless needs. This facility has a capacity for 30 persons. The maximum stay is 24 months. The program offers youth a home environment. Education, recreation, and independent living skills help achieve self-sufficiency. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation -On Site High School. Contact information: Phone: (619) 687-1080x200 Fax: (619) 308-0430 Email: cphillips@neighbor.org Website: www.toussaintacademy.org

## St. Vincent de Paul Village - Villa Harvey Mandel

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have General Homeless needs. This facility has a capacity for 25 persons. The maximum stay is Unlimited. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500 Fax: (619) 235-9707 Website: www.svdpv.org

## St. Vincent de Paul Village-San Diego Housing Commission - Villa Harvey Mandel-Shelter Plus Care-Sponsor Based

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have General Homeless needs. This facility has a capacity for 8 persons. The maximum stay is Unlimited. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 1501 Imperial, Avenue San Diego, CA, 92101 Phone: (619) 233-8500 Fax: (619) 235-9707 Website: www.svdpv.org

**St. Vincent de Paul Village-San Diego Housing Commission-Village Place-Shelter Plus Care-Project Based**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have General Homeless needs. This facility has a capacity for 25 persons. The maximum stay is Unlimited. Low to very low income. Gated community with security and extensive array of support services from St. Vincent de Paul main campus. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Primary health care -Substance abuse treatment -Transportation -Adult Education. Contact information: 32 17th Street Ste 111, San Diego, CA, 92101 Phone: (619) 687-1074 Fax: (619) 687-1337 Email: bmiles@neighbor.com Website: www.svdpv.org

**Stepping Stone - Enya House**

This is a San Diego Transitional Housing program for Adult Men and/or Women who have HIV/AIDS & Substance Abuse needs. The maximum stay is 18 months. The program offers independent living within a supportive community. Residents are referred to another facility when their health declines. Must be HIV positive and 60 days clean and sober. Contact information: Phone: (619) 584-4010 Fax: (619) 521-1701

**Stepping Stone - Outreach to Homeless**

This is a San Diego Health Services program for Adult Men and/or Women who have Substance Abuse Treatment needs. Outreach to the lesbian, gay, bisexual, and transgendered population. Special services include alcohol and drug abuse recovery and HIV-related assistance. Services include: -Case management -Substance abuse treatment. Contact information: 3425 5th Avenue, San Diego, CA, 92103 Phone: (619) 295-3995 Fax: (619) 584-1546

**Stepping Stone-San Diego Housing Commission - Central Ave.-Shelter Plus Care-Sponsor Based**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS & Substance Abuse needs. This facility has a capacity for 20 persons. The maximum stay is 9 months. This is a residential drug/alcohol treatment facility addressing the issues of maintaining sobriety within the needs of the lesbian, gay, bisexual, and transgendered population. Services include: -Case management -Prepared meals -Substance abuse treatment. Contact information: Phone: (619) 584-4010 Fax: (619) 521-1701

**Stepping Stone-San Diego Housing Commission - Our House-Shelter Plus Care-Sponsor Based**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS & Substance Abuse needs. This facility has a capacity for 12 persons. The maximum stay is Unlimited. Contact information: Phone: (619) 584-4010 Fax: (619) 521-1701

**The Association for Community Housing Solutions (TACHS) - Del Mar Apartments-Shelter Plus Care-Project Based**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill, Chronic Homeless needs. This facility has a capacity for 22 persons. The maximum stay is Unlimited. 22 units for clients who are homeless, low income people with a mental illness. 11 units for low-income individuals. Services include: -Case management -Entitlements -Housing counseling/placement -Life skills training -Mental health services. Contact information: 3696 Tierra Grande, San Diego, CA, 92126 Phone: (858) 790-3744 Fax: (858) 790-3745 Email: tachsed@sbcglobal.net

62

**The Association for Community Housing Solutions (TACHS) - Paseo Glenn-Shelter Plus Care-Sponsor Based**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill, Chronic Homeless needs. This facility has a capacity for 13 persons. The maximum stay is Unlimited. Must be enrolled in AB2034 Program. Services include: -Case management - Entitlements -Housing counseling/placement -Life skills training -Mental health services. Contact information: 3696 Tierra Grande Suite 202, San Diego, CA, 92126 Phone: (858) 790-3744 Fax: (858) 790-3745 Email: tachsed@sbcglobal.net

**The Association for Community Housing Solutions (TACHS) - SPC-Beta Project**

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have Severely Mentally Ill, Chronic Homeless needs. This facility has a capacity for 9 persons. The maximum stay is Unlimited. 18 units for low-income people who are severely mentally ill. Services include: - Case management -Entitlements -Housing counseling/placement -Life skills training -Mental health services. Contact information: 3696 Tierra Grande San Diego, CA, 92126 Phone: (858) 790-3744 Fax: (858) 790-3745 Email: tachsed@sbcglobal.net

**The Association for Community Housing Solutions (TACHS)/The Center - Sunburst**

This is a San Diego Permanent Supportive Housing program for Mixed Population- Young Adults, Both Singles and Families with Children who have General Homeless needs. This facility has a capacity for 18 persons. The maximum stay is Unlimited. This housing is for homeless young adults ages 18-24 who have a qualifying disability that may be physical or mental, a substance abuse history or HIV/AIDS. Services include: -Case management - Entitlements -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 1640 Broadway, San Diego, CA, 92101 Phone: (619)497-2900 Fax: Email: dmeier@thecentersd.org Website: www.thecentersd.org

**The Association for Community Housing Solutions (TACHS) - Sunburst**

This is a San Diego Permanent Supportive Housing program for Mixed Population- Young Adults, Both Singles and Families with Children who have General Homeless needs. This facility has a capacity for 18 persons. The maximum stay is Unlimited. This housing is for homeless young adults ages 18-24 who have a qualifying disability that may be physical or mental, a substance abuse history or HIV/AIDS. Services include: -Case management - Entitlements -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 1640 Broadway, San Diego, CA, 92101 Phone: (619)497-2900 Fax: Email: dmeier@thecentersd.org Website: www.thecentersd.org

**The Center/The Association for Community Housing Solutions (TACHS) - The Fellowship Center**

This is a North County Inland Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 8 months. These licensed residentail homes offer 24-hour personal care, assistance with activities of daily living, including supervision of medication regimens, provision of home-cooked meals, clothing, transportation, organized activities, and emotional support. Services include: -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 737 E. Grand Avenue, Escondido, CA, 92025 Phone: (760) 745-8478 Fax: (760) 745-6852 Website: www.thefellowshipcenter.org

3-66

## The Salvation Army - Adult Rehabilitation

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 6 months. This is for recovering alcohol and drug users who have been detoxified. Services include: -Case management -Entitlements -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment. Contact information: 1335 Broadway, San Diego, CA, 92101 Phone: (619) 239-4037 Fax: (619) 239-4749

## The Salvation Army - Chula Vista Family Services

This is a South Bay Case Management Agency program for Mixed Population- All who have General Homeless needs. The maximum stay is 8 weeks. This agency's primary purpose is to provide these emergency services, in addition to those listed below: transportation (tokens), access to shelter, rent, mortgage and utility assistance through FEMA programs, and supportive counseling. Services include: -Case management -Food & clothing - Transportation. Contact information: 648 Third Avenue, Chula Vista, CA, 91910 Phone: (619) 422-9295 Fax: (619) 422-0314 Email: Frances_Guerrero@usw.salvationarmy.org

## The Salvation Army - Door of Hope- Transitional Living Center

This is a San Diego Transitional Housing program for Women with Children who have General Homeless needs. This facility has a capacity for 36 persons. The maximum stay is 12 months. The program focuses on assisting women with self-suffiency, so they may transtion into permanent housing. Women cannot be pregnant upon entering the program. Services include: -Case management -Child care -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: Phone: (858) 279-1100 Fax: (858) 279-1755

## The Salvation Army - El Cajon Family Services

This is a East County Case Management Agency program for Mixed Population- All who have General Homeless needs. Bus Tokens for verifiable job interview or doctor's appt. and have no source of income. Provide limited assistance for unexpected financial crisis and or other emergency sistuation. Services include: -Case management -Food & clothing -Transportation. Contact information: 1011 E. Main Street, El Cajon, CA, 92020 Phone: (619) 440-3579x103 Fax: (619) 440-3994 Email: maureen_mccully@usw.salvationarmy.org

## The Salvation Army - Emergency Lodge

This is a San Diego Transitional Housing program for Families with Children who have General Homeless needs. This facility has a capacity of 40 persons. The maximum stay is 1 year average. Requirements for all residents is as follows: client must have a valid picture I.D.; children must have proper identification); and all clients must be clean and sober. Services include: -Case management -Food & clothing -Entitlements -Life skills training -Prepared meals -Transportation. Contact information: 726 "F" Street, San Diego, CA, 92101 Phone: (619) 231-6030 Fax: (619) 699-2233

64

367

## The Salvation Army - Escondido Family Services

This is a North County Inland Case Management Agency program for Mixed Population- All who have General Homeless needs. Clients must provide valid ID, verification of source of income (if any), and nature of emergency. Services include: -Case management -Food & clothing -Transportation. Contact information: 1301 Las Villas Wy., Escondido, CA, 92026-1921 Phone: (760) 745-8685 Fax: (760) 741-6544

## The Salvation Army - Homeless Outreach Program

This is a San Diego Supportive Services program for Mixed Population- All who have Chronic Homeless needs. Services include: -Transportation. Disabled ID, Bus passes -Cali. ID, Eye glasses, Clothing, Shelter placement. Contact information: 2320 5th Ave, San Diego, CA, 92101 Phone: (619) 446-0242 Fax: (619) 231-6001 Email: Loren_England@usw.salvationarmy.org

## The Salvation Army - Oceanside Family Services

This is a North County Coastal Case Management Agency program for Mixed Population- All who have General Homeless needs. Emergency services offered include: food boxes (3 days of food), clothing for employment needs, and bus tokens. Services include: -Case management -Food & clothing -Entitlements -Transportation. Contact information: 3935 Lake Blvd., Oceanside, CA, 92056 Phone: (760) 631-4712 Fax: (760) 631-8468 Email: sharon_bailey@usw.salvationarmy.org

## The Salvation Army - San Diego Family Services (Case Management)

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Emergency services offered include grocery bags, clothing vouchers, and bus tokens. Services include: -Case management -Food & clothing -Transportation. Contact information: 730 "T" Street, San Diego, CA, 92101 Phone: (619) 231-6020 Fax: (619) 239-0627 Email: jacquelyn_bidnick@usw.salvationarmy.org

## The Salvation Army - STEPS

This is a San Diego Transitional Housing program for Adult Men who have General Homeless needs. This facility has a capacity for 42 persons. The maximum stay is 12 months. Clients receive the tools necessary to set and attain goals leading to self-sufficiency, through seeking, obtaining, and maintaining permanent employment. Clients must not be on public assistance. Services include: -Case management -Food & clothing -Housing counseling/placement -Job assistance/training -Life skills training -Transportation. Contact information: 825 Seventh Avenue San Diego, CA, 92101 Phone: (619) 231-6000x2451 Fax: (619) 235-8856 Email: edward_rivers@usw.salvationarmy.org

## The Salvation Army Back Country - Rural Mountain and Desert Outreach

This is a East County Case Management Agency program for Mixed Population- All who have General Homeless needs. Clients have access to counseling, outreach to homeless, clothing, shelter referrals, and food boxes. Picture I.D. and appointment required. Services include: -Case management -Food & clothing. Contact information: Box #220, Dulzura, CA, 91916 Phone: (619) 445-0636 Fax:



368

## Townspeople, Inc. - 51st Street Project

This is a San Diego Permanent Supportive Housing program for Adult Men and/or Women who have HIV/AIDS, Chronic Homeless needs. This facility has a capacity for 24 persons. The maximum stay is Unlimited. 15 beds are reserved for chronic homeless. Services include: -Case management -Housing counseling/placement. Contact information: Phone: (619) 295-8802

## Townspeople, Inc. - Affordable Housing

This is a San Diego Affordable Housing program for Adult Men and/or Women who have HIV/AIDS, Substance Abuse Treatment needs. The maximum stay is Unlimited. Townspeople provides 8 units for other affordable housing, homeless or at risk people living with HIV/AIDS. They also provide this group with information and referral services for other affordable housing, rental assistance and human services in San Diego County. Services include: -Case management -Food & clothing -Housing counseling/placement -Prepared meals. Contact information: 3960 Park Blvd, Ste. B, San Diego, CA, 92103 Phone: (619) 295-8802 Fax: (619) 295-4203 Email: director@townspeople.org Website: www.townspeople.org

## Tradition One - Tradition One - Men

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment, Chronic Homeless needs. The maximum stay is 18 months. Services include: -Case management -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 4104 Delta Street, San Diego, CA, 92113 Phone: (619) 264-0141 Fax: (619) 264-7274

## Tradition One - Tradition One - Women- Long Term Residential

This is a San Diego Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. The maximum stay is 18 months. Services include: -Case management -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 4104 Delta Street San Diego, CA, 92113 Phone: (619) 266-0529 Fax: (619) 264-7274

## Travelers Aid Society - Case Management Agency

This is a San Diego Case Management Agency program for Mixed Population- All who have General Homeless needs. Case managers are available Mon-Fri, 1:00 to 5:00 p.m. Family reunification, Employment Transportation, Local Transportation. Bus token limit 20 per year. Services include: -Case management -Transportation. Contact information: 306 Walnut Avenue, Ste 21, San Diego, CA, 92101 Phone: (619) 295-8393 Fax: (619) 295-3217

## Turning Point Home of San Diego, Inc. - Turning Point Home

This is a San Diego Transitional Housing program for Adult Women who have Substance Abuse Treatment needs. The maximum stay is 12 months. Clients must enroll voluntarily and be alcohol/drug free 72 hours prior to admittance. Prospective clients need to set up an appointment to go on the program's waiting list. Services include: -Food & clothing -Job assistance/training -Life skills training -Substance abuse treatment. Contact information: 1315 25th Street, San Diego, CA, 92102 Phone: (619) 233-0067 Fax: (619) 233-3990 Email: Jesi-tp@cox.net



## U.S. Dept. Veterans Affairs - Vet Center

This is a San Diego Case Management Agency program for Adult Men and/or Women who have Veterans needs. Psychological Counseling for Veterans. Services include: -Mental health services. Contact information: 2900 6th Avenue San Diego, CA, 92103 Phone: (619) 294-2040 Fax: (619) 294-2535

## UCSD/Outpatient Psychiatric Services - Psychiatric Case Management-St.Vincent de Paul

This is a San Diego Case Management Agency program for Adult Men and/or Women who have Severely Mentally Ill needs. Services are available for the homeless, seriously mentally ill population. Services include mental helath assessment, medication evaluation and case management, linkage to community resources. Services include: -Case management -Mental health services. Contact information: 1501 Imperial Avenue, San Diego, CA, 92101 Phone: (619) 233-8500 Fax: (619) 235-9707 Email: jkle@ucsd.edu

## Uptown Faith Community Service Center - Service Center

This is a San Diego Case Management Agency program for Mixed Population-All, who have General Homeless needs. The program supplies snack packs, birth certificates, and bus passes to people being interviewed for employment. Substance abuse counseling/referral; Dual diagnosis counseling/referral; learning disabilities counseling/referral. Services include: -Case management -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment -Transportation. Contact information: 2214 Fifth Avenue, San Diego, CA, 92101 Phone: (619) 236-8077 Fax: (619) 236-9758 Email: uptownfaith@hotmail.com

## Uptown Faith Community Service Center - Services for Persons with AIDS

This is a San Diego Case Management Agency program for Mixed Population-All, who have HIV/AIDS needs. This program also serves veterans with alcohol/drug abuse problems as well as ex-offenders. Newcomers are welcomed. The program supplies snack packs, birth certificates, and bus passes to people being interviewed for employment, HIV case manag/referral. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Substance abuse treatment -Transportation. Contact information: 2214 Fifth Avenue San Diego, CA, 92101 Phone: (619) 236-8077 Fax: (619) 236-9758 Email: uptownfaith@hotmail.com

## Veterans Village of San Diego - Focus/ Disabilities

This is a East County Transitional Housing program for Families with Children who have Veterans needs. This facility has a capacity for 4 persons. The maximum stay is 1 year. Clients are veterans: Many with disabilities including mental health and substance abuse issues. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Mental health services -Substance abuse treatment. Contact information: 1034 North Magnolia, El Cajon, CA, 92020 Phone: (619) 444-9926 Fax:

## Veterans Village of San Diego - Mahedy House

This is a San Diego Transitional Housing program for Adult Men and/or Women who have SMI and Substance Abuse Treatment, Veteran needs. This facility has a capacity for 14 persons. The maximum stay is 2 years. All homeless veterans. Services include: -Case management -Domestic violence services -Housing counseling/placement -Job assistance/training -Mental health services -Substance abuse treatment. Contact information: 866 24th Street, San Diego, CA, 92102 Phone: (619) 497-0142 Fax: (619) 497-0263

## Veterans Village of San Diego - Rehabilitation Center

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Veteran and Substance Abuse Treatment needs. This facility has a capacity for 87 persons. The maximum stay is 1 year. Clients are single veterans: Many with mental disorders. Clients have access to therapy, counseling and employment. Mental health counseling for dually diagnosis with emphasis on PTSD. Transitional and independent living placement with case management. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: 4141 Pacific Highway, San Diego, CA, 92110 Phone: (619) 497-0142 Fax: (619) 497-0263 Email: robertsimpson.vvsd.net

## Veterans Village of San Diego - Welcome Home Family Program

This is a San Diego Transitional Housing program for Families with Children who have Veteran and Substance Abuse Treatment needs. This facility has a capacity for 28 persons. The maximum stay is 1 year. Clients are veterans and their families. Clients have access to counseling, 12-Step programs and employment assistance. Services include: -Case management -Child care -Domestic violence services -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 4141 Pacific Highway, San Diego, CA, 92110 Phone: (619) 497-0142 Fax: (619) 497-0263

## Veterans Village of San Diego/Interfaith Community Services - New Resolve Program

This is a North County Inland Transitional Housing program for Adult Men and/or Women who have Veteran and Substance Abuse Treatment needs. This facility has a capacity for 44 persons. The maximum stay is 18 months. This program targets both Veterans and non-Veteran individuals who are homeless North County residents; at least 60 days drug and alcohol-free; and job ready. People on disability or appropriate for SSI accepted. Services include: -Case management -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Substance abuse treatment. Contact information: 1207 S. Escondido Blvd., Escondido, CA, 92025 Phone: (760) 745-7829 Fax: (760) 740-2090 Email: gary.parker@vvsh.net

## Vista Community Clinic - Community Clinic

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Job assistance/training -Life skills training -Primary health care -Transportation. Contact information: 1000 Vale Terrace Drive, Vista, CA, 92084 Phone: (760) 631-5000 x1133 Fax: (760) 726-2730 Website: www.vistacommunityclinic.org

3-71

## Vista Community Clinic - Migrant Services Project

This is a North County Inland Health Services program for Adult Men who have Farm &/or Day Laborers needs. Families and children of farmworkers and day laborers also included in this program. Services include: -Case management -Food & clothing -Life skills training -Primary health care -Transportation. Contact information: 1000 Vale Terrace Drive, Vista, CA, 92084 Phone: (760) 631-5000 x1133 Fax: (760) 726-2730 Website: www.vistacommunityclinic.org

## Vista Community Clinic - Tri-City Community Health Center

This is a North County Inland Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Case management -Mental health services -Primary health care -Transportation. Contact information: 161 Thunder Drive , Ste. 212, Vista, CA, 92083 Phone: (760) 631-5030 Fax: (760) 941-2641 Website: www.vistacommunityclinic.org

## Vista Community Clinic - VCC - Home

This is a North County Coastal Health Services program for Mixed Population- All who have General Homeless needs. Services include: -Primary health care. Contact information: 818 Pier View Way, Oceanside, CA, 92054 Phone: (760) 631-5250 Fax: (760) 721-5649 Website: www.vistacommunityclinic.org

## Vista Winter Shelter - Operation Hope

This is a North County Inland Emergency Shelter-Seasonal program for Families with Children who have General Homeless needs. This facility has a capacity for 50 persons. Services include: -Food & clothing -Entitlements -Housing counseling/placement -Prepared meals. Contact information: 123 W. Orange St., Vista, CA, 92083 Phone: (760) 724-0015

## Volunteers of America - Amigos Sobrios

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 6 months. This program is designed for Latino males. There is a fixed fee schedule for participation in the program. Services include: -Case management -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment -Transportation. Contact information: 741 11th Avenue, San Diego, CA, 92101 Phone: (619) 232-7754 Fax: (619) 232-8913 Website: www.voa-swcc.org

## Volunteers of America - Carlton G Luhman Center for Supportive Living

This is a East County Emergency Shelter program for Mixed Population- All who have General Homeless needs. This facility has a capacity for 8 persons. The maximum stay is 28 days. Services include: -Case management -Food & clothing -Life skills training -Prepared meals -Transportation Crisis Line number (888) 862-8440 toll free. Contact information: 290 S. Magnolia, El Cajon, CA, 92020 Phone: (619) 447-2428 Fax: (619) 447-8347 Email: crossli@voa-swcal.org Website: www.voa-swcc.org



3-10

## Volunteers of America - Carlton G Luhman Center for Supportive Living

This is a East County Transitional Housing program for Mixed Population- Families with Children, Disabled Adults who have General Homeless needs. This facility has a capacity for 8 persons. The maximum stay is 60 days. Services include: -Case management -Food & clothing -Life skills training - Prepared meals -Transportation Crisis Line number (888) 862-8440 toll free. Contact information: 290 S. Magnolia, El Cajon, CA, 92020 Phone: (619) 447-2428 Fax: (619) 447-8347 Email: crossi@voa-swcal.org Website: www.voa-swcc.org

## Volunteers of America - Detox

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have Substance Abuse Treatment needs. This facility has a capacity for 15 persons. The maximum stay is 5 days. Clients must complete a health care questionaire before being admitted. Services include: -Case management - Prepared meals -Substance abuse treatment. Contact information: 1111 Island, San Diego, CA, 92101 Phone: (619) 232-5171 Fax: (619) 232-8913 Email: dshannon@voa-swcc.org

## Volunteers of America - Hawley-Center for Supportive Living

This is a East County Permanent Supportive Housing program for Adult Men and/or Women who have SMI and Substance Abuse Treatment, Chronic Homeless needs. This facility has a capacity for 8 persons. The maximum stay is 24 months. Services include: -Case management -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Transportation. Contact information: El Cajon, CA, 92020 Phone: (619) 232-7754 Fax: (619) 232-8913 Website: www.voa-swcc.org

## Volunteers of America - Sobriety House -Men & Women

This is a San Diego Transitional Housing program for Adult Men and/or Women who have Substance Abuse Treatment needs. The maximum stay is 6 months. There is a fixed fee schedule for participation in the program. Services include: -Case management -Job assistance/training -Life skills training - Prepared meals -Substance abuse treatment -Transportation. Contact information: 1111 Island, San Diego, CA, 92101 Phone: (619) 232-5171 Fax: (619) 232-8913 Email: dshannon@voa-swcc.org

## Volunteers of America - Ten Day Program Pre-Treatment

This is a San Diego Emergency Shelter program for Adult Men and/or Women who have Substance Abuse Treatment needs. This facility has a capacity for 5 persons. The maximum stay is 10 days. There is a fixed fee schedule for participation in the program. Services include: -Case management -Life skills training -Prepared meals -Substance abuse treatment. Contact information: 1111 Island, San Diego, CA, 92101 Phone: (619) 232-5171 Fax: (619) 232-8913 Email: dshannon@voa-swcc.org Website: www.voa-swcc.org

70

 Regional Task Force on the Homeless

## Way Back - Way Back

This is a San Diego Transitional Housing program for Adult Men who have Substance Abuse Treatment needs. The maximum stay is 6 months. Services include: -Case management -Domestic violence services -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Prepared meals -Substance abuse treatment. Contact information: 2516 "A" Street, San Diego, CA, 92102 Phone: (619) 235-0592 Fax: (619) 235-0593

## Women's Resource Center - Transition House

This is a North County Coastal Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 54 persons. The maximum stay is 24 months. Clients must go through a screening and interview process. They must also be employable or in training during residence. A third of their income goes to rent. Services include: -Case management -Domestic violence services -Food & clothing -Life skills training -Moving services -Transportation. Contact information: Phone: (760) 757-3500 Fax: (760) 757-0680

## Women's Resource Center - Women's Resource Center

This is a North County Coastal Emergency Shelter program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 26 persons. The maximum stay is 1 month. There is a nominal fee based on ability to pay. No active substance abuse. Must be mentally and emotionally stable. Services include: -Case management -Domestic violence services -Food & clothing -Moving services -Prepared meals -Transportation. Contact information: Phone: (760) 757-3500 Fax: (760) 757-0680

## YMCA - Oz North Coast

This is a North County Coastal Transitional Housing program for Youth on Their Own who have General Homeless needs. The maximum stay is 14 days. In some cases youth may stay up to 2 months. Services include: -Case management -Domestic violence services -Food & clothing -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Transportation. Contact information: Phone: (760) 721-8930 Fax: (760) 721-8034 Email: kmesko@ymca.org Website: www.ymca.org

## YMCA - Oz San Diego

This is a San Diego Transitional Housing program for Youth on Their Own who have General Homeless needs. The maximum stay is 14 days. In some cases youth may stay up to 2 months. Services include: -Case management -Domestic violence services -Food & clothing -Life skills training -Mental health services -Prepared meals -Substance abuse treatment -Transportation. Contact information: Phone: (858) 270-8213 Fax: (858) 270-8216 Email: kmorgan@ymca.org Website: www.ymca.org

3-74

## YMCA - Turning Point, Transitional Living Program

This is a San Diego Transitional Housing program for Mixed Population-Young Adults, Both Singles and Families with Children who have General Homeless needs. This facility has a capacity for 24 persons. The maximum stay is 18 months. Ages 16-21(if emancipated), weekly case management, job development on-site, shared apartment living in gated community. Easy access to public transportation and job opportunities. Services include: -Case management -Entitlements -Job assistance/training -Life skills training -Mental health services. Contact information: 4145 Swift Avenue #1, San Diego, CA, 92115 Phone: (619) 640-9774 Fax: (619) 640-0102

## YWCA - Becky's House

This is a San Diego Transitional Housing program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 30 persons. The maximum stay is 18 months. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals. Contact information: Phone: (619) 239-0355 Fax: (619) 233-8545 Website: www.ywcasandiego.org

## YWCA - Casa de Paz

This is a San Diego Emergency Shelter program for Women with Children who have Victims of Domestic Violence needs. This facility has a capacity for 48 persons. The maximum stay is 2 months. Program offers on site school. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Moving services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: Phone: (619) 239-0355 Fax: (619) 233-8545

## YWCA - Passages - Supportive Independent Living

This is a San Diego Transitional Housing program for Adult Women who have Victims of Domestic Violence needs. This facility has a capacity for 19 persons. The maximum stay is 9 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Moving services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: Phone: (619) 239-0355 Fax: (619) 233-8545  Website: www.ywcasandiego.org

## YWCA - Passages-Women in Transition

This is a San Diego Transitional Housing program for Adult Women who have Victims of Domestic Violence needs. This facility has a capacity for 30 persons. The maximum stay is 24 months. Services include: -Case management -Child care -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Mental health services -Moving services -Prepared meals -Primary health care -Substance abuse treatment -Transportation. Contact information: Phone: (619) 239-0355 Fax: (619) 233-8545



## YWCA - Transitional Housing

This is a San Diego Transitional Housing program for Adult Women who have Victims of Domestic Violence needs. This facility has a capacity for 13 persons. The maximum stay is 3 months. Services include: -Case management -Domestic violence services -Food & clothing -Entitlements -Housing counseling/placement -Job assistance/training -Life skills training -Prepared meals -Substance abuse treatment. Contact information: Phone: (619) 239-0355 Fax: (619) 233-8545 Website: www.ywcasandiego.org

## Available Reports

Homeless Farm workers and Day Laborers: Their Conditions and Their Impact on the San Diego Region, *February 1991*

Homeless Farm workers and Day Laborers - Part 2: Recommendations, *February 1992*

Regional Employment and Training Services Plan, *October 1991*

Review of Housing Elements in the San Diego Region for 1991 -1996

Survey of Zoning Requirements for Social Service Agencies in the San Diego Region, *May 1992*

Review of New Consolidated Plans within the San Diego Region, *February 1996*

Countywide Regional Homeless Profile, *1992-2006 editions.*

Distribution of Public Funds for Homeless Programs and Services throughout San Diego County, *1992-2005 editions.*

Homeless Services Profile, *1992-2006 editions.*

* Current "Regional Homeless Profile", "Homeless Services Profile" and "Funding Study" are each available for $7. All other reports are $6.

*Portions of these reports are available on our Website



**Regional Task Force on the Homeless**
4699 Murphy Canyon Rd • San Diego CA 92123
858.636.4111 • Fax 858.492.2059
Website: www.rtfhsd.org

3-77