1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, et al., | CASE NO. 04cv2314-BEN (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| CITY OF SAN DIEGO, et al., | |
| Defendant. | |

On December 5, 2006, a telephonic status was held in the above captioned case. Participating were Scott Dreher, Esq. (counsel for plaintiff) and Mark Stiffler, Esq. (counsel for defendant). After discussing the status of the case with counsel of record the Court issues the following Order:

1. On December 6, 2006, at 11:30 a.m. counsel shall jointly contact Chambers and provide the contact information of those individuals who, in counsel's opinion, would be deemed necessary for further settlement discussions. Counsel should also be prepared to provide the Court with proposed dates for the scheduling of a settlement conference.

IT IS SO ORDERED.

DATED: December 6, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
U.S. District Judge

All Counsel and Parties of Record

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

04cv2314-BEN (WMc)