|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| GREG SPENCER, et al., | CASE NO. 04cv2314-BEN (WMc) |
|---|---|
| Plaintiff, | ORDER SCHEDULING SETTLEMENT CONFERENCE |
| vs. | |
| CITY OF SAN DIEGO, et al., | |
| Defendant. | |

On the Court's own motion a settlement conference will be held in the above captioned case on **January 3, 2007, at 2:00 p.m.** All parties, adjusters for insured defendants, and other representatives of a party **having full and complete authority to enter into a binding settlement**, and the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss settlement of the case. Specifically ordered to appear are **William Maheu**, Assistant Police Chief; **Paul Cooper**, Assistant to the Chief, **Mary Nusku**, police legal advisor, **Chris Morris**, Assistant City Attorney, Criminal Division, **Abby Karl**, mayor's office, and **Sharon Johnson**, homeless services coordinator. In the absence of good cause, failure of any of the aforementioned to appear **in person** may result in the imposition of sanctions.

\\

\\

\\

\\

The telephonic status conference currently scheduled for December 13, 2006, is **vacated**.

IT IS SO ORDERED.

DATED: December 7, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Judge

    All Counsel and Parties of Record