# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, et al., | CASE NO. 04cv2314-BEN (WMc) |
| Plaintiff, | ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| vs. | |
| CITY OF SAN DIEGO, et al., | |
| Defendant. | |

On the Court's own motion the settlement conference currently scheduled in the above captioned case for **January 3, 2007, at 2:00 p.m. is CONTINUED** to <u>**February 21, 2007, at 2:00 p.m.**</u> All parties, adjusters for insured defendants, and other representatives of a party **having full and complete authority to enter into a binding settlement**, and the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss settlement of the case.  Specifically ordered to appear are **William Maheu**, Assistant Police Chief; **Paul Cooper**, Assistant to the Chief, **Mary Nusku**, police legal advisor, **Chris Morris**, Assistant City Attorney, Criminal Division, **Abby Karl**, mayor's office, and **Sharon Johnson**, homeless services coordinator.

\\

\\

\\

\\

1
2     In the absence of good cause, failure of any of the aforementioned to appear **in person** may
3 result in the imposition of sanctions.
4     IT IS SO ORDERED.
5 DATED: December 29, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Judge

    All Counsel and Parties of Record