1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, et al., | CASE NO. 04cv2314-BEN (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| THE CITY OF SAN DIEGO, et al., | |
| Defendant. | |

A telephonic Settlement Disposition Conference was held on April 12, 2007, in the above captioned case. Participating were Tim Cohelan, Esq. (counsel for plaintiff) and Dan Bamberg, Esq. (counsel for defendant). Based upon the statements of counsel, the Court issues the following Order:

1. A further telephonic status conference will be held May 24, 2007, at 9:00 a.m. Defendant should be prepared to discuss the status of the City Council's approval of the settlement agreement and the final preparations and signing of the formal stipulation as referenced at page 4 lines 18-20 of the transcript from the February hearing.

2. Counsel for defendant is instructed to initiate the call on May 24, 2007, by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.

IT IS SO ORDERED.

DATED: April 12, 2007

_WMcCurineJr._

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

- 1 -                                                                                         04cv2314-BEN (WMc)

1  cc: Honorable Roger Benitez
   U.S. District Judge
2
   All Counsel and Parties of Record
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28