# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, et al., <br><br>                                   Plaintiff, <br>     vs. <br> THE CITY OF SAN DIEGO, et al., <br><br>                                   Defendant. | CASE NO. 04cv2314-BEN (WMc) <br><br> ORDER |

A telephonic Settlement Disposition Conference was held on May 24, 2007, in the above captioned case. Participating were Tim Cohelan, Esq. (counsel for plaintiff), Scott Dreher, Esq.(counsel for plaintiff) and Dan Bamberg, Esq. (counsel for defendant). Based upon the statements of counsel, the Court issues the following Order:

1. A further telephonic status conference will be held **August 10, 2007, at 9:00 a.m.** Counsel for defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.

IT IS SO ORDERED.

DATED: May 24, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Roger Benitez
    U.S. District Judge

All Counsel and Parties of Record