# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER, et al.,<br><br>                          Plaintiff,<br>     vs.<br>CITY OF SAN DIEGO, et al.,<br><br>                          Defendant. | CASE NO. 04cv2314-WMC<br><br>ORDER |

On November 22, 2007, plaintiffs filed a Motion for Preliminary Injunction (Docket No. 40). On January 12, 2007, the parties filed a Joint Motion to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction (Docket No. 46) which the Court granted on January 16, 2007, (Docket No. 48). On February 21, 2007, the case settled and the parties consented to Magistrate Judge McCurine's jurisdiction for all further proceedings (Docket No.50). Therefore, based upon the Court's jurisdiction, plaintiffs' Motion for Preliminary Injunction is DENIED as moot.

IT IS SO ORDERED.

DATED: August 20, 2007

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: All Counsel and Parties of Record