## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SPENCER; RANDALL FRENCH; MARGARET ARMSTRONG; JIMMY WARD; JEFFREY MILES; SYLVIA LIEVANOS; JUAN ALEJO; STEVEN GREER; and ROBERT YBARRA, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO POLICE DEPARTMENT; and CHIEF OF POLICE WILLIAM LANSDOWNE, in his official capacity only,<br><br>    Defendants. | Civil Case No.: 04 CV-2314 BEN (WMC)<br><br>**STIPULATION AND ORDER MODIFYING SETTLEMENT AGREEMENT.** |

On September 1, 2010, at 4:30 p.m., the parties through their attorneys appeared telephonically before the Honorable William McCurine, to discuss with the Court an agreement to modify the 2007 Settlement and Order dismissing this action. Based on these discussions, the files, records and pleadings in this matter, and for good cause appearing, the parties, by and through their attorneys, hereby stipulate and agree as follows:

1.  In consideration of the City of San Diego having increased the availability of shelter beds and services for homeless persons, to include its expected approval of a new permanent shelter in the downtown area with wrap-around services, the parties have agreed to modify the existing Settlement and Order prohibiting the issuance of citations for Illegal lodging arising out of the above-referenced matter. The specifics of the modification of the existing order will be

incorporated into the SDPD Training Bulletin re: <u>ILLEGAL LODGING – Penal Code 647(e)</u>, which is attached hereto as Exhibit A and incorporated by reference herein.

2.  As described in the departmental Training Bulletin, members of the San Diego Police Department may hereafter enforce the illegal lodging law between the hours of 2100 (9:00 p.m.) and 0530 (5:30 a.m.) in the area bounded by Laurel Street to the north, by I-5 to the east, by San Diego Bay to the west, and by Sigsbee Street to the south (hereinafter, the "Downtown Area") if, and only if:

 a) A member of the San Diego Police Department has first confirmed that there is a shelter bed available for that person within the Downtown Area or within a 5 mile radius of 25th Street and Market Street;

 b) A member of the San Diego Police Department offers a shelter bed to that person; and,

 c) That person refuses to accept the available shelter bed, with appropriate documentation of the offer and refusal.

3.  The parties shall meet and confer to determine the details and objective characteristics of the identification of "available" shelter, the offer of shelter, its location and method of documentation.

4.  The parties will further meet and confer in an effort to have or create a program using the community court model or other appropriate model under auspices of the Superior Court of San Diego County to hear and determine issues related to Penal Code 647(e) citations issued pursuant to this stipulation.

5.  If no shelter bed is available in the "Downtown Area" for such person, or the individual is turned down by the services provider for an available bed, the present terms and procedures of the 2007 Settlement and Order will remain in effect.

6.  The present terms of the 2007 Settlement and Order remain in effect throughout the City of San Diego, except to the extent it is hereby modified in the Downtown Area.

7. The parties agree to continue to negotiate over the terms of the 2007 settlement.

8. The Court reserves jurisdiction to interpret and enforce this Order.

**IT IS SO STIPULATED:**

Dated:  **SAN DIEGO VOLUNTEER LAWYER PROGRAM**

**COHELAN, KHOURY & SINGER**

-and-

**DREHER LAW FIRM**

By: <u>s/Robert Scott Dreher</u>
Attorneys for Plaintiffs

**OFFICE OF THE CITY ATTORNEY OF THE CITY OF SAN DIEGO**

By: <u>s/Daniel Bamberg</u>
Daniel Bamberg, Esq.
Attorneys for Defendants

In accordance with the foregoing stipulation of the parties, the files, records and pleadings in this matter, and for good cause appearing,

**IT IS SO ORDERED:**

November 10, 2010

HON. WILLIAM McCURINE, Jr.
United States Magistrate Judge
United States District Court